**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (*if known*) _____  Chapter __**11**__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Millennial Benefit Management Corporation** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  GeniusCo.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-1593842** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **671 NW 119th Street** **Miami, FL 33168** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Miami-Dade** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **Millennial Benefit Management Corporation**  Case number (*if known*) _____
       Name

**7.** **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>5122</u>

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Millennial Benefit Management Corporation** | | Case number (*if known*) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **Mailmyprescriptions.com Pharmacy Corp.** | Relationship | **Affiliate** |
| --- | --- | --- | --- | --- |
| | District | **Delaware** | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☑ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Millennial Benefit Management Corporation** | Case number (*if known*) |
|---|---|---|
| | Name | |

**16.  Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ☒ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **Millennial Benefit Management Corporation**                                    Case number (if known) _____
                    Name

▮ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 19, 2023**
                        MM / DD / YYYY

X _____                    **Donovan Chin**
    Signature of authorized representative of debtor            Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**    X  _/s/ Robert A. Weber_                    Date  **December 19, 2023**
                                            Signature of attorney for debtor                          MM / DD / YYYY

**Robert A. Weber**
Printed name

**Chipman Brown Cicero & Cole, LLP**
Firm name

**Hercules Plaza**
**1313 North Market Street, Suite 5400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 295-0191**        Email address  **weber@chipmanbrown.com**

**4013 DE**
Bar number and State

**RESOLUTIONS OF THE BOARD
OF DIRECTORS OF
MILLENNIAL BENEFIT
MANAGEMENT CORPORATION
AND
MAILMYPRESCRIPTIONS.COM**

**ADOPTED AT A DULY NOTICED
SPECIAL MEETING HELD ON**

**DECEMBER 18, 2023**

**IT IS HEREBY RESOLVED** by the undersigned members of the Boards of Directors (collectively, the "**Board**") of (i) Millennial Benefit Management Corporation ("**MBMC**"), a Delaware corporation, with its primary headquarters in North Miami, Florida, and (ii) Mailmyprescriptions.com Pharmacy Corp., a Florida corporation, a wholly owned subsidiary of MBMC (the "**Subsidiary**" and collectively with MBMC, the "**Companies**"), as of December 18, 2023:

### Chapter 11 Filing and Retention of Professionals

**WHEREAS,** the Board has considered, among other things, the financial and operational condition of the Companies and the Companies' business on the date hereof, the assets of the Companies, the current and long-term liabilities of the Companies, the liquidity situation of the Companies, the strategic alternatives available to them, the effect of the foregoing on the Companies' business, and the advice of management and the Companies' legal advisors; and

**WHEREAS,** the Companies have had the opportunity to consult with the management and legal advisors of the Companies and to fully consider each of the strategic alternatives available to the Companies; and

**WHEREAS,** the Board has determined that taking the actions set forth below is advisable and in the best interests of the Companies and, therefore desires to approve the following resolutions:

**NOW, THEREFORE, IT IS HEREBY RESOLVED,** that, after consideration of the alternatives presented to them and the recommendations of senior management of the Companies and the advice of the Companies' professionals and advisors, the Board has determined in its business judgment that it is in the best interests of the Companies, their creditors, and other parties in interest that the Companies shall be, and hereby are, authorized to file, or cause to be filed, voluntary petitions for relief (the "**Chapter 11 Cases**") under the provisions of title 11 of the United States Code (the "**Bankruptcy Code**"), including, but not limited to, under subchapter V thereof (the "**Petitions**"), in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") and the filing of such Petitions be, and hereby are, authorized in all respects; and it is

**FURTHER RESOLVED,** that Donovan Chin, Chief Restructuring Officer of the Companies, and such other officer or person to which such task may be delegated (the "**Authorized Representatives**") are hereby authorized and directed to execute and verify Petitions in the name of the Companies under the Bankruptcy Code and to cause the same to be filed, in such form and at such time as the Authorized Representatives shall determine; and it is

**FURTHER RESOLVED,** that the Authorized Representatives be, and hereby are, authorized, directed, and empowered, on behalf of the Companies, to prepare or cause to be prepared, and file all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Companies' business; and it is

**FURTHER RESOLVED,** that the Authorized Representatives be, and hereby are, authorized, directed, and empowered, on behalf of the Companies, to employ the law firm of Chipman Brown Cicero & Cole LLP ("**CBCC**") as general bankruptcy counsel to represent and assist the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Companies' rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, the Authorized Representatives are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of CBCC. To the extent such steps have already been taken, they are hereby ratified; and it is

**FURTHER RESOLVED**, that the Authorized Representatives are, and each of them hereby is, authorized and directed, on behalf of the Companies, to retain Stretto, Inc. ("**Stretto**") as claims and noticing agent, and the Authorized Representatives are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the bankruptcy cases, and to execute and cause to be filed an application for authority to retain the services of Stretto as the Companies' claims and noticing agent; and it is

**FURTHER RESOLVED,** that the Authorized Representatives be, and hereby are, authorized, directed, and empowered, on behalf of the Companies, to employ any other professionals to assist the Companies in carrying out their duties under the Bankruptcy Code; and in connection therewith, the Authorized Representatives are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is

**FURTHER RESOLVED,** that, in addition to the specific authorizations heretofore conferred upon the Authorized Representatives, that the Authorized Representatives be, and hereby are, authorized and directed to do and perform all such other acts, deeds, and things and to make, negotiate, execute, deliver, and file, or cause to be made, negotiated, executed, delivered, and filed, all such agreements, undertakings, documents, plans, instruments, certificates, registrations, notices, or statements as the Authorized Representatives may deem necessary or advisable to effectuate or carry out fully the purpose of the foregoing resolutions, and the taking of such actions or the execution of such documents by the Authorized Representatives shall be conclusive evidence that the Authorized Representatives deem such action or the execution and

delivery of such document to be necessary or advisable and to be conclusive evidence that the same is within the authority conferred by the resolutions herein, and that any and all actions taken heretofore and hereafter to accomplish such purposes, all or singular, be, and they hereby are, approved, ratified and confirmed; and it is

**FURTHER RESOLVED,** that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the resolutions herein, as may be required by the organizational documents of the Companies, or hereby waive any right to have received such notice; and it is

**FURTHER RESOLVED,** that the Authorized Representatives, and each of them, with full authority to act without others, hereby is, authorized and directed to work with the Companies' advisors to effectuate a restructuring under section 1129 of the Bankruptcy Code, and to file all necessary motions and papers in the United States Bankruptcy Court for the District of Delaware to obtain approval of such restructuring, according to the terms negotiated and approved by the Authorized Representatives; and, in connection therewith, the Authorized Representatives are hereby authorized and directed to execute appropriate agreements and related ancillary documents; and it is

**FURTHER RESOLVED,** that the Authorized Representatives, and each of them, with full authority to act without others, hereby is, and any employees or agents (including counsel) designated by or directed by such Authorized Representatives, be, and each hereby are, authorized and empowered to cause the Companies and such of their affiliates as any Authorized Representatives deem appropriate to enter into, to execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such officer shall be necessary, proper, and desirable to prosecute to a successful completion the Companies' chapter 11 cases, to effectuate the restructuring of the Companies' debt, other obligations, organizational form and structure, and ownership of the Companies and their subsidiaries consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions.

## DIP Financing

**WHEREAS**, the Board has further determined that, in connection with the Chapter 11 Cases, it is necessary and desirable and in the best interest of the Companies, their creditors, stakeholders, and other interested parties to obtain post-petition debtor-in-possession financing in the amount of up to $550,000.00 (collectively "**DIP Financing**"), subject to exceptions and limitations to be set forth in any orders of the Bankruptcy Court concerning any of the DIP Financing (the "**DIP Financing Orders**");

**WHEREAS**, the Board has been presented with and has reviewed the terms and provisions of a definitive debtor-in-possession financing agreement (the "**DIP Financing Agreement**") by and among the Companies, as debtors-in-possession, and Quality King Distributors, Inc. (the "**DIP Lender**"), a shareholder of MBMC and senior lender to the Companies, pursuant to which the DIP Lender has agreed to lend such DIP Financing to the Companies on an unsecured basis;

**WHEREAS**, the Board has determined that, in view of the Companies' financial condition, alternate DIP Financing cannot be obtained on terms comparable to or better than as set forth in the DIP Financing Agreement, and that it is in the best interests of the Companies, their creditors, stakeholders, and other interested parties, for the Companies to (i) consummate the transactions contemplated by the DIP Financing Agreement, and (ii) empower, authorize and direct the Authorized Persons of the Companies to take any and all actions as may be deemed appropriate to effect and perform the transactions contemplated thereby.

**NOW, THEREFORE, BE IT RESOLVED**, that the form, terms and provisions of the DIP Financing Agreement are hereby, in all respects, authorized, ratified, approved and adopted by the Board on behalf of the Companies; and it be

**FURTHER RESOLVED**, that the Companies are hereby authorized to incur and to undertake any and all related transactions contemplated under the DIP Financing Agreement and the DIP Documents; and it be

**FURTHER RESOLVED**, that the Companies are hereby authorized to borrow funds and perform pursuant to, and in accordance with, the DIP Documents; and it be

**FURTHER RESOLVED**, that the Authorized Persons are hereby authorized and directed, with full power of delegation, on behalf of and in the name of the Companies, to negotiate, execute and deliver the DIP Financing Agreement and any related documents contemplated thereby, in such form and with such changes or amendments (substantial or otherwise) thereto as any one or more of such Authorized Persons may deem necessary, desirable or appropriate, in order to consummate the transactions contemplated by the DIP Financing Agreement; and it be

**FURTHER RESOLVED**, that the Authorized Persons are hereby authorized and directed, with full power of delegation, on behalf of and in the name of the Companies, to take all such further actions which shall be necessary, proper or advisable to perform the Companies' obligations under or in connection with the DIP Financing Agreement and any related documents contemplated thereby and the transactions contemplated therein, and to carry out fully the intent of the foregoing resolutions.

## General

**FURTHER RESOLVED**, that the Authorized Representatives are, and each of them hereby is, authorized, directed, and empowered for and in the name and on behalf of the Companies to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions; and it is

**FURTHER RESOLVED**, that the Authorized Representatives are, and each of them hereby is, authorized, directed, and empowered, in the name and on behalf of the Companies to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and when necessary or appropriate, file or cause to be filed with the appropriate governmental authorities or otherwise, all such further agreements, documents, reports, certificates, and undertakings and any amendments, supplements, or modifications thereto; and to incur and to pay all such fees and expenses and to engage such persons as in their judgment

shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers, or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by the Board, the Companies or any officer or other duly authorized agent acting by or under the direction of the Board, in connection with the bankruptcy cases, including, without limitation, obtaining financing or obtaining authorization to use cash collateral pursuant to a budget, or any further action to seek relief on behalf of the Companies under the Bankruptcy Code, or in connection with the bankruptcy cases, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Companies; and it is

**FURTHER RESOLVED,** that the Board hereby ratifies and confirms all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified.

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board hereby consent to and approve and adopt these resolutions as of the date set forth above and direct that this Written Consent be filed in each of the Companies' books and records with the minutes of the proceedings of the Board.

_/s/ Samuel Nussdorf_
Samuel Nussdorf


_/s/ Glenn Nussdorf_
Samuel Nussdorf


_/s/ Justin Feig_
Justin Feig

- 5 -

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| MILLENNIAL BENEFIT MANAGEMENT CORPORATION, *et al.*, | Case No. 23-xxxxx (xxx) |
| Debtors.[1] | (*Joint Administration Pending*) |

**DEBTORS' CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO
<u>FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1</u>**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), to the best of their knowledge, information, and belief, hereto state as follows:

1.      Mailmyprescriptions.com Pharmacy Corp. is a wholly owned subsidiary of Millennial Benefit Management Corporation ("**MBMC**").

2.      No parent corporation or publicly traded corporation owns ten (10) percent or more of the stock of MBMC.

3.      A list of MBMC's equity interest holders and the nature of their equity interests is attached hereto as **<u>Exhibit A</u>**.[2]

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of their respective tax identification numbers, are as follows: Millennial Benefit Management Corporation (3842) and Mailmyprescriptions.com Pharmacy Corp. (3962). The address of the Debtors' corporate headquarters is 671 NW 119th Street, Miami, Florida 33168.

[2]      As of November 30, 2023.

# Exhibit A

**List of Millennial Benefit Management Corporation's Equity Interest Holders**

| NAME AND ADDRESS OF INTEREST HOLDER | KIND/CLASS OF INTEREST (MEMBER INTEREST) | PERCENTAGE OF INTERESTS HELD |
|---|---|---|
| Mahi Holdings, LLC 1450 Brickell Ave., Miami, FL 33131 | Common | 67.761% |
| Mike Schweiger [Address on File] | Common | 1.035% |
| David Issa [Address on File] | Common | 1.829% |
| Justin Stone [Address on File] | Common | 0.228% |
| Daniel Lansman [Address on File] | Common | 1.026% |
| Bryan Shetsky [Address on File] | Common | 1.670% |
| Robert Watson [Address on File] | Common | 0.637% |
| Patricia Ramos [Address on File] | Common | 0.001% |
| Joel Medgebow [Address on File] | Common | 1.049% |
| Elizabeth Trattner [Address on File] | Common | 0.052% |
| The Santo J. Sottilare and Mary Lee Sottilare Living Trust 736 Gayfeather Lane Vero Beach, FL 32963 | Common | 0.031% |
| MITATY LLC 5311 NW 26th Circle, Boca Raton, FL 33496 | Common | 0.053% |
| Anupam Vats [Address on File] | Common | 0.421% |
| Donovan Chin [Address on File] | Common | 0.248% |
| Jason Casten [Address on File] | Common | 0.458% |

| Name and Address of Interest Holder | Kind/Class of Interest (Member Interest) | Percentage Of Interests Held |
|---|---|---|
| iPower Technologies Inc. 6111 NW Broken Sound Pkwy NW Suite 170, Boca Raton, FL 33487 | Common | 0.031% |
| Lisa Leo [Address on File] | Common | 0.031% |
| Brandon M. Rosen Revocable Trust Dated July 22, 2019 6119 Lyons Rd Coconut Creek, FL 33073-4740 | Common | 1.026% |
| R & E Parker Family Limited Partnership 10822 Pine Lodge Trail Davie, FL 33328 | Common | 22.299% |
| Michael E. West [Address on File] | | |
| J Maroon & J Tumulo [Address on File] | | |
| Richard Danzansky [Address on File] | | |
| James Harpel [Address on File] | | |
| Gary Elzweig [Address on File] | | |
| Michael Gordon [Address on File] | | |
| Saul Kravec [Address on File] | | |
| Rebeca Kravec [Address on File] | | |
| Richard Lungen [Address on File] | | |
| Nathan Ward [Address on File] | | |

| Name and Address of Interest Holder | Kind/Class of Interest (Member Interest) | Percentage Of Interests Held |
|---|---|---|
| Luxemburg Capital [Address on File] | | |
| William Fradin [Address on File] | | |
| Kimberly Kryvicky [Address on File] | | |
| Chris Pizzo/Strong Side Ventures [Address on File] | | |
| Bowline [Address on File] | | |
| Daniel Kapp [Address on File] | | |
| Steven Cashman [Address on File] | | |
| Quality King Distributors 35 Sawgrass Drive, Suite 1 Bellport, NY 11731 | | |
| Kennedy Campus [Address on File] | | |
| Donahue [Address on File] | | |
| Muriel Iwanowski [Address on File] | | |
| Stuart Kapp [Address on File] | | |
| Jose Kornide/Eden Rock [Address on File] | | |
| Cedars Capital/Najeeb Thomas [Address on File] | | |
| Robert McGrath [Address on File] | | |

| Name and Address of Interest Holder | Kind/Class of Interest (Member Interest) | Percentage Of Interests Held |
|---|---|---|
| Dennis Rattner<br>[Address on File] | | |
| Rudolph Moise<br>[Address on File] | | |
| MD Base<br>[Address on File] | | |
| Arlene Feuerberg-Isaacs<br>[Address on File] | | |
| Patrick LaVoie<br>[Address on File] | | |
| Focus Group<br>[Address on File] | | |
| Kryvicky Ventures<br>[Address on File] | | |
| Anna Menz<br>[Address on File] | | |
| Gary H Elzweig Revocable Trust<br>[Address on File] | | |
| Christopher Allen/Stephanie Gordon<br>[Address on File] | | |
| Fredda Elzweig<br>[Address on File] | | |
| Francesca Kennedy<br>[Address on File] | Common | 0.043% |
| Shannon Palmeri<br>[Address on File] | Common | 0.068% |

4865-2993-0389, v. 3

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Millennial Benefit Management Corporation** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐  Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| McKesson PO Box 100884 Atlanta, GA 30384-0884 | | Professional Services | | | | $3,193,261.11 |
| Script2U 4971 Southridge Blvd, Suite 115 Memphis, TN 38141 | | Professional Services | | | | $583,801.31 |
| HealthWarehouse.com 7107 Industrial Road Florence, KY 41042 | | Professional Services | | | | $361,667.73 |
| Microsoft One Microsoft Way Redmond, WA 98052 | | Professional Services | | | | $256,215.87 |
| Good Rx 2701 Olympic Blvd,West Building Suite 200 Santa Monica, CA 90404 | | Professional Services | | | | $150,000.00 |
| Ankur Gupta DBA BoltEHR, LLC 1668 Pantego Trail Cary, NC 27519 | | Professional Services | | | | $112,000.00 |
| Xcelacore 810 S Thurlow Street Hinsdale, IL 60521 | | Professional Services | | | | $99,824.00 |
| Braze Inc 330 W 34th Street, 18th Floor New York, NY 10001 | | Professional Services | | | | $97,325.00 |

Debtor    **Millennial Benefit Management Corporation**                                     Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **De Lange Services, Inc.** **8001 Birchwood Court** **PO Box 2000** **Johnston, IA 50131** | | **Professional Services** | | | | $88,265.09 |
| **Genesys Cloud Services, Inc.** **1302 El Camino Real, Suite 300** **Menlo Park, CA 94025** | | **Professional Services** | | | | $87,866.37 |
| **Akerman LLP** **P.O. Box 4906** **Orlando, FL 32802** | | **Professional Services** | | | | $51,189.50 |
| **DocSquad LLC** **8000 Norman Center Drive South, Suite 12** **Attn: NeueHealth Accounting** **Minneapolis, MN 55437** | | **Professional Services** | | | | $50,625.00 |
| **Looker** **1600 Amphitheatre Pkwy** **Mountain View, CA 94043** | | **Professional Services** | | | | $44,626.50 |
| **Modular Office Environments, Inc** **2903 NW 21st Ave** **Oakland Park, FL 33311** | | **Professional Services** | | | | $40,795.00 |
| **TopRx** **2950 Brother Blvd** **Memphis, TN 38133** | | **Professional Services** | | | | $36,206.66 |
| **Semita** **500 Winderley Place, Suite 226** **Maitland, FL 32751** | | **Professional Services** | | | | $34,800.00 |
| **Okta (Auth0)** **PO Box 743620** **Los Angeles, CA 90074-3620** | | **Professional Services** | | | | $29,460.00 |
| **Assouline & Berlowe** **102 SE 2nd Street, Suite 3105** **Miami, FL 33131** | | **Professional Services** | | | | $16,507.50 |

Debtor **Millennial Benefit Management Corporation**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Marcum LLP PO Box 95000-2288 Philadelphia, PA 19195-0001** | | **Professional Services** | | | | **$13,059.85** |
| **Dentons US LLP 601 S Figueroa Street, Suite 2500 Los Angeles, CA 90017-5704** | | **Professional Services** | | | | **$9,572.68** |

**Fill in this information to identify the case:**

Debtor name    **Millennial Benefit Management Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   *Amended Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration    **Debtors' Consolidated Corporate Ownership Statement and List of Equity Interest Holders Pursuant to Fed. R. Bankr. P. 1007(A)(1), 1007(A)(3), and 7007.1**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 19, 2023**    X _____

Signature of individual signing on behalf of debtor

**Donovan Chin**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

## United States Bankruptcy Court
### District of Delaware

In re   **Millennial Benefit Management Corporation**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 19, 2023**

**Donovan Chin/Chief Restructuring Officer**
Signer/Title

# CARRYOVER DATA TO 2023

| Name MILLENNIAL BENEFIT MANAGEMENT CORPORATION INC. & SUBSIDIARIES | Employer Identification Number 81-1593842 |
|---|---|

**Based on the information provided with this return, the following are possible carryover amounts to next year.**

| | |
|---|---|
| FEDERAL NET OPERATING LOSS | 52,024,094. |
| FEDERAL AMT NET OPERATING LOSS (STATE USE) | 41,225,489. |
| CONTRIBUTION CARRYOVER TO NEXT YEAR | 4,585. |
| AMT CONTRIBUTION CARRYOVER TO NEXT YEAR (STATE USE) | 4,080. |

219341
04-01-22

07340927 150872 174689-CON          2022.04030 MILLENNIAL BENEFIT MANAGE 174689-1

# Form **1120**

U.S. Corporation Income Tax Return

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

For calendar year 2022 or tax year beginning _____ , ending _____

Go to www.irs.gov/Form1120 for instructions and the latest information.

**2022**

**A** Check if:
1a Consolidated return (attach Form 851) ☒
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

Name **MILLENNIAL BENEFIT MANAGEMENT CORPORATION INC. & SUBSIDIARIES**

Number, street, and room or suite no. If a P.O. box, see instructions.
**622 BANYAN TRAIL, STE 614**

City or town, state or province, country, and ZIP or foreign postal code
**BOCA RATON, FL  33431**

**B** Employer identification number
**81-1593842**

**C** Date incorporated
**12/15/2015**

**D** Total assets (see instructions)
$ **450,275.**

**E** Check if: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change

## Income

| | | | |
|---|---|---|---|
| **1a** Gross receipts or sales | 1a | 9,370,728. | |
| **b** Returns and allowances | 1b | | |
| **c** Balance. Subtract line 1b from line 1a | | 1c | 9,370,728. |
| **2** Cost of goods sold (attach Form 1125-A) | | 2 | 9,483,983. |
| **3** Gross profit. Subtract line 2 from line 1c | | 3 | -113,255. |
| **4** Dividends and inclusions (Schedule C, line 23) | | 4 | |
| **5** Interest | | 5 | |
| **6** Gross rents | | 6 | |
| **7** Gross royalties | | 7 | |
| **8** Capital gain net income (attach Schedule D (Form 1120)) | | 8 | |
| **9** Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 9 | -107,755. |
| **10** Other income (attach statement) | | 10 | |
| **11** **Total income.** Add lines 3 through 10 | | 11 | -221,010. |

## Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| **12** Compensation of officers (attach Form 1125-E) | | 12 | |
| **13** Salaries and wages (less employment credits) | | 13 | 4,330,515. |
| **14** Repairs and maintenance | | 14 | 55,808. |
| **15** Bad debts | | 15 | 78,698. |
| **16** Rents | | 16 | 306,479. |
| **17** Taxes and licenses | | 17 | 373,798. |
| **18** Interest (see instructions) | | 18 | 31,305. |
| **19** Charitable contributions | | 19 | |
| **20** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | 20 | 30,057. |
| **21** Depletion | | 21 | |
| **22** Advertising | | 22 | 256,923. |
| **23** Pension, profit-sharing, etc., plans | | 23 | |
| **24** Employee benefit programs | | 24 | 278,326. |
| **25** Reserved for future use | | 25 | |
| **26** Other deductions (attach statement) **SEE CONSOLIDATED INCOME AND DEDUCTIONS** | | 26 | 2,537,808. |
| **27** **Total deductions.** Add lines 12 through 26 | | 27 | 8,279,717. |
| **28** Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 | -8,500,727. |
| **29a** Net operating loss deduction (see instructions) | 29a | 0. | |
| **b** Special deductions (Schedule C, line 24) | 29b | | |
| **c** Add lines 29a and 29b | | 29c | |

## Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| **30** **Taxable income.** Subtract line 29c from line 28. See instructions | | 30 | -8,500,727. |
| **31** Total tax (Schedule J, Part I, line 11) | | 31 | 0. |
| **32** Reserved for future use | | 32 | |
| **33** Total payments and credits (Schedule J, Part III, line 23) | | 33 | |
| **34** Estimated tax penalty. See instructions. Check if Form 2220 is attached ☐ | | 34 | |
| **35** **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | | 35 | 0. |
| **36** **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | | 36 | |
| **37** Enter amount from line 36 you want: Credited to 2023 estimated tax _____ Refunded | | 37 | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date _____  Title **VP OF FINANCE**

May the IRS discuss this return with the preparer shown below? ☒ Yes ☐ No

## Paid Preparer Use Only

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name **WILLIAM BOIMAN** | Preparer's signature **WILLIAM BOIMAN** | Date | Check ☐ if self-employed | PTIN **P01422491** |
| Firm's name **MARCUM LLP** | | | Firm's EIN | **11-1986323** |
| Firm's address **ONE SOUTHEAST THIRD AVE, SUITE 1100 MIAMI, FL 33131** | | | Phone no. **(305) 995-9600** | |

211601
12-15-22  LHA  **For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120** (2022)

1

07340927 150872 174689-CON                    2022.04030 MILLENNIAL BENEFIT MANAGE 174689-1

Form 1120 (2022)   MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                81-1593842  Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| **1** | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| **2** | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| **3** | Dividends on certain debt-financed stock of domestic and foreign corporations | | See Instructions | |
| **4** | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| **5** | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| **6** | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| **7** | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| **8** | Dividends from wholly owned foreign subsidiaries | | 100 | |
| **9** | **Subtotal.** Add lines 1 through 8 | | See Instructions | |
| **10** | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| **11** | Dividends from affiliated group members | | 100 | |
| **12** | Dividends from certain FSCs | | 100 | |
| **13** | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| **14** | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| **15** | Reserved for future use | | | |
| **16a** | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| **b** | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| **c** | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| **17** | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| **18** | Gross-up for foreign taxes deemed paid | | | |
| **19** | IC -DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| **20** | Other dividends | | | |
| **21** | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| **22** | Section 250 deduction (attach Form 8993) | | | |
| **23** | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| **24** | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2022)

211611
12-15-22

2

Form 1120 (2022)   MILLENNIAL BENEFIT MANAGEMENT CORPORATIO          81-1593842   Page **3**

| Schedule J | Tax Computation and Payment (see instructions) | | | | | |
|---|---|---|---|---|---|---|

**Part I - Tax Computation**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ............... | ☐ | | | |
| 2 | Income tax. See instructions | | **2** | | 0. |
| 3 | Base erosion minimum tax amount (attach Form 8991) | | **3** | | |
| 4 | Add lines 2 and 3 .................................................................................................. | | **4** | | 0. |
| 5a | Foreign tax credit (attach Form 1118) | **5a** | | | |
| b | Credit from Form 8834 (see instructions) | **5b** | | | |
| c | General business credit (attach Form 3800) | **5c** | | | |
| d | Credit for prior year minimum tax (attach Form 8827) | **5d** | | | |
| e | Bond credits from Form 8912 | **5e** | | | |
| 6 | **Total credits.** Add lines 5a through 5e | | **6** | | |
| 7 | Subtract line 6 from line 4 | | **7** | | 0. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | **8** | | |
| 9a | Recapture of investment credit (attach Form 4255) | **9a** | | | |
| b | Recapture of low-income housing credit (attach Form 8611) | **9b** | | | |
| c | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | **9c** | | | |
| d | Interest due under the look-back method-income forecast method (attach Form 8866) ... | **9d** | | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | | | |
| f | Interest/tax due under Section 453A(c) and/or Section 453(l) | **9f** | | | |
| g | Other (see instructions - attach statement) | **9g** | | | |
| 10 | **Total.** Add lines 9a through 9g | | **10** | | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 .................... | | **11** | | 0. |

**Part II - Reserved For Future Use**

| | | | | | |
|---|---|---|---|---|---|
| 12 | Reserved for future use | | **12** | | |

**Part III - Payments and Refundable Credits**

| | | | | | |
|---|---|---|---|---|---|
| 13 | 2021 overpayment credited to 2022 | | **13** | | |
| 14 | 2022 estimated tax payments | | **14** | | |
| 15 | 2022 refund applied for on Form 4466 | | **15** | ( | ) |
| 16 | Combine lines 13, 14, and 15 | | **16** | | |
| 17 | Tax deposited with Form 7004 | | **17** | | |
| 18 | Withholding (see instructions) | | **18** | | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | | **19** | | |
| 20 | Refundable credits from: | | | | |
| a | Form 2439 | **20a** | | | |
| b | Form 4136 | **20b** | | | |
| c | Reserved for future use | **20c** | | | |
| d | Other (attach statement - see instructions) | **20d** | | | |
| 21 | **Total credits.** Add lines 20a through 20d | | **21** | | |
| 22 | Reserved for future use | | **22** | | |
| 23 | **Total payments and credits.** Add lines 19 and 21. Enter here and on page 1, line 33 ............ | | **23** | | |

Form **1120** (2022)

211621
12-15-22

3

Form 1120 (2022)  MILLENNIAL BENEFIT MANAGEMENT CORPORATIO    81-1593842   Page **4**

| **Schedule K** | **Other Information** (see instructions) | | | **Yes** | **No** |
|---|---|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) _____

**2** See the instructions and enter the:

**a** Business activity code no.  541990

**b** Business activity  HEALTHCARE

**c** Product or service  HEALTHCARE

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ............................................... | | X

If "Yes," enter name and EIN of the parent corporation

_____

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | X |

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) ................ | | X

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions ................ | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions ................ | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 ............................................... | | X

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? ...... | | X

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned _____ and **(b)** Owner's country _____

**(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached _____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount ...................... ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year  $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) _____

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ................ ☒

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ......................................... $  43,523,367.

Form **1120** (2022)

211632
12-15-22

4

Form 1120 (2022)   MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                          81-1593842   Page **5**

| **Schedule K** | **Other Information** *(continued from page 4)* | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **13** | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year   $ | | |
| **14** | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| **15a** | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? | X | |
| **b** | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| **16** | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| **17** | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| **18** | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| **19** | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| **20** | Is the corporation operating on a cooperative basis? | | X |
| **21** | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions   $ | | |
| **22** | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| **23** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| **24** | Does the corporation satisfy one or more of the following? See instructions | | X |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| **25** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 15   $ | | |
| **26** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | X |
| | Percentage: By Vote                          By Value | | |

Form **1120** (2022)

211633
12-15-22

07340927 150872 174689-CON          2022.04030 MILLENNIAL BENEFIT MANAGE 174689-1

Form 1120 (2022)  MILLENNIAL BENEFIT MANAGEMENT CORPORATIO     81-1593842   Page **6**

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 1,160,458. | | 119,925. |
| 2a Trade notes and accounts receivable | 529,872. | | 20,620. | |
| b Less allowance for bad debts | ( 65,000.) | 464,872. | ( ) | 20,620. |
| 3 Inventories | | 239,099. | | |
| 4 U.S. government obligations | SEE STATEMENT OF CONSOLIDATED BEGINNING BALANCE SHEET | | SEE STATEMENT OF CONSOLIDATED ENDING BALANCE SHEET | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (att. stmt.) | | 201,834. | | 47,698. |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (att. stmt.) | | | | |
| 10a Buildings and other depreciable assets | 1,983,818. | | 855,749. | |
| b Less accumulated depreciation | ( 1,401,589.) | 582,229. | ( 593,717.) | 262,032. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | | ( ) | |
| 14 Other assets (att. stmt.) | | 75,911. | | |
| 15 Total assets | | 2,724,403. | | 450,275. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 357,703. | | 3,969,722. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (att. stmt.) | | 3,744,280. | | 5,079,468. |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 27,574,402. | | 27,574,402. |
| 21 Other liabilities (att. stmt.) | | | | |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 71,056. | 71,056. | 71,056. | 71,056. |
| 23 Additional paid-in capital | | 16,825,360. | | 19,225,395. |
| 24 Retained earnings - Appropriated (attach statement) | | | | |
| 25 Retained earnings - Unappropriated | | -45,848,398. | | -55,469,768. |
| 26 Adjustments to shareholders' equity (attach statement) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 2,724,403. | | 450,275. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | -9,621,370. | 7 Income recorded on books this year not included on this return (itemize): | | |
| 2 Federal income tax per books | | Tax-exempt interest $ | | |
| 3 Excess of capital losses over capital gains | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | | | |
| | 30,178. | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation $ | | |
| a Depreciation $ 154,877. | | b Charitable contributions $ | 136,659. | |
| b Charitable contributions $ | | | | 136,659. |
| c Travel and entertainment $ | | | | |
| 1,072,247. | 1,227,124. | 9 Add lines 7 and 8 | | 136,659. |
| 6 Add lines 1 through 5 | -8,364,068. | 10 Income (page 1, line 28) - line 6 less line 9 | | -8,500,727. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | -45,848,398. | 5 Distributions: a Cash | | |
| 2 Net income (loss) per books | -9,621,370. | b Stock | | |
| 3 Other increases (itemize): | | c Property | | |
| | | 6 Other decreases (itemize): | | |
| | | 7 Add lines 5 and 6 | | |
| 4 Add lines 1, 2, and 3 | -55,469,768. | 8 Balance at end of year (line 4 less line 7) | | -55,469,768. |

211631
12-15-22

SEE CONSOLIDATED SCHEDULES M-1 AND M-2     Form **1120** (2022)

07340927 150872 174689-CON                    2022.04030 MILLENNIAL BENEFIT MANAGE 174689-1

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.

▶ Go to www.irs.gov/Form1125A for the latest information.

OMB No. 1545-0123

Name   MILLENNIAL BENEFIT MANAGEMENT
       CORPORATION INC. & SUBSIDIARIES

Employer Identification number
81-1593842

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | 239,099. |
| 2 | Purchases | 8,413,880. |
| 3 | Cost of labor | 0. |
| 4 | Additional section 263A costs (attach schedule) | 0. |
| 5 | Other costs (attach schedule) | 831,004. |
| 6 | **Total.** Add lines 1 through 5 | 9,483,983. |
| 7 | Inventory at end of year | 0. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 9,483,983. |

**9 a** Check all methods used for valuing closing inventory:

(i)   ☐ Cost

(ii)  ☒ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods ......................................................... ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ..... ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed
under LIFO ......................................................... **9d**

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions .......... ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? .......... ☐ Yes ☒ No
If "Yes," attach explanation.

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-A** (Rev. 11-2018)

224441
04-01-22    LHA

7

07340927 150872 174689-CON            2022.04030 MILLENNIAL BENEFIT MANAGE 174689-1

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

OMB No. 1545-0123

▶ **Attach to Form 1120.**

| Name | Employer identification number (EIN) |
|---|---|
| MILLENNIAL BENEFIT MANAGEMENT CORPORATION INC. & SUBSIDIARIES | 81-1593842 |

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| MAHI HOLDINGS LLC | 82-2355745 | PARTNERSHIP | UNITED STATES | 53.45% |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.

217701
04-01-22  LHA

**Schedule G (Form 1120)** (Rev. 12-2011)

07340927 150872 174689-CON          2022.04030 MILLENNIAL BENEFIT MANAGE 174689-1

Form **851**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Affiliations Schedule

**For tax year ending** _DECEMBER 31, 2022_ .

OMB No. 1545-0123

▶ **File with each consolidated income tax return.**

▶ **Information about Form 851 and its instructions is at www.irs.gov/form851.**

| Name of common parent corporation | MILLENNIAL BENEFIT MANAGEMENT CORPORATION | Employer identification number 81-1593842 |
|---|---|---|

Number, street, and room or suite no. If a P.O. box, see instructions.
622 BANYAN TRAIL, STE 614

City or town, state, and ZIP code    BOCA RATON, FL  33431

## Part I — Overpayment Credits, Estimated Tax Payments, and Tax Deposits (see instructions)

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation .......................... | | | |
| | Subsidiary corporations: | | | |
| 2 | MAILMYPRESCRIPTIONS.COM<br>622 BANYANTRAIL STE 614<br>BOCA RATON, FL  33431 | 81-2833962 | 0. | 0. |
| 3 | GENIUSCARE, INC.<br>622 BANYANTRAIL STE 614<br>BOCA RATON, FL  33431 | 85-0745255 | 0. | 0. |
| 4 | GRX ADMINISTRATORS, INC.<br>622 BANYANTRAIL STE 614<br>BOCA RATON, FL  33431 | 85-2140529 | 0. | 0. |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| | **Totals** (Must equal amounts shown on the consolidated tax return) .......................... ▶ | | | |

## Part II — Principal Business Activity, Voting Stock Information, Etc. (see instructions)

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? Yes | Did the subsidiary make any nondividend distributions? No | Stock holdings at beginning of year — Number of shares | Stock holdings at beginning of year — Percent of voting power | Stock holdings at beginning of year — Percent of value | Owned by corporation no. |
|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation HEALTHCARE | 541990 | | | | | | |
| | Subsidiary corporations: | | | | | | | |
| 2 | HEALTHCARE | 541990 | | X | | 100.00 % | 100.00 % | 1 |
| 3 | HEALTHCARE | 541990 | | X | | 100.00 % | 100.00 % | 1 |
| 4 | HEALTHCARE | 541990 | | X | | 100.00 % | 100.00 % | 1 |
| 5 | | | | | | % | % | |
| 6 | | | | | | % | % | |
| 7 | | | | | | % | % | |
| 8 | | | | | | % | % | |
| 9 | | | | | | % | % | |
| 10 | | | | | | % | % | |

210521
04-01-22    LHA    **For Paperwork Reduction Act Notice, see instructions.**

9

Form **851** (Rev. 10-2016)

Form 851 (Rev. 10-2016)  Page **2**

| Part III | Changes in Stock Holdings During the Tax Year |
| --- | --- |

| Corp. No. | Name of corporation | Share-holder of Corp-oration No. | Date of transaction | (a) Changes | | (b) Shares held after changes described in column (a) | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Number of shares acquired | Number of shares disposed of | Percent of voting power | Percent of value |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |

(c) If any transaction listed above caused a transfer of a share of subsidiary stock (defined to include dispositions and deconsolidations), did the share's basis exceed its value at the time of the transfer? See instructions ........................................................................................................................  ☐ Yes  ☒ No

(d) Did any share of subsidiary stock become worthless within the meaning of section 165 (taking into account the provisions of Regulations section 1.1502-80(c)) during the taxable year? See instructions ..................  ☐ Yes  ☒ No

(e) If the equitable owners of any capital stock shown above were other than the holders of record, provide details of the changes.

_____

_____

_____

_____

_____

(f) If additional stock was issued, or if any stock was retired during the year, list the dates and amounts of these transactions.

_____

_____

_____

_____

_____

Form **851** (Rev. 10-2016)

Form 851 (Rev. 10-2016)                                                                                                           Page **3**

| **Part IV** | **Additional Stock Information** (see instructions) |
|---|---|

**1** During the tax year, did the corporation have more than one class of stock outstanding? ......................................... ☐ **Yes**  ☒ **No**

If "Yes," enter the name of the corporation and list and describe each class of stock.

| Corp. No. | Name of corporation | Class of stock |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**2** During the tax year, was there any member of the consolidated group that reaffiliated within 60 months of disaffiliation? ......................................................................................................... ☐ **Yes**  ☒ **No**

If "Yes," enter the name of the corporation(s) and explain circumstances.

| Corp. No. | Name of corporation | Explanation |
|---|---|---|
| | | |
| | | |
| | | |

**3** During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group? ......................................................................... ☐ **Yes**  ☒ **No**

If "Yes," enter the name of the corporation and see the instructions for the percentages to enter in columns (a), (b), and (c).

| Corp. No. | Name of corporation | (a) Percent of value | (b) Percent of outstanding voting stock | (c) Percent of voting power |
|---|---|---|---|---|
| | | % | % | % |
| | | % | % | % |
| | | % | % | % |
| | | % | % | % |

| Corp. No. | **(d)** Provide a description of any arrangement. |
|---|---|
| | |
| | |
| | |
| | |

Form **851** (Rev. 10-2016)

Form **4562**

Department of the Treasury
Internal Revenue Service

**Depreciation and Amortization**
**(Including Information on Listed Property)**   OTHER
Attach to your tax return.
Go to www.irs.gov/Form4562 for instructions and the latest information.

OMB No. 1545-0172

**2022**

Attachment
Sequence No. **179**

Name(s) shown on return
MILLENNIAL BENEFIT MANAGEMENT
CORPORATION INC. & SUBSIDIARIES

Business or activity to which this form relates
OTHER DEPRECIATION

Identifying number
81-1593842

**Part I** | Election To Expense Certain Property Under Section 179 **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | 1 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 | 13 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II** | Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | 24,377. |

**Part III** | MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 | 17 | 5,680. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | | |

**Section B - Assets Placed in Service During 2022 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | / | | 30 yrs. | MM | S/L | |
| d 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** | Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 30,057. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

216251 12-08-22   LHA   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2022)

Form 4562 (2022)    **MILLENNIAL BENEFIT MANAGEMENT CORPORATIO**    81-1593842   Page **2**

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles. )

**24a** Do you have evidence to support the business/investment use claimed?   Yes ☐   No ☐   **24b** If "Yes," is the evidence written?   Yes ☐   No ☐

| (a)<br>Type of property<br>(list vehicles first) | (b)<br>Date<br>placed in<br>service | (c)<br>Business/<br>investment<br>use percentage | (d)<br>Cost or<br>other basis | (e)<br>Basis for depreciation<br>(business/investment<br>use only) | (f)<br>Recovery<br>period | (g)<br>Method/<br>Convention | (h)<br>Depreciation<br>deduction | (i)<br>Elected<br>section 179<br>cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | | 25 | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | | 28 | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | | 29 |

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a)<br>Vehicle | | (b)<br>Vehicle | | (c)<br>Vehicle | | (d)<br>Vehicle | | (e)<br>Vehicle | | (f)<br>Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| **39** Do you treat all use of vehicles by employees as personal use? | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | **Amortization** |
|---|---|

| (a)<br>Description of costs | (b)<br>Date amortization<br>begins | (c)<br>Amortizable<br>amount | (d)<br>Code<br>section | (e)<br>Amortization<br>period or percentage | (f)<br>Amortization<br>for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2022 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| **43** Amortization of costs that began before your 2022 tax year | | | 43 | | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report | | | 44 | | |

216252  12-08-22

Form **4562** (2022)

07340927 150872 174689-CON          2022.04030 MILLENNIAL BENEFIT MANAGE 174689-1

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property)  OTHER | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to your tax return. Go to www.irs.gov/Form4562 for instructions and the latest information. | **2022** Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| MILLENNIAL BENEFIT MANAGEMENT CORPORATION INC. & SUBSIDIARIES | OTHER DEPRECIATION | 81-1593842 |

**Part I**  Election To Expense Certain Property Under Section 179  **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,080,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | 2,700,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | 0. |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**  Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III**  MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ☐ | | |

**Section B - Assets Placed in Service During 2022 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | / | | 30 yrs. | MM | S/L | |
| d  40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**  Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | | |

216251 12-08-22    LHA  **For Paperwork Reduction Act Notice, see separate instructions.**    Form **4562** (2022)

Form 4562 (2022)    MILLENNIAL BENEFIT MANAGEMENT CORPORATIO    81-1593842   Page **2**

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles. **)**

**24a** Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No   **24b** If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | **25** | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | **28** | | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| **39** | Do you treat all use of vehicles by employees as personal use? | | |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | **Amortization** |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2022 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| **43** Amortization of costs that began before your 2022 tax year | | | | **43** | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | |

216252  12-08-22                                                                                   Form **4562** (2022)

15

**2022 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                                OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | (D)EQUIPMENT | 01/17/18 | 200DB | 5.00 | HY | 17 | 1,699. | | | 1,699. | | | | 0. | |
| 3 | EQUIPMENT | 01/05/18 | 200DB | 5.00 | HY | 17 | 16,695. | | | 16,695. | | | | 0. | |
| 4 | (D)EQUIPMENT | 02/27/18 | 200DB | 5.00 | HY | 17 | 1,900. | | | 1,900. | | | | 0. | |
| 5 | EQUIPMENT | 03/15/18 | 200DB | 5.00 | HY | 17 | 2,612. | | | 2,612. | | | | 0. | |
| 6 | EQUIPMENT | 08/14/18 | 200DB | 5.00 | HY | 17 | 46,028. | | | 46,028. | | | | 0. | |
| 7 | EQUIPMENT | 08/16/18 | 200DB | 5.00 | HY | 17 | 59,977. | | | 59,977. | | | | 0. | |
| 8 | (D)EQUIPMENT | 08/02/18 | 200DB | 5.00 | HY | 17 | 1,297. | | | 1,297. | | | | 0. | |
| 9 | EQUIPMENT | 10/26/18 | 200DB | 5.00 | HY | 17 | 111,995. | | | 111,995. | | | | 0. | |
| 10 | (D)EQUIPMENT | 12/12/18 | 200DB | 5.00 | HY | 17 | 18,694. | | | 18,694. | | | | 0. | |
| 11 | (D)EQUIPMENT | 02/15/18 | 200DB | 5.00 | HY | 17 | 894. | | | 894. | | | | 0. | |
| 12 | FURNITURES & FIXTURES | 01/08/18 | 200DB | 7.00 | HY | 17 | 1,391. | | | 1,391. | | | | 0. | |
| 13 | FURNITURES & FIXTURES | 01/18/18 | 200DB | 7.00 | HY | 17 | 1,537. | | | 1,537. | | | | 0. | |
| 14 | FURNITURES & FIXTURES | 02/21/18 | 200DB | 7.00 | HY | 17 | 6,707. | | | 6,707. | | | | 0. | |
| 15 | (D)FURNITURES & FIXTURES | 02/23/18 | 200DB | 7.00 | HY | 17 | 62. | | | 62. | | | | 0. | |
| 16 | (D)FURNITURE & FIXTURES | 02/26/18 | 200DB | 7.00 | HY | 17 | 2,147. | | | 2,147. | | | | 0. | |
| 17 | (D)FURNITURE & FIXTURES | 03/06/18 | 200DB | 7.00 | HY | 17 | 988. | | | 988. | | | | 0. | |
| 18 | FURNITURE & FIXTURES | 03/13/18 | 200DB | 7.00 | HY | 17 | 1,355. | | | 1,355. | | | | 0. | |
| 19 | (D)LEASEHOLD IMPROVEMENTS | 01/31/18 | 150DB | 15.00 | HY | 17 | 64,859. | | | 64,859. | | | | 0. | |

228111 04-01-22

(D) - Asset disposed                                        * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2022 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                          OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | (D)LEASEHOLD IMPROVEMENTS | 02/01/18 | 150DB | 15.00 | HY | 17 | 9,634. | | | 9,634. | | | | 0. | |
| 21 | (D)LEASEHOLD IMPROVEMENTS | 03/29/18 | 150DB | 15.00 | HY | 17 | 14,543. | | | 14,543. | | | | 0. | |
| 22 | (D)LEASEHOLD IMPROVEMENTS | 04/01/18 | 150DB | 15.00 | HY | 17 | 9,166. | | | 9,166. | | | | 0. | |
| 23 | (D)LEASEHOLD IMPROVEMENTS | 03/29/18 | 150DB | 15.00 | HY | 17 | 4,140. | | | 4,140. | | | | 0. | |
| 24 | (D)EQUIPMENT | 07/31/16 | 200DB | 5.00 | HY | 17 | 4,221. | | | 2,111. | 2,110. | 2,110. | | 0. | 2,110. |
| 25 | (D)EQUIPMENT | 09/30/16 | 200DB | 5.00 | HY | 17 | 47,367. | | | 23,684. | 23,683. | 23,683. | | 0. | 23,683. |
| 26 | EQUIPMENT | 10/31/16 | 200DB | 5.00 | HY | 17 | 21,999. | | | 11,000. | 10,999. | 10,999. | | 0. | 10,999. |
| 27 | EQUIPMENT | 11/30/16 | 200DB | 5.00 | HY | 17 | 15,732. | | | 7,866. | 7,866. | 7,866. | | 0. | 7,866. |
| 28 | (D)EQUIPMENT | 12/31/16 | 200DB | 5.00 | HY | 17 | 87,561. | | | 43,781. | 43,780. | 43,780. | | 0. | 43,780. |
| 29 | (D)EQUIPMENT | 01/06/17 | 200DB | 5.00 | HY | 17 | 1,719. | | | 860. | 859. | 809. | | 50. | 859. |
| 30 | (D)EQUIPMENT | 04/30/17 | 200DB | 5.00 | HY | 17 | 1,397. | | | 699. | 698. | 658. | | 40. | 698. |
| 31 | EQUIPMENT | 10/31/17 | 200DB | 5.00 | HY | 17 | 26,828. | | | 26,828. | | | | 0. | |
| 32 | (D)EQUIPMENT | 12/31/17 | 200DB | 5.00 | HY | 17 | 1,800. | | | 1,800. | | | | 0. | |
| 33 | (D)FURNITURE & FIXTURES | 04/15/17 | 200DB | 7.00 | HY | 17 | 1,314. | | | 657. | 657. | 511. | | 29. | 540. |
| 34 | (D)LEASEHOLD IMPROVEMENTS | 01/31/17 | SL | 15.00 | | 16 | 946. | | | 473. | 473. | 143. | | 32. | 175. |
| 35 | (D)LEASEHOLD IMPROVEMENTS | 08/31/17 | SL | 15.00 | | 16 | 72,305. | | | 36,153. | 36,152. | 10,846. | | 2,410. | 13,256. |
| 36 | (D)LEASEHOLD IMPROVEMENTS | 09/30/17 | SL | 15.00 | | 16 | 851. | | | 851. | | | | 0. | |
| 37 | (D)LEASEHOLD IMPROVEMENTS | 10/31/17 | SL | 15.00 | | 16 | 62,290. | | | 62,290. | | | | 0. | |

228111  04-01-22

(D) - Asset disposed                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2022 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                      OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | *Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | (D)LEASEHOLD IMPROVEMENTS | 11/30/17 | SL | 15.00 | | 16 | 61,400. | | | 61,400. | | | | 0. | |
| 39 | (D)LEASEHOLD IMPROVEMENTS | 12/31/17 | SL | 15.00 | | 16 | 82,081. | | | 82,081. | | | | 0. | |
| 40 | (D)FURNITURE & FIXTURES | 10/31/17 | 200DB | 7.00 | HY | 17 | 7,817. | | | 7,817. | | | | 0. | |
| 41 | FURNITURE & FIXTURES | 11/30/17 | 200DB | 7.00 | HY | 17 | 14,791. | | | 14,791. | | | | 0. | |
| 42 | CAPITAL LEASE | 01/01/17 | SL | 10.00 | | 16 | 418,568. | | | 209,284. | 209,284. | 94,177. | | 20,928. | 115,105. |
| 43 | FURNITURES & FIXTURES | 08/29/17 | 200DB | 7.00 | HY | 17 | 20,059. | | | 10,030. | 10,029. | 7,792. | | 895. | 8,687. |
| 44 | (D)FURNITURE & FIXTURES | 10/31/17 | 200DB | 7.00 | HY | 17 | 6,913. | | | 6,913. | | | | 0. | |
| 45 | (D)FURNITURE & FIXTURES | 12/31/17 | 200DB | 7.00 | HY | 17 | 15,486. | | | 15,486. | | | | 0. | |
| 46 | EQUIPMENT | 08/22/17 | 200DB | 5.00 | HY | 17 | 13,740. | | | 6,870. | 6,870. | 6,474. | | 396. | 6,870. |
| 47 | EQUIPMENT | 10/19/17 | 200DB | 5.00 | HY | 17 | 15,788. | | | 15,788. | | | | 0. | |
| 48 | EQUIPMENT | 03/23/17 | 200DB | 5.00 | HY | 17 | 2,761. | | | 1,381. | 1,380. | 1,300. | | 80. | 1,380. |
| 49 | EQUIPMENT | 04/28/17 | 200DB | 5.00 | HY | 17 | 938. | | | 469. | 469. | 442. | | 27. | 469. |
| 50 | (D)LEASEHOLD IMPROVEMENTS | 02/28/17 | SL | 15.00 | | 16 | 30,214. | | | 15,107. | 15,107. | 4,531. | | 1,007. | 5,538. |
| 51 | (D)LEASEHOLD IMPROVEMENTS | 07/31/16 | 150DB | 15.00 | HY | 17 | 12,973. | | | | 12,973. | 9,334. | | 192. | 9,526. |
| 52 | (D)LEASEHOLD IMPROVEMENTS | 08/31/16 | 150DB | 15.00 | HY | 17 | 72,758. | | | | 72,758. | 52,351. | | 1,074. | 53,425. |
| 53 | (D)LEASEHOLD IMPROVEMENTS | 09/30/16 | 150DB | 15.00 | HY | 17 | 162,466. | | | | 162,466. | 116,897. | | 2,399. | 119,296. |
| 54 | (D)LEASEHOLD IMPROVEMENTS | 10/31/16 | 150DB | 15.00 | HY | 17 | 13,910. | | | | 13,910. | 10,009. | | 206. | 10,215. |
| 55 | (D)LEASEHOLD IMPROVEMENTS | 11/30/16 | 150DB | 15.00 | HY | 17 | 14,799. | | | | 14,799. | 10,648. | | 219. | 10,867. |

228111 04-01-22

(D) - Asset disposed                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2022 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                    OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 56 | (D)LEASEHOLD IMPROVEMENTS | 12/31/16 | 150DB | 15.00 | HY | 17 | 2,400. | | | | 2,400. | 1,727. | | 36. | 1,763. |
| 57 | (D)LEASEHOLD IMPROVEMENTS | 05/31/16 | 150DB | 15.00 | HY | 17 | 2,497. | | | | 2,497. | 1,797. | | 37. | 1,834. |
| 58 | (D)FURNITURE & FIXTURES | 06/03/19 | 200DB | 7.00 | MQ | 17 | 743. | | | 743. | | | | 0. | |
| 59 | (D)FURNITURE & FIXTURES | 07/18/19 | 200DB | 7.00 | MQ | 17 | 7,089. | | | 7,089. | | | | 0. | |
| 60 | FURNITURE & FIXTURES | 06/19/19 | 200DB | 7.00 | MQ | 17 | 800. | | | 800. | | | | 0. | |
| 61 | (D)EQUIPMENT | 01/10/19 | 200DB | 5.00 | MQ | 17 | 2,182. | | | 2,182. | | | | 0. | |
| 62 | (D)EQUIPMENT | 01/10/19 | 200DB | 5.00 | MQ | 17 | 114. | | | 114. | | | | 0. | |
| 63 | (D)EQUIPMENT | 01/30/19 | 200DB | 5.00 | MQ | 17 | 2,691. | | | 2,691. | | | | 0. | |
| 64 | EQUIPMENT | 08/30/19 | 200DB | 5.00 | MQ | 17 | 1,281. | | | 1,281. | | | | 0. | |
| 65 | EQUIPMENT | 08/28/19 | 200DB | 5.00 | MQ | 17 | 641. | | | 641. | | | | 0. | |
| 66 | EQUIPMENT | 12/13/19 | 200DB | 5.00 | MQ | 17 | 2,799. | | | 2,799. | | | | 0. | |
| 67 | (D)LEASEHOLD IMPROVEMENTS | 12/31/19 | 150DB | 15.00 | MQ | 17 | 62,500. | | | 62,500. | | | | 0. | |
| 68 | EQUIPMENT | 01/02/20 | 200DB | 5.00 | HY | 17 | 4,328. | | | 4,328. | | | | 0. | |
| 69 | EQUIPMENT | 03/11/20 | 200DB | 5.00 | HY | 17 | 1,361. | | | 1,361. | | | | 0. | |
| 70 | EQUIPMENT | 05/22/20 | 200DB | 5.00 | HY | 17 | 2,104. | | | 2,104. | | | | 0. | |
| 71 | (D)EQUIPMENT | 06/01/20 | 200DB | 5.00 | HY | 17 | 1,204. | | | 1,204. | | | | 0. | |
| 72 | (D)EQUIPMENT | 06/05/20 | 200DB | 5.00 | HY | 17 | 2,119. | | | 2,119. | | | | 0. | |
| 73 | (D)EQUIPMENT | 06/13/20 | 200DB | 5.00 | HY | 17 | 1,204. | | | 1,204. | | | | 0. | |

228111 04-01-22                                    (D) - Asset disposed                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2022 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                                OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | (D)EQUIPMENT | 06/19/20 | 200DB | 5.00 | HY | 17 | 2,032. | | | 2,032. | | | | 0. | |
| 75 | (D)EQUIPMENT | 06/22/20 | 200DB | 5.00 | HY | 17 | 1,299. | | | 1,299. | | | | 0. | |
| 76 | (D)EQUIPMENT | 06/24/20 | 200DB | 5.00 | HY | 17 | 1,320. | | | 1,320. | | | | 0. | |
| 77 | (D)EQUIPMENT | 06/29/20 | 200DB | 5.00 | HY | 17 | 2,567. | | | 2,567. | | | | 0. | |
| 78 | (D)EQUIPMENT | 07/14/20 | 200DB | 5.00 | HY | 17 | 2,217. | | | 2,217. | | | | 0. | |
| 79 | (D)EQUIPMENT | 07/16/20 | 200DB | 5.00 | HY | 17 | 1,648. | | | 1,648. | | | | 0. | |
| 80 | (D)EQUIPMENT | 07/17/20 | 200DB | 5.00 | HY | 17 | 2,539. | | | 2,539. | | | | 0. | |
| 81 | (D)EQUIPMENT | 07/21/20 | 200DB | 5.00 | HY | 17 | 2,614. | | | 2,614. | | | | 0. | |
| 82 | EQUIPMENT | 07/22/20 | 200DB | 5.00 | HY | 17 | 2,567. | | | 2,567. | | | | 0. | |
| 83 | (D)EQUIPMENT | 08/11/20 | 200DB | 5.00 | HY | 17 | 2,972. | | | 2,972. | | | | 0. | |
| 84 | (D)EQUIPMENT | 09/04/20 | 200DB | 5.00 | HY | 17 | 1,217. | | | 1,217. | | | | 0. | |
| 85 | (D)EQUIPMENT | 09/04/20 | 200DB | 5.00 | HY | 17 | 6,226. | | | 6,226. | | | | 0. | |
| 86 | (D)EQUIPMENT | 09/18/20 | 200DB | 5.00 | HY | 17 | 3,316. | | | 3,316. | | | | 0. | |
| 87 | (D)EQUIPMENT | 09/29/20 | 200DB | 5.00 | HY | 17 | 3,507. | | | 3,507. | | | | 0. | |
| 88 | (D)EQUIPMENT | 09/30/20 | 200DB | 5.00 | HY | 17 | 3,316. | | | 3,316. | | | | 0. | |
| 89 | (D)EQUIPMENT | 09/17/20 | 200DB | 5.00 | HY | 17 | 899. | | | 899. | | | | 0. | |
| 90 | EQUIPMENT | 10/12/20 | 200DB | 5.00 | HY | 17 | 783. | | | 783. | | | | 0. | |
| 91 | EQUIPMENT | 10/21/20 | 200DB | 5.00 | HY | 17 | 7,906. | | | 7,906. | | | | 0. | |

228111 04-01-22

(D) - Asset disposed                                   * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2022 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                             OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 92 | EQUIPMENT | 11/01/20 | 200DB | 5.00 | HY | 17 | 1,745. | | | 1,745. | | | | 0. | |
| 93 | EQUIPMENT | 12/14/20 | 200DB | 5.00 | HY | 17 | 2,399. | | | 2,399. | | | | 0. | |
| 94 | (D)EQUIPMENT | 12/18/20 | 200DB | 5.00 | HY | 17 | 1,818. | | | 1,818. | | | | 0. | |
| 95 | (D)EQUIPMENT | 12/19/20 | 200DB | 5.00 | HY | 17 | 1,230. | | | 1,230. | | | | 0. | |
| 96 | FURNITURE & FIXTURES | 08/12/20 | 200DB | 7.00 | HY | 17 | 2,140. | | | 2,140. | | | | 0. | |
| 97 | (D)FURNITURE & FIXTURES | 05/06/21 | 200DB | 7.00 | HY | 17 | 855. | | | 855. | | | | 0. | |
| 98 | (D)FURNITURE & FIXTURES | 06/15/21 | 200DB | 7.00 | HY | 17 | 3,000. | | | 3,000. | | | | 0. | |
| 99 | (D)FURNITURE & FIXTURES | 06/15/21 | 200DB | 7.00 | HY | 17 | 1,279. | | | 1,279. | | | | 0. | |
| 100 | (D)COMPUTER EQUIPMENT | 01/08/21 | 200DB | 5.00 | HY | 17 | 2,408. | | | 2,408. | | | | 0. | |
| 101 | (D)COMPUTER EQUIPMENT | 01/28/21 | 200DB | 5.00 | HY | 17 | 2,397. | | | 2,397. | | | | 0. | |
| 102 | COMPUTER EQUIPMENT | 02/26/21 | 200DB | 5.00 | HY | 17 | 7,274. | | | 7,274. | | | | 0. | |
| 103 | (D)COMPUTER EQUIPMENT | 03/08/21 | 200DB | 5.00 | HY | 17 | 6,226. | | | 6,226. | | | | 0. | |
| 104 | (D)COMPUTER EQUIPMENT | 03/09/21 | 200DB | 5.00 | HY | 17 | 1,892. | | | 1,892. | | | | 0. | |
| 105 | (D)COMPUTER EQUIPMENT | 03/09/21 | 200DB | 5.00 | HY | 17 | 1,892. | | | 1,892. | | | | 0. | |
| 106 | (D)COMPUTER EQUIPMENT | 03/25/21 | 200DB | 5.00 | HY | 17 | 1,198. | | | 1,198. | | | | 0. | |
| 107 | (D)COMPUTER EQUIPMENT | 03/25/21 | 200DB | 5.00 | HY | 17 | 693. | | | 693. | | | | 0. | |
| 108 | (D)COMPUTER EQUIPMENT | 03/26/21 | 200DB | 5.00 | HY | 17 | 3,316. | | | 3,316. | | | | 0. | |
| 109 | COMPUTER EQUIPMENT | 03/30/21 | 200DB | 5.00 | HY | 17 | 3,787. | | | 3,787. | | | | 0. | |

228111 04-01-22                                    (D) - Asset disposed                              * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2022 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                                     OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 | (D)COMPUTER EQUIPMENT | 04/01/21 | 200DB | 5.00 | HY | 17 | 1,892. | | | 1,892. | | | | 0. | |
| 111 | (D)COMPUTER EQUIPMENT | 04/05/21 | 200DB | 5.00 | HY | 17 | 3,316. | | | 3,316. | | | | 0. | |
| 112 | (D)COMPUTER EQUIPMENT | 04/19/21 | 200DB | 5.00 | HY | 17 | 3,307. | | | 3,307. | | | | 0. | |
| 113 | (D)COMPUTER EQUIPMENT | 04/19/21 | 200DB | 5.00 | HY | 17 | 3,316. | | | 3,316. | | | | 0. | |
| 114 | (D)COMPUTER EQUIPMENT | 05/20/21 | 200DB | 5.00 | HY | 17 | 4,042. | | | 4,042. | | | | 0. | |
| 115 | (D)COMPUTER EQUIPMENT | 05/24/21 | 200DB | 5.00 | HY | 17 | 2,772. | | | 2,772. | | | | 0. | |
| 116 | (D)COMPUTER EQUIPMENT | 05/25/21 | 200DB | 5.00 | HY | 17 | 5,540. | | | 5,540. | | | | 0. | |
| 117 | (D)COMPUTER EQUIPMENT | 06/11/21 | 200DB | 5.00 | HY | 17 | 1,342. | | | 1,342. | | | | 0. | |
| 118 | (D)COMPUTER EQUIPMENT | 06/25/21 | 200DB | 5.00 | HY | 17 | 3,695. | | | 3,695. | | | | 0. | |
| 119 | (D)COMPUTER EQUIPMENT | 06/28/21 | 200DB | 5.00 | HY | 17 | 3,688. | | | 3,688. | | | | 0. | |
| 120 | (D)COMPUTER EQUIPMENT | 09/01/21 | 200DB | 5.00 | HY | 17 | 2,231. | | | 2,231. | | | | 0. | |
| 121 | (D)COMPUTER EQUIPMENT | 10/07/21 | 200DB | 5.00 | HY | 17 | 2,311. | | | 2,311. | | | | 0. | |
| 122 | (D)COMPUTER EQUIPMENT | 10/13/21 | 200DB | 5.00 | HY | 17 | 1,541. | | | 1,541. | | | | 0. | |
| 123 | (D)COMPUTER EQUIPMENT | 10/15/21 | 200DB | 5.00 | HY | 17 | 2,385. | | | 2,385. | | | | 0. | |
| 124 | (D)COMPUTER EQUIPMENT | 11/09/21 | 200DB | 5.00 | HY | 17 | 2,680. | | | 2,680. | | | | 0. | |
| 125 | (D)COMPUTER EQUIPMENT | 11/12/21 | 200DB | 5.00 | HY | 17 | 2,708. | | | 2,708. | | | | 0. | |
| 126 | COMPUTER EQUIPMENT | 11/18/21 | 200DB | 5.00 | HY | 17 | 1,342. | | | 1,342. | | | | 0. | |
| 127 | COMPUTER EQUIPMENT | 11/24/21 | 200DB | 5.00 | HY | 17 | 10,798. | | | 10,798. | | | | 0. | |

228111  04-01-22                                    (D) - Asset disposed                              * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2022 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                    OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 128 | (D)COMPUTER EQUIPMENT | 11/24/21 | 200DB | 5.00 | HY | 17 | 1,584. | | | 1,584. | | | | 0. | |
| 129 | (D)LEASEHOLD IMPROVEMENTS | 04/02/21 | 150DB | 15.00 | HY | 17 | 1,152. | | | 1,152. | | | | 0. | |
| 130 | (D)LEASEHOLD IMPROVEMENTS | 04/15/21 | 150DB | 15.00 | HY | 17 | 14,150. | | | 14,150. | | | | 0. | |
| 131 | (D)LEASEHOLD IMPROVEMENTS | 04/16/21 | 150DB | 15.00 | HY | 17 | 8,719. | | | 8,719. | | | | 0. | |
| 132 | (D)LEASEHOLD IMPROVEMENTS | 04/22/21 | 150DB | 15.00 | HY | 17 | 6,664. | | | 6,664. | | | | 0. | |
| 133 | (D)LEASEHOLD IMPROVEMENTS | 05/24/21 | 150DB | 15.00 | HY | 17 | 1,215. | | | 1,215. | | | | 0. | |
| 134 | (D)LEASEHOLD IMPROVEMENTS | 06/20/21 | 150DB | 15.00 | HY | 17 | 1,600. | | | 1,600. | | | | 0. | |
| 135 | FURNITURE & FIXTURES | 05/07/21 | 200DB | 7.00 | HY | 17 | 800. | | | 800. | | | | 0. | |
| 136 | (D)COMPUTER EQUIPMENT | 10/29/21 | 200DB | 5.00 | HY | 17 | 4,368. | | | 4,368. | | | | 0. | |
| | * TOTAL OTHER DEPRECIATION | | | | | | 1,983,821. | | | 1,331,602. | 652,219. | 418,884. | | 30,057. | 448,941. |
| | | | | | | | | | | | | | | | |
| | CURRENT YEAR ACTIVITY | | | | | | | | | | | | | | |
| | BEGINNING BALANCE | | | | | | 1,983,821. | | 0. | 1,331,602. | 652,219. | 418,884. | | | 448,941. |
| | ACQUISITIONS | | | | | | 0. | | 0. | 0. | 0. | 0. | | | 0. |
| | DISPOSITIONS/RETIRED | | | | | | 1,129,465. | | 0. | 724,143. | 405,322. | 289,834. | | | 297,565. |
| | ENDING BALANCE | | | | | | 854,356. | | 0. | 607,459. | 246,897. | 129,050. | | | 151,376. |

228111 04-01-22

(D) - Asset disposed                                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

Form **4797**

Department of the Treasury
Internal Revenue Service

# Sales of Business Property

(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))

**Attach to your tax return.**

Go to www.irs.gov/Form4797 for instructions and the latest information.

OMB No. 1545-0184

**2022**

Attachment
Sequence No. **27**

Name(s) shown on return

MILLENNIAL BENEFIT MANAGEMENT
CORPORATION INC. & SUBSIDIARIES

Identifying number

81-1593842

| | | |
|---|---|---|
| **1a** | Enter the gross proceeds from sales or exchanges reported to you for 2022 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 | **1a** |
| **b** | Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets | **1b** |
| **c** | Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets | **1c** |

| Part I | **Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year** (see instructions) |
|---|---|

| 2 (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| **3** | Gain, if any, from Form 4684, line 39 | **3** | |
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | **4** | |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | **5** | |
| **6** | Gain, if any, from line 32, from other than casualty or theft | **6** | |
| **7** | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | **7** | |

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.    **SEE STATEMENT 3**

| | | | |
|---|---|---|---|
| **8** | Nonrecaptured net section 1231 losses from prior years. See instructions | **8** | |
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions | **9** | |

| Part II | **Ordinary Gains and Losses** (see instructions) |
|---|---|

**10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| SALE OF FIXED ASSETS | VARIES | 123122 | 0. | 1,021,708. | 1,129,463. | -107,755. |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| **11** | Loss, if any, from line 7 | **11** ( | ) |
| **12** | Gain, if any, from line 7 or amount from line 8, if applicable | **12** | |
| **13** | Gain, if any, from line 31 | **13** | |
| **14** | Net gain or (loss) from Form 4684, lines 31 and 38a | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | **16** | |
| **17** | Combine lines 10 through 16 | **17** | -107,755. |
| **18** | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | | |
| **a** | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions | **18a** | |
| **b** | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 | **18b** | |

LHA
218001
12-14-22    **For Paperwork Reduction Act Notice, see separate instructions.**    Form **4797** (2022)

Form 4797 (2022)    Page **2**

| Part III | Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255 (see instructions) |
|---|---|

**19 (a)** Description of section 1245, 1250, 1252, 1254, or 1255 property:

| | | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|
| **A** | | | |
| **B** | | | |
| **C** | | | |
| **D** | | | |

| | These columns relate to the properties on lines 19A through 19D. | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| 20 | Gross sales price (**Note:** See line 1a before completing.) | **20** | | | | |
| 21 | Cost or other basis plus expense of sale | **21** | | | | |
| 22 | Depreciation (or depletion) allowed or allowable | **22** | | | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 | **23** | | | | |
| 24 | Total gain. Subtract line 23 from line 20 | **24** | | | | |
| 25 | **If section 1245 property:** | | | | | |
| a | Depreciation allowed or allowable from line 22 | **25a** | | | | |
| b | Enter the **smaller** of line 24 or 25a | **25b** | | | | |
| 26 | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975 | **26a** | | | | |
| b | Applicable percentage multiplied by the **smaller** of line 24 or line 26a | **26b** | | | | |
| c | Subtract line 26a from line 24. If residential rental property **or** line 24 isn't more than line 26a, skip lines 26d and 26e | **26c** | | | | |
| d | Additional depreciation after 1969 and before 1976 | **26d** | | | | |
| e | Enter the **smaller** of line 26c or 26d | **26e** | | | | |
| f | Section 291 amount (corporations only) | **26f** | | | | |
| g | Add lines 26b, 26e, and 26f | **26g** | | | | |
| 27 | **If section 1252 property:** Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership. | | | | | |
| a | Soil, water, and land clearing expenses | **27a** | | | | |
| b | Line 27a multiplied by applicable percentage | **27b** | | | | |
| c | Enter the **smaller** of line 24 or 27b | **27c** | | | | |
| 28 | **If section 1254 property:** | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion | **28a** | | | | |
| b | Enter the **smaller** of line 24 or 28a | **28b** | | | | |
| 29 | **If section 1255 property:** | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 | **29a** | | | | |
| b | Enter the **smaller** of line 24 or 29a | **29b** | | | | |

**Summary of Part III Gains.**  Complete property columns A through D through line 29b before going to line 30.

| 30 | Total gains for all properties. Add property columns A through D, line 24 | **30** | |
|---|---|---|---|
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | **31** | |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | **32** | |

| Part IV | Recapture Amounts Under Sections 179 and 280F(b)(2)  When Business Use Drops to 50% or Less (see instructions) |
|---|---|

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | **33** | | |
| 34 | Recomputed depreciation. See instructions | **34** | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | **35** | | |

218002
12-14-22

07340927 150872 174689-CON              2022.04030 MILLENNIAL BENEFIT MANAGE 174689-1

Election to Waive the Net Operating Loss Carryback Period


MILLENNIAL BENEFIT MANAGEMENT
CORPORATION INC. & SUBSIDIARIES
622 BANYAN TRAIL, STE 614
BOCA RATON, FL  33431


Employer Identification Number:  81-1593842


For the Year Ending December 31, 2022


MILLENNIAL BENEFIT MANAGEMENT CORPORATION INC. & SUBSIDIARIES hereby
elects, pursuant to Sec. 172(b)(3) of the Internal Revenue Code, to
relinquish the entire carryback period with respect to the net
operating loss incurred for the tax year ended December 31, 2022,
and will have such loss available for carryforward only.

Section 1.263(a)-1(f) De Minimis Safe Harbor Election


MILLENNIAL BENEFIT MANAGEMENT
CORPORATION INC. & SUBSIDIARIES
622 BANYAN TRAIL, STE 614
BOCA RATON, FL  33431


Employer Identification Number:  81-1593842


For the Year Ending December 31, 2022


MILLENNIAL BENEFIT MANAGEMENT CORPORATION INC. & SUBSIDIARIES is
making the de minimis safe harbor election under Reg. Sec.
1.263(a)-1(f).

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                           81-1593842

---

                              FOOTNOTES                      STATEMENT 2

---

MILLENNIAL BENEFIT MANAGEMENT CORPORATION QUALIFIES FOR THE
SMALL BUSINESS EXCEPTION TO SECTION 163(J) AND THE COMPANY
IS NOT SUBJECT TO THE SECTION 163(J) LIMITATION ON BUSINESS
INTEREST.

---

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                    81-1593842

---

FORM 4797                SECTION 1231 LOSSES FROM PRIOR YEARS              STATEMENT 3

|  | LOSS SUSTAINED | LOSS PREVIOUSLY RECAPTURED | LOSS REMAINING |
|---|---|---|---|
| TAX YEAR 2017 | 14,395 | | 14,395 |
| TAX YEAR 2018 | | | |
| TAX YEAR 2019 | | | |
| TAX YEAR 2020 | | | |
| TAX YEAR 2021 | | | |
| TOTAL REMAINING SECTION 1231 LOSSES FROM PRIOR YEARS | | | 14,395 |

**INCOME AND DEDUCTIONS**

| | CONSOLIDATED AMOUNTS | ADJUSTMENTS | ELIMINATIONS | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIP TIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS, INC. 85-2140529 |
|---|---|---|---|---|---|---|---|---|
| Gross receipts or sales | 9,370,728. | | | 9,370,728. | | 9,370,728. | | |
| Less returns and allowances | | | | | | | | |
| Net Sales | 9,370,728. | | | 9,370,728. | | 9,370,728. | | |
| **Cost of goods sold:** | | | | | | | | |
| Inventory at beginning of year | 239,099. | | | 239,099. | | 239,099. | | |
| Purchases | 8,413,880. | | | 8,413,880. | | 8,413,880. | | |
| Cost of labor | | | | | | | | |
| Additional section 263A costs | | | | | | | | |
| Other costs                STMT 7 | 831,004. | | | 831,004. | 85,072. | 745,932. | | |
| Inventory end of year | | | | | | | | |
| Cost of goods sold | 9,483,983. | | | 9,483,983. | 85,072. | 9,398,911. | | |
| **Gross profit** | -113,255. | | | -113,255. | -85,072. | -28,183. | | |
| Dividends | | | | | | | | |
| Interest | | | | | | | | |
| Gross rents | | | | | | | | |
| Gross royalties | | | | | | | | |
| Capital gain net income | | | | | | | | |
| Net gain or (loss) Form 4797 | -107,755. | | | -107,755. | -107,755. | | | |
| Other income | | | | | | | | |
| **Total Income** | -221,010. | | | -221,010. | -192,827. | -28,183. | | |
| **Deductions** | | | | | | | | |
| Compensation of officers | | | | | | | | |
| Salaries and wages | 4,330,515. | | | 4,330,515. | 4,330,515. | | | |
| Repairs | 55,808. | | | 55,808. | 55,434. | 374. | | |
| Bad debts | 78,698. | | | 78,698. | 78,698. | | | |
| Rents | 306,479. | | | 306,479. | 309,365. | -2,886. | | |
| Taxes                      STMT 8 | 373,798. | | | 373,798. | 335,144. | 37,886. | 384. | 384. |
| Interest | 31,305. | | | 31,305. | 31,305. | | | |
| Charitable Contributions   STMT 4 | | | | | | | | |
| Depreciation not claimed elsewhere | 30,057. | | | 30,057. | 30,057. | | | |
| Depletion | | | | | | | | |
| Advertising | 256,923. | | | 256,923. | 256,923. | | | |
| Pension, profit-sharing, etc., plans | | | | | | | | |
| Employee benefit programs | 278,326. | | | 278,326. | 278,326. | | | |
| Other deductions           STMT 9 | 2,537,808. | | | 2,537,808. | 2,168,783. | 362,723. | 6,302. | |
| **Total Deductions** | 8,279,717. | | | 8,279,717. | 7,874,550. | 398,097. | 6,686. | 384. |
| Taxable income before NOL and special deductions | -8,500,727. | | | -8,500,727. | -8,067,377. | -426,280. | -6,686. | -384. |
| Net operating loss deduction   STMT 5 | | | | | | | | |
| Special deductions | | | | | | | | |
| **Taxable Income** | -8,500,727. | | | -8,500,727. | -8,067,377. | -426,280. | -6,686. | -384. |

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                        81-1593842

===============================================================================

                   CHARITABLE CONTRIBUTION ADJUSTMENT            STATEMENT 4
===============================================================================


    LIMITATION OF 10% OF TAXABLE INCOME AS ADJUSTED                -1,391,677.

| | ORIGINAL CONTRIBUTION | APPLIED TO DATE | CONTRIBUTION AVAILABLE | AMOUNT DEDUCTED | REMAINING LIMITATION AFTER DEDUCTION |
|---|---|---|---|---|---|
| YEAR END  12/31/18  MILLENNIAL BENEFIT MANAGEMENT | 505. | 0. | 505. | 0. | 0. |
| YEAR END  12/31/20  MILLENNIAL BENEFIT MANAGEMENT | 1,080. | 0. | 1,080. | 0. | 0. |
| YEAR END  12/31/21  MILLENNIAL BENEFIT MANAGEMENT | 3,000. | 0. | 3,000. | 0. | 0. |

    CONSOLIDATED CHARITABLE CONTRIBUTION DEDUCTION               0.
    LESS: COMBINED CHARITABLE CONTRIBUTION DEDUCTION             0.
                                                          _____
    CONSOLIDATED ADJUSTMENT                                      0.
                                                          ==============

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                81-1593842

===

NET OPERATING LOSS ADJUSTMENT                 STATEMENT 5

===

CONSOLIDATED TAXABLE INCOME BEFORE NOL                 -8,500,727.

| | | SRLY OR SEC. 382 LIMIT | TOTAL NOL AVAILABLE | TOTAL NOL AFTER SRLY OR SEC. 382 LIMITATION | TOTAL NOL DEDUCTED | REMAINING TAXABLE INCOME AFTER NOL DEDUCTION |
|---|---|---|---|---|---|---|
| YEAR END | 12/31/16 | MILLENNIAL BENEFIT MANAGEMENT | | | | |
| | | | 1,068,680. | 1,068,680. | 0. | |
| YEAR END | 12/31/17 | MILLENNIAL BENEFIT MANAGEMENT | | | | |
| | | | 4,347,364. | 4,347,364. | 0. | |
| YEAR END | 12/31/18 | MILLENNIAL BENEFIT MANAGEMENT | | | | |
| | | | 7,175,623. | 0.* | 0. | |
| YEAR END | 12/31/19 | MILLENNIAL BENEFIT MANAGEMENT | | | | |
| | | | 8,054,483. | 0.* | 0. | |
| YEAR END | 12/31/20 | MILLENNIAL BENEFIT MANAGEMENT | | | | |
| | | | 8,833,923. | 0.* | 0. | |
| | | GENIUSCARE, INC. | | | | |
| | | | 11,698. | 0.* | 0. | |
| | | GRX ADMINISTRATORS, INC. | | | | |
| | | | 343. | 0.* | 0. | |
| YEAR END | 12/31/21 | MILLENNIAL BENEFIT MANAGEMENT | | | | |
| | | | 14,016,625. | 0.* | 0. | |
| | | GENIUSCARE, INC. | | | | |
| | | | 14,239. | 0.* | 0. | |
| | | GRX ADMINISTRATORS, INC. | | | | |
| | | | 389. | 0.* | 0. | |
| SUBTOTAL | | | 43,523,367. | 5,416,044. | 0. | |

CONSOLIDATED NOL DEDUCTION                       0.
COMBINED NOL DEDUCTION                           0.

CONSOLIDATED NOL ADJUSTMENT                       0.

 *SUBJECT TO 80% TAXABLE INCOME LIMIT OF              0.

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                    81-1593842

| | | | | | | STATEMENT 6 |
|---|---|---|---|---|---|---|

ALLOCATION OF CURRENT CONSOLIDATED NET
OPERATING LOSS TO MEMBER CORPORATIONS

| CURRENT CONSOLIDATED NOL | X | MEMBER'S CURRENT NOL | / | TOTAL OF ALL MEMBERS WITH NOL | = | NOL ALLOCATED TO THIS COMPANY |
|---|---|---|---|---|---|---|
| 12/31/22 MILLENNIAL BENEFIT MANAGEMENT | | | | | | |
| 8,500,727. | | 8,067,377. | | 8,500,727. | | 8,067,377. |
| 12/31/22 MAILMYPRESCRIPTIONS.COM | | | | | | |
| 8,500,727. | | 426,280. | | 8,500,727. | | 426,280. |
| 12/31/22 GENIUSCARE, INC. | | | | | | |
| 8,500,727. | | 6,686. | | 8,500,727. | | 6,686. |
| 12/31/22 GRX ADMINISTRATORS, INC. | | | | | | |
| 8,500,727. | | 384. | | 8,500,727. | | 384. |

07340927 150872 174689-CON        2022.04030 MILLENNIAL BENEFIT MANAGE 174689-1

**MILLENNIAL BENEFIT MANAGEMENT CORPORATIO**      81-1593842

SCHEDULE A            COST OF GOODS SOLD OTHER COSTS            STATEMENT 7

| | CONSOLIDATED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIP TIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS , INC. 85-2140529 |
|---|---|---|---|---|---|
| PHARMACY PACKAGING | 60,423. | | 60,423. | | |
| PHARMACY SHIPPING & LOGISTICS | 666,477. | | 666,477. | | |
| PHARMACY SUPPLIES | 19,032. | | 19,032. | | |
| TELEMEDICINE COSTS | 85,072. | 85,072. | | | |
| TOTAL OTHER COSTS | 831,004. | 85,072. | 745,932. | | |

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                          81-1593842

| | CONSOLIDATED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIP TIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS , INC. 85-2140529 |
|---|---|---|---|---|---|
| LICENSES & PERMITS | 42,706. | 9,329. | 32,609. | 384. | 384. |
| PAYROLL TAXES | 320,167. | 320,167. | | | |
| SALES TAX | 249. | | 249. | | |
| STATE TAXES | 10,676. | 5,648. | 5,028. | | |
| TOTAL TAXES | 373,798. | 335,144. | 37,886. | 384. | 384. |

TAXES                                                            STATEMENT 8

**MILLENNIAL BENEFIT MANAGEMENT CORPORATIO**                81-1593842

OTHER DEDUCTIONS                                                STATEMENT 9

| | CONSOLIDATED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIP TIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS , INC. 85-2140529 |
|---|---|---|---|---|---|
| BANK SERVICE CHARGES | 9,196. | 8,410. | 786. | | |
| DUES & SUBSCRIPTIONS | 13,063. | 11,682. | 1,381. | | |
| EDUCATION & TRAINING | 17,694. | 17,694. | | | |
| INSURANCE | 66,469. | 66,469. | | | |
| LEGAL & PROFESSIONAL | 704,822. | 704,822. | | | |
| MEALS NOT SUBJECT TO LIMITATION | 14,064. | 14,064. | | | |
| MERCHANT FEES | 133,607. | | 133,607. | | |
| MISCELLANEOUS EXPENSE | 68,860. | 33,280. | 35,580. | | |
| OFFICE SUPPLIES | 12,803. | 12,183. | 620. | | |
| PAYROLL OUTSOURING FEE | 173,065. | 173,065. | | | |
| PHARMACY EXPENSE | 20,132. | | 20,132. | | |
| POSTAGE | 3,929. | 3,461. | 468. | | |
| RECRUITING | 20,328. | 20,328. | | | |
| SECURITY | 2,702. | 2,702. | | | |
| TECHNOLOGY | 1,254,405. | 1,077,954. | 170,149. | 6,302. | |
| TELEPHONE | 13,911. | 13,911. | | | |
| TRAVEL | 1,668. | 1,668. | | | |
| UTILITIES | 7,090. | 7,090. | | | |
| TOTAL OTHER DEDUCTIONS | 2,537,808. | 2,168,783. | 362,723. | 6,302. | |

**BEGINNING BALANCE SHEET**

| | CONSOLIDATED AMOUNTS | ADJUSTMENTS | ELIMINATIONS | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIPTIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS, INC. 85-2140529 |
|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | |
| Cash | 1,160,458. | | | 1,160,458. | 139,208. | -42,282. | 318. | 1,063,214. |
| Trade notes and accounts receivable | 529,872. | | | 529,872. | 78,273. | 451,599. | | |
|   Less allowance for bad debts | 65,000. | | | 65,000. | 65,000. | | | |
| Inventories | 239,099. | | | 239,099. | | 239,099. | | |
| U.S. government obligations | | | | | | | | |
| Tax-exempt securities | | | | | | | | |
| Other current assets   STATEMENT 10 | 201,834. | | -12,023,605. | 12,225,439. | 196,548. | 91,593. | 1,280. | 11,936,018. |
| Loans to stockholders | | | | | | | | |
| Mortgage and real estate loans | | | | | | | | |
| Other investments | | | | | | | | |
| Buildings and other depreciable assets | 1,983,818. | | | 1,983,818. | 1,091,384. | 892,434. | | |
|   Less accumulated depreciation | 1,401,589. | | | 1,401,589. | 763,329. | 638,260. | | |
| Depletable assets | | | | | | | | |
|   Less accumulated depletion | | | | | | | | |
| Land (net of any amortization) | | | | | | | | |
| Intangible assets (amortizable only) | | | | | | | | |
|   Less accumulated amortization | | | | | | | | |
| Other assets   STATEMENT 11 | 75,911. | | | 75,911. | 75,911. | | | |
| **Total Assets** | 2,724,403. | | -12,023,605. | 14,748,008. | 752,995. | 994,183. | 1,598. | 12,999,232. |
| **Liabilities and Stockholders' Equity** | | | | | | | | |
| Accounts payable | 357,703. | | | 357,703. | 242,263. | 115,440. | | |
| Mortgages, notes, bonds payable in less than 1 year | | | | | | | | |
| Other current liabilities   STATEMENT 12 | 3,744,280. | | -12,023,605. | 15,767,885. | 15,733,778. | 5,337. | 28,770. | |
| Loans from stockholders | | | | | | | | |
| Mortages, notes, bonds payable in 1 year or more | 27,574,402. | | | 27,574,402. | 27,574,402. | | | |
| Other liabilities | | | | | | | | |
| Capital stock: **a** Preferred stock | | | | | | | | |
|      **b** Common stock | 71,056. | | | 71,056. | 71,056. | | | |
| Additional paid-in capital | 16,825,360. | | | 16,825,360. | 3,825,360. | | | 13,000,000. |
| Retained earnings - Appropriated | | | | | | | | |
| Retained earnings - Unappropriated | -45,848,398. | | | -45,848,398. | -46,693,864. | 873,406. | -27,172. | -768. |
| Adjustments to shareholders' equity | | | | | | | | |
|   Less cost of treasury stock | | | | | | | | |
| **Total Liabilities and Stockholders' Equity** | 2,724,403. | | -12,023,605. | 14,748,008. | 752,995. | 994,183. | 1,598. | 12,999,232. |

228242
04-01-22

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                                                                  81-1593842

| SCHEDULE L | | OTHER CURRENT ASSETS | | | STATEMENT 10 |
|---|---|---|---|---|---|
| | CONSOLIDATED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIP TIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS , INC. 85-2140529 |
| INTERCOMPANY RECEIVABLES | 12,023,605. | | 87,587. | | 11,936,018. |
| PREPAID EXPENSES | 201,834. | 196,548. | 4,006. | 1,280. | |
| ●ELIMINATION | -12,023,605. | | | | |
| TOTAL OTHER CURRENT ASSETS | 201,834. | 196,548. | 91,593. | 1,280. | 11,936,018. |

| SCHEDULE L | | OTHER ASSETS | | | STATEMENT 11 |
|---|---|---|---|---|---|
| | CONSOLIDATED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIP TIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS , INC. 85-2140529 |
| SECURITY DEPOSITS | 75,911. | 75,911. | | | |
| TOTAL OTHER ASSETS | 75,911. | 75,911. | | | |

STATEMENT(S) 10, 11

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                                                                          81-1593842

| SCHEDULE L | | CURRENT LIABILITIES | | | STATEMENT 12 |
|---|---|---|---|---|---|
| | CONSOLIDATED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIP TIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS , INC. 85-2140529 |
| ACCRUED EXPENSES | 297,653. | 295,202. | 2,451. | | |
| ACCRUED INTEREST | 3,069,430. | 3,069,430. | | | |
| ACCRUED PAYROLL | 374,311. | 374,311. | | | |
| INTERCOMPANY PAYABLE | 12,023,605. | 11,994,835. | | 28,770. | |
| LEASE INCENTIVE OBLIGATION | 2,886. | | 2,886. | | |
| ●ELIMINATION | -12,023,605. | | | | |
| TOTAL OTHER CURRENT LIABILITIES | 3,744,280. | 15,733,778. | 5,337. | 28,770. | |

**ENDING BALANCE SHEET AND SCHEDULE M-2**

| | CONSOLIDATED AMOUNTS | ADJUSTMENTS | ELIMINATIONS | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIPTIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS, INC. 85-2140529 |
|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | |
| Cash | 119,925. | | | 119,925. | 33,403. | 68,340. | 93. | 18,089. |
| Trade notes and accounts receivable | 20,620. | | | 20,620. | | 20,620. | | |
| Less allowance for bad debts | | | | | | | | |
| Inventories | | | | | | | | |
| U.S. government obligations | | | | | | | | |
| Tax-exempt securities | | | | | | | | |
| Other current assets   STATEMENT 13 | 47,698. | | -19,021,801. | 19,069,499. | 44,350. | 3,644,390. | | 15,380,759. |
| Loans to stockholders | | | | | | | | |
| Mortgage and real estate loans | | | | | | | | |
| Other investments | | | | | | | | |
| Buildings and other depreciable assets | 855,749. | | | 855,749. | 339,552. | 516,197. | | |
| Less accumulated depreciation | 593,717. | | | 593,717. | 259,124. | 334,593. | | |
| Depletable assets | | | | | | | | |
| Less accumulated depletion | | | | | | | | |
| Land (net of any amortization) | | | | | | | | |
| Intangible assets (amortizable only) | | | | | | | | |
| Less accumulated amortization | | | | | | | | |
| Other assets | | | | | | | | |
| **Total Assets** | 450,275. | | -19,021,801. | 19,472,076. | 158,181. | 3,914,954. | 93. | 15,398,848. |
| **Liabilities and Stockholders' Equity** | | | | | | | | |
| Accounts payable | 3,969,722. | | | 3,969,722. | 1,012,467. | 2,957,255. | | |
| Short term mortgages, notes, and bonds | | | | | | | | |
| Other current liabilities   STATEMENT 14 | 5,079,468. | | -19,021,801. | 24,101,269. | 23,484,175. | 583,143. | 33,951. | |
| Loans from stockholders | | | | | | | | |
| Long term mortgages, notes, and bonds | 27,574,402. | | | 27,574,402. | 27,574,402. | | | |
| Other liabilities | | | | | | | | |
| Capital stock: **a** Preferred stock | | | | | | | | |
| **b** Common stock | 71,056. | | | 71,056. | 71,056. | | | |
| Additional paid-in capital | 19,225,395. | | | 19,225,395. | 3,825,395. | | | 15,400,000. |
| Retained earnings - Appropriated | | | | | | | | |
| Retained earnings - Unappropriated | -55,469,768. | | | -55,469,768. | -55,809,314. | 374,556. | -33,858. | -1,152. |
| Adjustments to shareholders' equity | | | | | | | | |
| Less cost of treasury stock | | | | | | | | |
| **Total Liabilities and Stockholders' Equity** | 450,275. | | -19,021,801. | 19,472,076. | 158,181. | 3,914,954. | 93. | 15,398,848. |
| **Schedule M-2** | | | | | | | | |
| Balance at beginning of year | -45,848,398. | | | -45,848,398. | -46,693,864. | 873,406. | -27,172. | -768. |
| Net income per books | -9,621,370. | | | -9,621,370. | -9,115,450. | -498,850. | -6,686. | -384. |
| Other increases | | | | | | | | |
| **Total Increases** | -55,469,768. | | | -55,469,768. | -55,809,314. | 374,556. | -33,858. | -1,152. |
| Distributions: Cash | | | | | | | | |
| Stock | | | | | | | | |
| Property | | | | | | | | |
| Other decreases | | | | | | | | |
| **Total Decreases** | | | | | | | | |
| **Balance at End of Year** | -55,469,768. | | | -55,469,768. | -55,809,314. | 374,556. | -33,858. | -1,152. |

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                                                                                          81-1593842

| SCHEDULE L | | OTHER CURRENT ASSETS | | | STATEMENT 13 |

| | CONSOLIDATED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIP TIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS , INC. 85-2140529 |
|---|---|---|---|---|---|
| INTERCOMPANY RECEIVABLES | 19,021,801. | | 3,641,042. | | 15,380,759. |
| PREPAID EXPENSES | 47,698. | 44,350. | 3,348. | | |
| ●ELIMINATION | -19,021,801. | | | | |
| TOTAL OTHER CURRENT ASSETS | 47,698. | 44,350. | 3,644,390. | | 15,380,759. |

| SCHEDULE L | | CURRENT LIABILITIES | | | STATEMENT 14 |

| | CONSOLIDATED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIP TIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS , INC. 85-2140529 |
|---|---|---|---|---|---|
| ACCRUED EXPENSES | 841,222. | 258,079. | 583,143. | | |
| ACCRUED INTEREST | 4,141,677. | 4,141,677. | | | |
| ACCRUED PAYROLL | 85,849. | 85,849. | | | |
| INTERCOMPANY PAYABLE | 19,021,801. | 18,987,850. | | 33,951. | |
| OTHER NOTE PAYABLE | 10,720. | 10,720. | | | |
| ●ELIMINATION | -19,021,801. | | | | |
| TOTAL OTHER CURRENT LIABILITIES | 5,079,468. | 23,484,175. | 583,143. | 33,951. | |

STATEMENT(S) 13, 14

**SCHEDULE M-1**

| | CONSOLIDATED AMOUNTS | ADJUSTMENTS | ELIMINATIONS | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIP TIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS , INC. 85-2140529 |
|---|---|---|---|---|---|---|---|---|
| **Schedule M-1** | | | | | | | | |
| Net income per books | -9,621,370. | | | -9,621,370. | -9,115,450. | -498,850. | -6,686. | -384. |
| Federal income tax | | | | | | | | |
| Excess of capital losses over capital gains | | | | | | | | |
| Income subject to tax not recorded on books this year (itemize): SEE STATEMENT 15 | 30,178. | | | 30,178. | 26,216. | 3,962. | | |
| Expenses recorded on books this year not deducted in this return (itemize): | | | | | | | | |
| Depreciation | 154,877. | | | 154,877. | 86,269. | 68,608. | | |
| Contribution carryover | | | | | | | | |
| Travel and entertainment | | | | | | | | |
| Other SEE STATEMENT 16 | 1,072,247. | | | 1,072,247. | 1,072,247. | | | |
| **Total Increases** | -8,364,068. | | | -8,364,068. | -7,930,718. | -426,280. | -6,686. | -384. |
| Income recorded on books this year not included in this return (itemize): | | | | | | | | |
| Tax-exempt interest | | | | | | | | |
| Other | | | | | | | | |
| Deductions in this tax return not charged against book income this year (itemize): | | | | | | | | |
| Depreciation | | | | | | | | |
| Contribution carryover | | | | | | | | |
| Other SEE STATEMENT 17 | 136,659. | | | 136,659. | 136,659. | | | |
| **Total Decreases** | 136,659. | | | 136,659. | 136,659. | | | |
| **Taxable Income** | -8,500,727. | | | -8,500,727. | -8,067,377. | -426,280. | -6,686. | -384. |

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                                                                81-1593842

SCHEDULE M-1                                    INCOME NOT RECORDED ON BOOKS                                    STATEMENT 15

| | CONSOLIDATED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIP TIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS , INC. 85-2140529 |
|---|---|---|---|---|---|
| GAIN (LOSS) ON SALE OF ASSETS NOT ON BOOKS | 30,178. | 26,216. | 3,962. | | |
| TOTAL INCOME NOT RECORDED ON BOOKS | 30,178. | 26,216. | 3,962. | | |

SCHEDULE M-1                                    EXPENSES NOT DEDUCTED IN RETURN                                    STATEMENT 16

| | CONSOLIDATED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIP TIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS , INC. 85-2140529 |
|---|---|---|---|---|---|
| RELATED PARTY INTEREST | 1,072,247. | 1,072,247. | | | |
| TOTAL EXPENSES NOT IN RETURN | 1,072,247. | 1,072,247. | | | |

SCHEDULE M-1                                    DEDUCTIONS NOT ON BOOKS                                    STATEMENT 17

| | CONSOLIDATED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIP TIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS , INC. 85-2140529 |
|---|---|---|---|---|---|
| ACCRUED VACATION | 71,659. | 71,659. | | | |
| BAD DEBTS | 65,000. | 65,000. | | | |
| RELATED PARTY INTEREST | | | | | |
| TOTAL DEDUCTIONS NOT ON BOOKS | 136,659. | 136,659. | | | |

STATEMENT(S) 15, 16, 17

| TAXABLE YEAR 2022 | **California Corporation Franchise or Income Tax Return** | | FORM 100 |
|---|---|---|---|

```
4059870      MILL  81-1593842  000000000000   22
TYB  01-01-2022  TYE  12-31-2022
MILLENNIAL BENEFIT MANAGEMENT CORPORATION INC & SUBSIDIARIES

622 BANYAN TRAIL STE 614
BOCA RATON        FL   33431
```

**Schedule Q Questions** *(continued on Side 2)*

**A   FINAL RETURN?**    ● ☐ Dissolved    ☐ Surrendered (withdrawn)    ☐ Merged/Reorganized    ☐ IRC Section 338 sale    ☐ QSub election

Enter date (mm/dd/yyyy) ● _____

**B  1.** Is income included in a combined report of a unitary group? .......................................................... ● ☒ Yes  ☐ No

If "Yes," indicate:    ☐ Wholly within CA (R&TC 25101.15)
☒ Within and outside of CA

**2.** Is there a change in the members listed in Schedule R-7 from the prior year? ........................... ● ☐ Yes  ☒ No

**3.** Enter the number of members (including parent or key corporation) listed in the Schedule R-7, Part I, Section A, subject to income or franchise tax ...................................................... ●   2.

**4.** Is form FTB 3544 attached to the return? ...................................................................... ● ☐ Yes  ☒ No

**C  1.** During this taxable year, did another person or legal entity acquire control or majority ownership (more than a 50% interest) of this corporation or any of its subsidiaries that owned California real property (i.e., land, buildings), leased such property for a term of 35 years or more, or leased such property from a government agency for any term? ........................... ● ☐ Yes  ☒ No

**2.** During this taxable year, did this corporation or any of its subsidiaries acquire control or majority ownership (more than a 50% interest) in another legal entity that owned California real property (i.e., land, buildings), leased such property for a term of 35 years or more, or leased such property from a government agency for any term? ........................... ● ☐ Yes  ☒ No

**3.** During this taxable year, has more than 50% of the voting stock of this corporation cumulatively transferred in one or more transactions after an interest in California real property (i.e., land, buildings) was transferred to it that was excluded from property tax reassessment under R&TC Section 62 (a)(2) and it was not reported on a previous year's tax return? ........................... ● ☐ Yes  ☒ No

**(Yes requires filing of statement, penalties may apply - see instructions.)**

| | | | | |
|---|---|---|---|---|
| **State Adjustments** | 1 Net income (loss) before state adjustments. See instructions .......................... ● | 1 | -8,493,695 | 00 |
| | 2 Amount deducted for foreign or domestic tax based on income or profits from Schedule A ● | 2 | | 00 |
| | 3 Amount deducted for tax under the provisions of the Corporation Tax Law from Schedule A ● | 3 | | 00 |
| | 4 Interest on government obligations       CALIFORNIA METHOD RETURN ● | 4 | | 00 |
| | 5 Net California capital gain from Side 6, Schedule D, line 11   SEE SCHEDULE F ● | 5 | | 00 |
| | 6 Depreciation and amortization in excess of amount allowed under California law. Attach form FTB 3885 ● | 6 | | 00 |
| | 7 Net income from corporations not included in federal consolidated return. See instructions ● | 7 | | 00 |
| | 8 Other additions. Attach schedule(s) ....................................................... ● | 8 | | 00 |
| | 9 Total. Add line 1 through line 8 ........................................................... ● | 9 | -8,493,695 | 00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **State Adjustments (con't)** | 10 Intercompany dividend elimination. Attach Schedule H (100) | • | 10 | | 00 | | |
| | 11 Dividends received deduction. Attach Schedule H (100) | • | 11 | | 00 | | |
| | 12 Additional depreciation allowed under CA law. Attach form FTB 3885 | • | 12 | | 00 | | |
| | 13 Capital gain from federal Form 1120, line 8 | • | 13 | | 00 | | |
| | 14 Charitable Contributions | • | 14 | | 00 | | |
| | 15 Other deductions. Attach schedule(s) | • | 15 | | 00 | | |
| | 16 Total. Add line 10 through line 15 | | • | | | 16 | 00 |
| | 17 Net income (loss) after state adjustments. Subtract line 16 from Side 1, line 9 | | • | | | 17 | −8,493,695 00 |
| **CA Net Income** | 18 Net income (loss) for state purposes. Complete Sch. R if apportioning or allocating income. See instructions | | • | | | 18 | −433,017 00 |
| | 19 Net operating loss (NOL) deduction. See instructions | • | 19 | | 00 | | |
| | 20 EZ, TTA, or LAMBRA NOL carryover deduction. See instructions | • | 20 | | 00 | | |
| | 21 Disaster loss deduction. See instructions | • | 21 | | 00 | | |
| | 22 Net income for tax purposes. Combine line 19 through line 21. Then, subtract line from line 18 | | • | | | 22 | −433,017 00 |
| **Taxes** | 23 Tax. 8.8400 % x line 22 (at least minimum franchise tax, if applicable). See instructions | | • | | | 23 | 1,600 00 |
| | 24 Credit name _____ code • ___ amount ▶ | 24 | | | 00 | | |
| | 25 Credit name _____ code • ___ amount ▶ | 25 | | | 00 | | |
| | 26 To claim more than two credits, see instructions | • | 26 | | 00 | | |
| | 27 Add line 24 through line 26 | | • | | | 27 | 00 |
| | 28 **Balance.** Subtract line 27 from line 23 (at least minimum franchise tax, if applicable) | | • | | | 28 | 1,600 00 |
| | 29 Alternative minimum tax. Attach Schedule P (100). See instructions | | • | | | 29 | 00 |
| | 30 **Total tax.** Add line 28 and line 29 | | • | | | 30 | 1,600 00 |
| **Payments** | 31 Overpayment from prior year allowed as a credit | • | 31 | | 00 | | |
| | 32 **2022 Estimated tax payments.** See instructions | • | 32 | | 00 | | |
| | 33 2022 Withholding (Form 592-B and/or 593). See instructions | • | 33 | | 00 | | |
| | 34 Amount paid with extension of time to file tax return | • | 34 | 3,200 | 00 | | |
| | 35 Total payments. Add line 31 through line 34 | | • | | | 35 | 3,200 00 |
| **Refund or Amount Due** | 36 **Use tax. This is not a total line.** See instructions | • | 36 | | 00 | | |
| | 37 Payments balance. If line 35 is more than line 36, subtract line 36 from line 35 | | • | | | 37 | 3,200 00 |
| | 38 **Use tax balance.** If line 36 is more than line 35, subtract line 35 from line 36 | | • | | | 38 | 00 |
| | 39 **Franchise or income tax due.** If line 30 is more than line 37, subtract line 37 from line 30 | | • | | | 39 | 00 |
| | 40 **Overpayment.** If line 37 is more than line 30, subtract line 30 from line 37 | | • | | | 40 | 1,600 00 |
| | 41 Amount of line 40 to be credited to 2023 estimated tax | | • | | | 41 | 1,600 00 |
| | 42 **Refund.** Subtract line 41 from line 40 | | • | | | 42 | 0 00 |

See instructions to have the refund directly deposited.

☐ Checking
☐ Savings

**42a.** • Routing number        **42b.** • Type        **42c.** • Account number

| | | | | |
|---|---|---|---|---|
| 43 **a** Penalties and interest | | • | 43a | 00 |
| **b** • ☐ Check if estimate penalty computed using Exception B or C on form FTB 5806. See instructions. | | | | |
| 44 **Total amount due.** Add line 38, line 39, line 41, and line 43a. Then, subtract line 40 from the result | | ⊙ | 44 | 00 |

## Schedule Q Questions *(continued from Side 1)*

**D** If the corporation filed on a water's-edge basis pursuant to R&TC Sections 25110 and 25113 in previous years, enter the date the water's-edge election ended _____ (mm/dd/yyyy) • _____

**E** Was the corporation's income included in a consolidated federal return? _____ • ☒ Yes ☐ No

**F** Principal business activity code. (**Do not** leave blank): _____ • 541990

Business activity HEALTHCARE _____

Product or service HEALTHCARE _____

**Schedule Q Questions** *(continued on Side 3)*

**G** Date incorporated (mm/dd/yyyy): 12/15/2015    Where: ● State **FL**  Country **UNITED STATES**

**H** Date business began in California or date income was first derived from California sources .......................... (mm/dd/yyyy) ● 01/01/2017

**I** First return? ........................ ● ☐ Yes  ☒ No  If "Yes" and this corporation is a successor to a previously existing business, check the appropriate box.

● **(1)** ☐ Sole proprietorship  **(2)** ☐ Partnership  **(3)** ☐ Joint venture  **(4)** ☐ Corporation  **(5)** ☐ Other
(Attach statement showing name, address, and FEIN/SSN/ITIN of previous business.)

**J** "Doing business as" name. See instructions: ..................................................................... ●

**K** At any time during the taxable year, was more than 50% of the voting stock:
  1. Of the corporation owned by any single interest? ............................................................. ● ☐ Yes ☒ No
  2. Of another corporation owned by this corporation? ............................................................. ● ☐ Yes ☒ No
  3. Of this and one or more other corporations owned or controlled, directly or indirectly, by the same interests? ...... ● ☐ Yes ☒ No
     If 1 or 3 is "Yes," enter the country of the ultimate parent ● _____
     If 1, 2, or 3 is "Yes," furnish a statement of ownership indicating pertinent names, addresses, and percentages of stock owned.
     If the owner(s) is an individual, provide the SSN/ITIN and see FTB 1131 EN-SP, for more information.

**L** Has the corporation included a reportable transaction or listed transaction within this return? (See instructions for definitions) ........ ● ☐ Yes ☒ No
  If "Yes," complete and attach federal Form 8886 for each transaction.

**M** Is this corporation apportioning or allocating income to California using Schedule R? ........ ● ☒ Yes ☐ No

**N** How many affiliates in the combined report are claiming immunity from taxation in California under Public Law 86-272? ........ ●

**O** Corporation headquarters are: ● **(1)** ☐ Within California  **(2)** ☒ Outside of California, within the U.S.  **(3)** ☐ Outside of the U.S.

**P** Location of principal accounting records: 622 BANYAN TRAIL, STE 614, BOCA RATON, FL 33431

**Q** Accounting method: ............ ● **(1)** ☐ Cash  **(2)** ☒ Accrual  **(3)** ☐ Other

**R** Does this corporation or any of its subsidiaries have a Deferred Intercompany Stock Account (DISA)? ........ ● ☐ Yes ☒ No
  If "Yes," enter the total balance of all DISAs ........ ● $ _____

**S** Is this corporation or any of its subsidiaries a RIC? ........ ● ☐ Yes ☒ No

**T** Is this corporation treated as a REMIC for California purposes? ........ ● ☐ Yes ☒ No

**U** 1. Is this corporation a REIT for California purposes? ........ ● ☐ Yes ☒ No
  2. If question U1 is "Yes," does the entity own any qualified REIT
     subsidiaries that are incorporated or qualified with the California
     Secretary of State? If yes, see instructions ........ ● ☐ Yes ☒ No

**V** Is this corporation an LLC or limited partnership electing to be taxed as a corporation for federal purposes? ........ ● ☐ Yes ☒ No
  If "Yes", enter the effective date of the election (mm/dd/yyyy) ● _____

**W** Is this corporation to be treated as a credit union? ........ ● ☐ Yes ☒ No

**X** Is the corporation under audit by the IRS or has it been audited by the IRS in a prior year? ........ ☒ ☐ Yes ☐ No

**Y** Have all required information returns (e.g. federal Forms 1099, 5471, 5472, 8300, 8865, etc.) been filed with the Franchise Tax Board? ........ ☒ N/A ☐ Yes ☐ No

**Z** Does the taxpayer (or any corporation of the taxpayer's combined group, if applicable) own 80% or more of the stock of an insurance company? ◉ ☐ Yes ☐ No

**AA** Did the corporation file the federal Schedule UTP (Form 1120)? ........ ● ☐ Yes ☒ No

**BB** Does any member of the combined report own an SMLLC or generate/claim credits that are attributable to an SMLLC? ........ ● ☐ Yes ☒ No

**CC** 1. Has this business entity previously filed an unclaimed property Holder Remit Report with the State Controller's Office? ........ ● ☐ Yes ☒ No
  2. If "Yes," when was the last report filed? (mm/dd/yyyy) ● _____  3. Amount last remitted ■ $ _____

| | | | |
|---|---|---|---|
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | Signature of officer ▶ | Title **VP OF FINA**  Date | ● Telephone **800-811-2541** |
| | Officer's email address (optional) **DWIGHT.FUJIMOTO@GENIUSRX.COM** | | |
| **Paid Pre- parer's Use Only** | Preparer's signature ▶ **WILLIAM BOIMAN** | Date  Check if self- employed ▶ ☐ | ● PTIN **P01422491** |
| | Firm's name (or yours, if self-employed) and address ▶ **MARCUM LLP  ONE SOUTHEAST THIRD AVE, SUITE 1100  MIAMI, FL 33131** | | ● Firm's FEIN **11-1986323** |
| | | | ● Telephone **(305) 995-9600** |
| | May the FTB discuss this return with the preparer shown above? See instructions | | ● ☒ Yes ☐ No |

**Schedule A**  Taxes Deducted. Use additional sheet(s) if necessary.   SEE COMBINED INCOME AND DEDUCTIONS

| (a) Nature of tax | (b) Taxing authority | (c) Total amount | (d) Nondeductible amount |
|---|---|---|---|
|  |  |  | 00 |
|  |  |  | 00 |

**Total.** Enter total of column (c) on Schedule F, line 17, and total of column (d) on Side 1, line 2 or line 3.
If the corporation uses California computation method to compute the net income, see instructions. ◉ 373,798 ◉  00

**Schedule F**  Computation of Net Income. See instructions.

|  |  |  |  |
|---|---|---|---|
| 1 a) Gross receipts or gross sales ◉ 9,370,728 | | | |
| b) Less returns and allowance ◉ ___ c) Balance | | 1c | 9,370,728 00 |
| 2 Cost of goods sold. Attach federal Form 1125-A (California Schedule V) | | 2 | 9,483,983 00 |
| 3 Gross profit. Subtract line 2 from line 1c | | 3 | -113,255 00 |
| 4 Total dividends. Attach federal Schedule C (California Schedule H (100)) | | 4 | 00 |
| 5 a) Interest on obligations of the United States and U.S. instrumentalities | | 5a | 00 |
| b) Other interest. Attach schedule   SEE ADJUSTED COMBINED | | 5b | 00 |
| 6 Gross rents   INCOME AND DEDUCTIONS | | 6 | 00 |
| 7 Gross royalties | | 7 | 00 |
| 8 Capital gain net income. Attach federal Schedule D (California Schedule D) | | 8 | 00 |
| 9 Ordinary gain (loss). Attach federal Form 4797 (California Schedule D-1) | | 9 | -107,755 00 |
| 10 Other income (loss). Attach schedule | | 10 | 00 |
| 11 **Total income.** Add line 3 through line 10 | | 11 | -221,010 00 |
| 12 Compensation of officers. Attach federal Form 1125-E or equivalent schedule | 12 | 00 | |
| 13 Salaries and wages (not deducted elsewhere) | 13 | 4,330,515 00 | |
| 14 Repairs and maintenance | 14 | 55,808 00 | |
| 15 Bad debts | 15 | 78,698 00 | |
| 16 Rents | 16 | 306,479 00 | |
| 17 Taxes (California Schedule A). See instructions | 17 | 373,798 00 | |
| 18 Interest. Attach schedule | 18 | 31,305 00 | |
| 19 Charitable Contributions. Attach schedule | 19 | 00 | |
| 20 Depreciation. Attach fed Form 4562 & FTB 3885 ◉ 20 30,057 | | | |
| 21 Less depreciation claimed elsewhere on return  21a 00 | 21b | 30,057 00 | |
| 22 Depletion. Attach schedule   SEE ADJUSTED COMBINED | 22 | 00 | |
| 23 Advertising   INCOME AND DEDUCTIONS | 23 | 256,923 00 | |
| 24 Pension, profit-sharing plans, etc. | 24 | 00 | |
| 25 Employee benefit plans | 25 | 278,326 00 | |
| 26 a) Total travel and entertainment ◉ 15,732 | | | |
| b) Deductible amounts | 26b | 8,700 00 | |
| 27 Other deductions. Attach schedule | 27 | 2,522,076 00 | |
| 28 Specific deduction for organizations under R&TC Section 23701r or 23701t. See instr | 28 | 00 | |
| 29 **Total deductions.** Add line 12 through line 28 | | 29 | 8,272,685 00 |
| 30 Net income before state adjustments. Subtract line 29 from line 11. Enter here and on Side 1, line 1 | | 30 | -8,493,695 00 |

Income (side label)
Deductions (side label)

**Schedule J**  Add-On Taxes and Recapture of Tax Credits. See instructions.

| | | | |
|---|---|---|---|
| 1 LIFO recapture due to S corporation election, IRC Sec. 1363(d) deferral: $ ___ | | 1 | 00 |
| 2 Interest computed under the look-back method for completed long-term contracts (Attach form FTB 3834) | | 2 | 00 |
| 3 Interest on tax attributable to installment:  a Sales of certain timeshares and residential lots | | 3a | 00 |
| b Method for nondealer installment obligations | | 3b | 00 |
| 4 IRC Section 197(f)(9)(B)(ii) election | | 4 | 00 |
| 5 Credit recapture name: ___ | | 5 | 00 |
| 6 Combine line 1 through line 5, revise Side 2, line 39 or line 40, whichever applies, by this amount. Write "Schedule J" to the left of line 39 or line 40 | | 6 | 00 |

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                                81-1593842

## Schedule V    Cost of Goods Sold

| | | | |
|---|---|---:|---|
| 1 | Inventory at beginning of year | 1 | 239,099 00 |
| 2 | Purchases | 2 | 8,413,880 00 |
| 3 | Cost of labor | 3 | 00 |
| 4 a | Additional IRC Section 263A costs. Attach schedule | 4a | 00 |
| b | Other costs. Attach schedule | 4b | 831,004 00 |
| 5 | Total. Add line 1 through line 4b | 5 | 9,483,983 00 |
| 6 | Inventory at end of year | 6 | 00 |
| 7 | Cost of goods sold. Subtract line 6 from line 5. Enter here and on Side 4, Schedule F, line 2 | 7 | 9,483,983 00 |

Method of inventory valuation ▶    LOWER OF COST OR MARKET

Was there any change in determining quantities, costs of valuations between opening and closing inventory? If "Yes," attach an explanation.    ☐ Yes  ☒ No

Enter California seller's permit number, if any ▶

Check if the LIFO inventory method was adopted this taxable year for any goods. If checked, attach federal Form 970    ☐

If the LIFO inventory method was used for this taxable year, enter the amount of closing inventory under LIFO

Do the rules of IRC Section 263A (with respect to property produced or acquired for resale) apply to the corporation?    ☐ Yes  ☒ No

**The corporation may not be required to complete Schedules L, M-1, and M-2. See Schedule M-1 instructions for reporting requirements.**

## Schedule L    Balance Sheet

| | Beginning of taxable year | | End of taxable year | |
|---|---|---|---|---|
| Assets | (a) | (b) | (c) | (d) |
| 1 Cash | | 1,160,458 | | 119,925 |
| 2 a Trade notes and accounts receivable | 529,872 | | 20,620 | |
| b Less allowance for bad debts | ( 65,000 ) | 464,872 | ( ) | 20,620 |
| 3 Inventories | | 239,099 | | |
| 4 Federal and state government obligations | SEE STMT | | SEE STMT | |
| 5 Other current assets. Attach sch(s) | ADJUSTED | 505,614 | ADJUSTED | 19,069,499 |
| 6 Loans to stockholders/officers. Att sch | COMBINED | | COMBINED | |
| 7 Mortgage and real estate loans | BEGINNING | | ENDING | |
| 8 Other investments. Attach sch(s) | BAL. SHEET | | BAL. SHEET | |
| 9 a Buildings and other fixed depreciable assets | 1,983,818 | | 855,749 | |
| b Less accumulated depreciation | ( 1,401,589 ) | 582,229 | ( 593,717 ) | 262,032 |
| 10 a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 11 Land (net of any amortization) | | | | |
| 12 a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | | ( ) | |
| 13 Other assets. Attach sch(s) | | 75,911 | | |
| 14 Total assets | | 3,028,183 | | 19,472,076 |
| Liabilities and Stockholders' Equity | | | | |
| 15 Accounts payable | | 357,703 | | 3,969,722 |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities. Att. sch(s) | | 4,048,060 | | 24,101,269 |
| 18 Loans from stockholders. Att. sch(s) | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | 27,574,402 | | 27,574,402 |
| 20 Other liabilities. Attach sch(s) | | | | |
| 21 Capital stock: a Preferred stock | | | | |
| b Common stock | 71,056 | 71,056 | 71,056 | 71,056 |
| 22 Paid-in or capital surplus. Attach reconciliation | | 16,825,360 | | 19,225,395 |
| 23 Retained earnings - Appropriated. Att. sch. | | | | |
| 24 Retained earnings - Unappropriated | | -45,848,398 | | -55,469,768 |
| 25 Adjustments to shareholders' equity. Att. sch. | | | | |
| 26 Less cost of treasury stock | | ( ) | | ( ) |
| 27 Total liabilities and stockholders' equity | | 3,028,183 | | 19,472,076 |

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO     81-1593842
SEE ADJ. COMB. SCHS. M-1 & M-2



## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return.
If the corporation **completed** federal Sch M-3 (Form 1120/1120F), see instructions.

| | | |
|---|---|---|
| 1 Net income per books | -9,621,370 | 7 Income recorded on books this year not included in this return (itemize) |
| 2 Federal income tax | | a Tax-exempt interest ● $ _____ |
| 3 Excess of capital losses over capital gains ● | | b Other _____ $ _____ |
| 4 Taxable income not recorded on books this year (itemize) ● | 30,178 | c Total. Add line 7a and line 7b ........ |
| 5 Expenses recorded on books this year not deducted in this return (itemize) | | 8 Deductions in this return not charged against book income this year (itemize) |
| a Depreciation ... $ 154,877 | | a Depreciation $ _____ |
| b State taxes ...... $ _____ | | b State tax refunds $ _____ |
| c Travel and entertainment ● $ 7,032 | | c Other ........ $ 136,659 |
| d Other ......... $ 1,072,247 | | d Total. Add line 8a through line 8c ........... 136,659 |
| e Total. Add line 5a through line 5d ........ | 1,234,156 | 9 Total. Add line 7c and line 8d ● 136,659 |
| 6 Total. Add line 1 through line 5e ........ | -8,357,036 | 10 Net income per return. Subtract line 9 from line 6 -8,493,695 |

## Schedule M-2   Analysis of Unappropriated Retained Earnings per Books (Side 5, Schedule L, line 24)

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year ........ | -45,848,398 | 5 Distributions: a Cash | |
| 2 Net income per books | -9,621,370 | b Stock | |
| 3 Other increases (itemize) _____ | | c Property ........ | |
| _____ | | 6 Other decreases (itemize) | |
| _____ | | | |
| 4 Total. Add line 1 through line 3 ........ | -55,469,768 | 7 Total. Add line 5 and line 6 | |
| | | 8 Balance at end of year. Subtract line 7 from line 4 ● | -55,469,768 |

## Schedule D   California Capital Gains and Losses

**Part I   Short-Term Capital Gains and Losses - Assets Held One Year or Less.** Use additional sheet(s) if necessary.

| | (a) Kind of property and description (Example, 100 shares of Z Co.) | (b) Date acquired (mm/dd/yyyy) | (c) Date sold (mm/dd/yyyy) | (d) Gross sales price | (e) Cost or other basis plus expense of sale | | (f) Gain (loss) (d) less (e) | |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | 00 |
| | | | | | | | | 00 |
| 2 | Short-term capital gain from installment sales from form FTB 3805E, line 26 or line 37 ........ ● | | | | | 2 | | 00 |
| 3 | Unused capital loss carryover from 2021 | | | | ● | 3 | | 00 |
| 4 | Net short-term capital gain (loss). Combine line 1 through line 3 | | | | ● | 4 | | 00 |

**Part II   Long-Term Capital Gains and Losses - Assets Held More Than One Year.** Use additional sheet(s) if necessary.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | | | | | | | | 00 |
| | | | | | | | | 00 |
| 6 | Enter gain from Schedule D-1, line 9 and/or any capital gain distributions | | | | ● | 6 | | 00 |
| 7 | Long-term capital gain from installment sales from form FTB 3805E, line 26 or line 37 | | | | ● | 7 | | 00 |
| 8 | Net long-term capital gain (loss). Combine line 5 through line 7 | | | | ● | 8 | | 00 |
| 9 | Enter excess of net short-term capital gain (line 4) over net long-term capital loss (line 8) | | | | | 9 | | 00 |
| 10 | Net capital gain. Enter excess of net long-term capital gain (line 8) over net short-term capital loss (line 4) ........ | | | | | 10 | | 00 |
| 11 | Total lines 9 and 10. Enter here and on Form 100, Side 1, line 5. If losses exceed gains, carry forward losses to 2023 ......... | | | | | 11 | | 00 |

| TAXABLE YEAR **2022** | **Sales of Business Property**<br>(Also Involuntary Conversions and Recapture Amounts Under IRC Sections 179<br>and 280F(b)(2)) | 239241 12-06-22<br>CALIFORNIA SCHEDULE<br>**D-1** |
|---|---|---|

Complete and attach this schedule to your tax return only if your California gains or losses are different from your federal gains or losses.

| Name(s) as shown on tax return | SSN, ITIN, CA SOS file no., California Corp. no., or FEIN |
|---|---|
| MILLENNIAL BENEFIT MANAGEMENT<br>CORPORATION INC & SUBSIDIARIES | 81-1593842 |

**Part I** Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty and Theft - Property Held **More Than 1 Year.** Use federal Form 4684, Casualties and Thefts, to report involuntary conversions from casualty and theft.

**1a** Enter the gross proceeds from sales or exchanges reported to you for 2022 on federal Form 1099-B, Proceeds from Broker and Barter Exchange Transactions, or federal Form 1099-S, Proceeds from Real Estate Transactions (or a substitute statement), that you are including on line 2 or line 10, column (d), or line 23 ......... ◉ **1a**

**b** Enter the total amount of gain that you are including on lines 2, 10, and 27 due to the partial dispositions of MACRS assets. See instructions ◉ **1b**

**c** Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets. See instructions ◉ **1c**

**2**

| (a)<br>Description of<br>property | (b)<br>Date acquired<br>(mm/dd/yyyy) | (c)<br>Date sold<br>(mm/dd/yyyy) | (d)<br>Gross sales<br>price | (e) Depreciation<br>allowed or<br>allowable<br>since acquisition | (f)<br>Cost or other basis,<br>plus improvements<br>and expense of sale | (g)<br>Gain or (Loss)<br>Subtract (f) from<br>the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |

**3** Gain, if any, from federal Form 4684, line 39 ◉ **3**

**4** IRC Section 1231 gain from installment sales from form FTB 3805E, line 26 or line 37 ◉ **4**

**5** IRC Section 1231 gain or (loss) from like-kind exchanges from federal Form 8824 (completed using California amounts) ◉ **5**

**6** Gain, if any, from line 35, from other than casualty and theft ◉ **6**

**7** Combine line 2 through line 6. Enter gain or (loss) here and on the appropriate line as follows: **7**

**IRC Section 179 Assets:** For reporting the sale or disposition of assets for which an IRC Section 179 expense deduction was claimed in a prior year, see instr. **Partnerships or LLCs (classified as partnerships):** Enter the gain or (loss) on Schedule K (565 or 568), line 10. Skip lines 8, 9, 11, and 12 below. **S corporations:** If line 7 is zero or a loss, enter the amount on line 11 below and skip line 8 and line 9. If line 7 is a gain, continue to line 8. **All others:** If line 7 is zero or a loss, enter the amount on line 11 below and skip line 8 and line 9. If line 7 is a gain and you did not have any prior year IRC Section 1231 losses, or they were recaptured in an earlier year, enter the gain as follows: **Forms 540 and 540NR filers,** enter the gain on Schedule D (540 or 540NR), line 1, and skip lines 8, 9. **Forms 100 and 100W filers,** enter the gain on Form 100 or 100W, Side 6, Schedule D, Part II, line 6, and skip lines 8, 9, and 12 below.

**8** Nonrecaptured net IRC Section 1231 losses from prior years. Enter as a positive number. See instructions ◉ **8**

**9** Subtract line 8 from line 7. If zero or less, enter -0- ◉ **9** | 0

**S corporations:** If line 9 is more than zero, enter this amount on Schedule D (100S), Section B, Part II, line 5 and enter the amount, if any, from line 8 on line 12 below. If line 9 is zero, enter the amount from line 7 on line 12 below. **All others:** If line 9 is more than zero, enter the amount from line 8 on line 12 below, and enter the amount from line 9 as follows: **Forms 540 and 540NR filers,** enter as a capital gain on Schedule D (540 or 540NR), line 1; **Forms 100 and 100W filers,** enter the gain on Form 100 or 100W, Side 6, Schedule D, Part II, line 6. If line 9 is zero, enter the amount from line 7 on line 12 below. See instructions.

**Part II  Section A - Ordinary Gains and Losses**

**10** Ordinary gains and losses not included on line 11 through line 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ STATEMENT 1 | ◉ | ◉ | ◉ 1021708 | ◉ 1,129,463 | ◉ | ◉ -107,755 |

**11** Loss, if any, from line 7 ◉ **11** ( )

**12** Gain, if any, from line 7, or amount from line 8, if applicable. See instructions ◉ **12**

**13** Gain, if any, from line 34 ◉ **13**

**14** Net gain or (loss) from federal Form 4684, line 31 and line 38a (completed using California amounts) ◉ **14**

**15** Ordinary gain from installment sales from form FTB 3805E, line 25 or line 36. See instructions ◉ **15**

**16** Ordinary gain or (loss) from like-kind exchanges from federal Form 8824 (completed using California amounts) ◉ **16**

**17** Combine line 10 through line 16 **17** -107,755

**18** For all except individual tax returns, enter the amount from line 17 on the appropriate line of your tax return and skip line a and line b below. For individual tax returns, complete line a and line b below; see instructions.

**a** If the loss on line 11 includes a loss from federal Form 4684, Section B, Part II, column (b)(ii) of line 30 or line 35, enter that part of the loss here. See instructions ◉ **18a**

**b** Redetermine the gain or (loss) on line 17, excluding the loss, if any, on line 18a. Enter here and on line 20 ◉ **18b**

**Part II**    **Section B - Adjusting California Ordinary Gain or Loss**  For individual tax returns (Forms 540 and 540NR) only.

| | | |
|---|---|---|
| 19 | Enter ordinary federal gain or (loss) from federal Schedule 1 (Form 1040), line 4 | 19 |
| 20 | Enter ordinary California gain or (loss) from line 18b | 20 |
| 21 | Ordinary gain or loss adjustment: Compare line 19 and line 20. See instructions. | |
| a | If line 19 is more than line 20, enter the difference here and on Sch. CA (540), Part I or Sch. CA (540NR), Part II, Section B, line 4, col. B | 21a |
| b | If line 20 is more than line 19, enter the difference here and on Sch. CA (540), Part I or Sch. CA (540NR), Part II,  Section B, line 4, col. C | 21b |

**Part III**    **Gain from Disposition of Property Under IRC Sections 1245, 1250, 1252, 1254, and 1255**

Description of IRC Sections 1245, 1250, 1252, 1254, and 1255 property.

| | Date acquired (mm/dd/yyyy) | Date sold (mm/dd/yyyy) |
|---|---|---|
| 22  A | | |
| B | | |
| C | | |
| D | | |

| Relate the properties on lines 22A through 22D to these columns ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 23 | Gross sales price | 23 | | | |
| 24 | Cost or other basis plus expense of sale | 24 | | | |
| 25 | Depreciation (or depletion) allowed or allowable | 25 | | | |
| 26 | Adjusted basis. Subtract line 25 from line 24 | 26 | | | |
| 27 | Total gain. Subtract line 26 from line 23 | 27 | | | |
| 28 | If IRC Section 1245 property: | | | | |
| a | Depreciation allowed or allowable from line 25 | 28a | | | |
| b | Enter the **smaller** of line 27 or line 28a | 28b | | | |
| 29 | If IRC Section 1250 property: If straight-line depreciation was used, enter -0- on line 29g, except for a corporation subject to IRC Sec. 291: | | | | |
| a | Additional depreciation after 12/31/76 | 29a | | | |
| b | Applicable percentage multiplied by the **smaller** of line 27 or line 29a | 29b | | | |
| c | Subtract line 29a from line 27. If line 27 is not more than line 29a, skip line 29d and line 29e | 29c | | | |
| d | Additional depreciation after 12/31/70 and before 1/1/77 | 29d | | | |
| e | Enter the **smaller** of line 29c or line 29d | 29e | | | |
| f | IRC Section 291 amount (for corporations only) | 29f | | | |
| g | Add line 29b, line 29e, and line 29f | 29g | | | |
| 30 | If IRC Section 1252 property: Skip section if you did not dispose of farm land or if form is being completed for a partnership. | | | | |
| a | Soil, water, and land clearing expenses | 30a | | | |
| b | Applicable percentage multiplied by line 30a | 30b | | | |
| c | Enter the **smaller** of line 27 or line 30b | 30c | | | |
| 31 | If IRC Section 1254 property: | | | | |
| a | Intangible drilling and development costs deducted after 12/31/76 | 31a | | | |
| b | Enter the **smaller** of line 27 or line 31a | 31b | | | |
| 32 | If IRC Section 1255 property: | | | | |
| a | Applicable percentage of payments excluded from income under IRC Section 126 | 32a | | | |
| b | Enter the **smaller** of line 27 or line 32a | 32b | | | |

**Summary of Part III Gains.** Complete property column A through column D for line 23 through line 32b before going to line 33.

| | | |
|---|---|---|
| 33 | Total gains for all properties. Add column A through column D of line 27 | 33 |
| 34 | Add column A through column D of lines 28b, 29g, 30c, 31b, and 32b | 34 |
| 35 | Subtract line 34 from line 33. Enter the portion from other than casualty and theft here and on line 6. Enter the portion from casualty and theft on federal Form 4684, line 33 | 35 |

**Part IV**    **Recapture Amounts Under IRC Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less**

| | | | (a) Expense deductions | (b) Recovery deductions |
|---|---|---|---|---|
| 36 | Expense deductions or recovery deductions. See instructions | 36 | | |
| 37 | Depreciation or recovery deductions. See instructions | 37 | | |
| 38 | Recapture amount. Subtract line 37 from line 36. See instructions | 38 | | |

| TAXABLE YEAR 2022 | **Apportionment and Allocation of Income** | CALIFORNIA SCHEDULE **R** |
|---|---|---|

Attach this schedule behind the California tax return and prior to the supporting schedules.

For calendar year 2022 or fiscal year beginning month (mm/dd/yyyy) _____, and ending (mm/dd/yyyy) _____.

Name as shown on your California tax return
MILLENNIAL BENEFIT MANAGEMENT
CORPORATION INC & SUBSIDIARIES

SSN, ITIN, FEIN, CA corp no., or CA SOS file no.
4059870

**Water's-Edge Filers Only: If controlled foreign corporations are included in the combined report, attach form FTB 2416.**

**Complete Schedule R (Side 1 and Side 2) and all applicable Schedules (R-1 through R-7). See General Information for Schedule R.**

| | | | | |
|---|---|---|---|---|
| 1 a | Net income (loss) after state adjustments from Form 100 or Form 100W, Side 2, line 17; Form 100S, Side 2, line 14; Form 100X, line 4. Form 565 and Form 568 filers: Enter the total of line 1 through line 11c from Schedule K (565 or 568) less the total of line 12 through line 13e from Schedule K (565 or 568) | ● | 1a | −8,493,695 00 |
| b | Water's-edge foreign investment interest offset from form FTB 2424, line 17 | ● | 1b | 00 |
| c | Total. Combine line 1a and line 1b | ● | 1c | −8,493,695 00 |

**Nonbusiness Income (Loss) from All Sources.** See General Information A for definitions and examples.

| | | | | |
|---|---|---|---|---|
| 2 | Dividends included on line 1a and not deducted on Form 100, Side 2, line 11; Form 100W, Side 2, lines 11a/b; or Form 100S, Side 2, lines 9 and 10 | ● | 2 | 00 |
| 3 | Interest. Attach schedule | ● | 3 | 00 |
| 4 | Net income (loss) from the rental of property from Schedule R-3, line 3, column (c) | ● | 4 | 00 |
| 5 | Royalties. Attach schedule | ● | 5 | 00 |
| 6 | Gain (loss) from the sale of assets from Schedule R-4, line 2, column (e) | ● | 6 | 00 |
| 7 | Gain (loss) from the sale of a nonbusiness interest in a partnership or LLC. Attach sch | ● | 7 | 00 |
| 8 | Miscellaneous nonbusiness income (loss). Attach schedule | ● | 8 | 00 |
| 9 | Total nonbusiness income (loss). Combine line 2 through line 8 | ● | 9 | 00 |

**Business Income (Loss) before Apportionment** (subject to a separate apportionment formula)

| | | | | |
|---|---|---|---|---|
| 10 | Nonunitary partnership or LLC business income (loss) | ● | 10 | 00 |
| 11 | Income (loss) from a separate trade or business. Attach supplemental Schedule R | ● | 11 | 00 |
| 12 | Business income (loss) deferred from prior years. See General Information L | ● | 12 | 00 |
| 13 | Capital gain (loss) netting subject to separate apportionment. See Gen Information M | ● | 13 | 00 |
| 14 | Total separately apportionable business income (loss). Combine line 10 through line 13 | ● | 14 | 00 |
| 15 | Tot business inc (loss) subject to apportionment for this trade or business, subtract the sum of ln 9 and ln 14 from ln 1c | ● | 15 | −8,493,695 00 |
| 16 | Interest offset from Schedule R-5, line 7 or line 16 (California domiciliaries only) | ● | 16 | 00 |
| 17 | Business income (loss) for this trade or business subject to apportionment. Combine line 15 and line 16 | ● | 17 | −8,493,695 00 |
| 18 a | Apportionment percentage from Schedule R-1, Part A, line 2 or Part B, line 5 | ● | 18a | 5.0981 % |
| b | Business income (loss) apportioned to California. Multiply line 17 by line 18a | ● | 18b | −433,017 00 |

**Nonbusiness Income (Loss) Allocable to California.** If no income (loss) is allocable to California, do not complete line 19 through line 26, enter -0- on line 27 and go to Side 2, line 28.

| | | | | |
|---|---|---|---|---|
| 19 | Dividends and interest income (if taxpayer's commercial domicile is in California): | | | |
| a | Dividends included in line 2 above | ● | 19a | 00 |
| b | Interest included in line 3 above | ● | 19b | 00 |
| 20 | Net income (loss) from the rental of property within California from Schedule R-3, line 3, column (b) | ● | 20 | 00 |
| 21 | Royalties. Attach schedule | ● | 21 | 00 |
| 22 | Gain (loss) from the sale of assets within California from Schedule R-4, line 2, total of column (b) and column (d). Combined reporting groups, see General Information M | ● | 22 | 00 |
| 23 | Gain (loss) from sale of a nonbusiness interest in a partnership or LLC. Attach schedule | ● | 23 | 00 |
| 24 | Miscellaneous nonbusiness income (loss). Attach schedule | ● | 24 | 00 |
| 25 | Total nonbusiness income (loss) allocable to California. Combine line 19a through line 24 | ● | 25 | 00 |
| 26 | Interest offset from line 16 allocated to income included on line 19a and line 19b (California domiciliary only). See General Information J | ● | 26 | 00 |
| 27 | Net nonbusiness income (loss) allocable to California. Subtract line 26 from line 25 | ● | 27 | 00 |

| Name as shown on your California tax return | SSN, ITIN, FEIN, CA corp no., or CA SOS file no. |
|---|---|
| MILLENNIAL BENEFIT MANAGEMENT CORPORATION INC & SUBSIDIARIES | 4059870 |

**California Business Income (Loss)** subject to a separate apportionment formula.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 28 | California business income (loss) from a nonunitary partnership or LLC ● | 28 | | 00 | | | |
| 29 | California income (loss) from a separate trade or business. Attach supplemental schedule R. ● | 29 | | 00 | | | |
| 30 | California business income (loss) deferred from prior yrs. See General Information L ● | 30 | | 00 | | | |
| 31 | Total business income (loss) separately apportioned to California. Combine line 28 through line 30 ● | | | | 31 | | 00 |

**Net Income (Loss) for California Purpose**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 32 | Post-apportioned and allocated amounts from capital gain (loss) netting. See General Information M ● | | | | 32 | | 00 |
| 33 | Net income (loss) for California purposes before contributions adjustment. Combine lines 18b, 27, 31, and 32 ● | | | | 33 | -433,017 | 00 |
| 34 | Contributions adjustment from Schedule R-6, line 15 ● | | | | 34 | | 00 |
| 35 | Net income (loss) for California purposes. Combine line 33 and line 34. Enter here and on Form 100 or Form 100W, Side 2, line 18 or Form 100S, Side 2, line 15 ● | | | | 35 | -433,017 | 00 |

**Complete the applicable
Schedules R-1 through R-7,
starting on Side 3.**

**SEE COMBINED APPORTIONMENT SCHEDULE**

Name as shown on your California tax return
MILLENNIAL BENEFIT MANAGEMENT
CORPORATION INC & SUBSIDIARIES

SSN, ITIN, FEIN, CA corp no., or CA SOS file no.

4059870

**Schedule R-1  Apportionment Formula.**

**Part A  Standard Method - Single-Sales Factor Formula.** Complete this part only if the corporation uses the single-sales factor formula.

| See General Information G and Specific Instructions. | (a) Total within and outside California | (b) Total within California | (c) Percent within California ((b) ÷ (a)) x 100 |
|---|---|---|---|
| **1 Sales:** Gross receipts, less returns, and allowances | 9,370,728 | | |
|   **a** Sales delivered or shipped to California purchasers. | | | |
|     (i)  Shipped from outside California | | | |
|     (ii) Shipped from within California | | 477,730 | |
|   **b** Sales shipped from California to: | | | |
|     (i)  The United States Government | | | |
|     (ii) Purchasers in a state where the taxpayer is not taxable | | • | |
|   **c** Total other gross receipts | • | | |
|     (i)  Sales from services | | • | |
|     (ii) Sales or other income from intangibles | | • | |
|     (iii) Sales from rental, leasing or licensing of tangible or real property | | • | |
|     (iv) Sales from other gross receipts | | • | |
|   **d** Sales from partnerships or LLCs treated as partnerships | • | • | |
|   **Total sales** | • 9,370,728 | • 477,730 | |
| **2 Apportionment percentage.** Divide total sales column (b) by total sales column (a) and multiply the result by 100. Enter the result here and on Schedule R, Side 1, line 18a. See General Information H. | | | • 5.0981 % |

**Part B  Three-Factor Formula.** Complete this part only if the corporation uses the three-factor formula.

| | (a) Total within and outside California | (b) Total within California | (c) Percent within California ((b) ÷ (a)) x 100 |
|---|---|---|---|
| **1 Property:** Use the average yearly value of owned real and tangible personal property used in the business at original cost. See General Information E. Exclude property not connected with the business and the value of construction in progress. | | | |
| Inventory | | | |
| Buildings | | | |
| Machinery and equipment (including delivery equipment) | | | |
| Furniture and fixtures | | | |
| Land | | | |
| Other tangible assets. Attach schedule | | | |
| Rented property used in the business. See General Information E | | | |
| **Total property** | • | • | • % |
| **2 Payroll:** Use employee wages, salaries, commissions, and other compensation related to business income. See General Information F. | | | |
| **Total payroll** | • | • | • % |
| **3 Sales:** Gross receipts, less returns, and allowances. See General Information G and Specific Instructions | | | |
|   **a** Sales delivered or shipped to California purchasers. | | | |
|     (i)  Shipped from outside California | | | |
|     (ii) Shipped from within California | | | |
|   **b** Sales shipped from California to: | | | |
|     (i)  The United States Government | | | |
|     (ii) Purchasers in a state where the taxpayer is not taxable | | | |
|   **c** Total other gross receipts | • | • | |
|   **Total sales** | • | • | • % |
| **4 Total percent.** Add the percentages in col (c) | | | % |
| **5 Apportionment percentage.** Divide line 4 by 3, enter the result here and on Schedule R, Side 1, line 18a. See General Information H | | | % |

Name as shown on your California tax return

MILLENNIAL BENEFIT MANAGEMENT
CORPORATION INC & SUBSIDIARIES

SSN, ITIN, FEIN, CA corp no., or CA SOS file no.

4059870

## Schedule R-2    Sales and General Questionnaire.    Attach additional sheets if necessary.

**1** Describe briefly the nature and location(s) of the California business activities.
SALE & SHIPMENT OF TANGIBLE PROPERTY

**2** State the exact title and principal business activity of all joint ventures, partnerships, or LLCs in which the corporation has an interest.
N/A

**3** Does the California sales figure on Schedule R-1 (or a comparable schedule in a combined report) include all sales shipped from California where the purchaser is the U.S. Government? [X] Yes [ ] No  If "No," explain.

**4** Does the California sales figure on Schedule R-1 (or a comparable schedule in a combined report)  include all sales shipped from California to states in which the taxpayer is not subject to tax? See General Information G and Specific Instructions.  [X] Yes [ ] No  If "No," explain.

**5 a** Did the taxpayer use reasonable approximation to assign sales under Schedule R-1, Part A, line 1c (i)-(iv)? ●[ ] Yes [X] No
If "Yes," provide a brief description.

**b** Did the taxpayer change reasonable approximation method to assign sales from the last tax return filed? See Specific Instructions [ ] Yes [X] No
If "Yes," provide a brief description of the new method.

**6** Are the nonbusiness items reported on Schedule R, Side 1, line 2 through line 8, and the apportionment factor items reported on Schedule R-1 treated consistently on all state tax returns filed by the taxpayer? [X] Yes [ ] No  If "No," explain.

**7** Has this corporation or any member of its combined unitary group changed the way income is apportioned or allocated to California from prior year tax returns?
See General Information I. [ ] Yes [X] No  If "Yes," explain.

**8** Does the California sales figure on Schedule R-1 (or comparable sch in a combined report) include all sales shipped to California destinations? [X] Yes [ ] No
If "No," indicate the name of the selling member and the nature of the sales activity believed to be immune.

**9** Does the California sales figure on Schedule R-1 (or a comparable schedule in a combined report) include all sales delivered to customers outside California which have an ultimate destination in California? [X] Yes [ ] No  If "No," explain.

## Schedule R-3    Net Income (Loss) from the Rental of Nonbusiness Property

| | (a) Total outside California | (b) Total within California | (c) Total outside and within  California (a) + (b) |
|---|---|---|---|
| **1** Income from rents | | | |
| **2** Rental deductions | | | |
| **3** Net income (loss) from rents. Subtract line 2 from line 1. Enter the result here and enter column (c) on Side 1, line 4; enter column (b) on Side 1, line 20 | | ● | ● |

## Schedule R-4    Gain (Loss) from the Sale of Nonbusiness Assets

California sales of nonbusiness assets include transactions involving: (1) real property located in California; (2) tangible personal property, if it had a situs in California at the time of sale, or if the corporation is commercially domiciled in California and not taxable in the state where the property had a situs at the time of sale; and (3) intangible personal property if the corporation's commercial domicile is in California or the income is otherwise allocable to California.

| Description of property sold | Real estate and other tangible assets | | Intangible assets | | Total |
|---|---|---|---|---|---|
| | (a) Gain (loss) from outside California | (b) Gain (loss) from within California | (c) Gain (loss) from outside California | (d) Gain (loss) from within California | (e) Gain (loss) (a) + (b) +(c) + (d) |
| **1** | ● | ● | ● | ● | ● |
| | ● | ● | ● | ● | ● |
| | ● | ● | ● | ● | ● |
| **2** Total gain (loss) | ● | ● | ● | ● | ● |

Enter total gain (loss) line 2, column (e) on Side 1, line 6 and enter total of line 2, columns (b) and (d) on Side 1, line 22.

Name as shown on your California tax return
MILLENNIAL BENEFIT MANAGEMENT
CORPORATION INC & SUBSIDIARIES

SSN, ITIN, FEIN, CA corp no., or CA SOS file no.

4059870

## Schedule R-5

**Computation of Interest Offset.** Complete only if there are entries on line 2 and/or line 3 of Schedule R and if Schedule R-1 is required. See General Information J. **(California domiciliary only)**

| | | | |
|---|---|---|---|
| **1** Total interest expense deducted | **1** | | |
| **2** Water's-edge foreign investment interest offset from Side 1, line 1b | **2** | | |
| **3** Balance. Subtract line 2 from line 1 | **3** | | |
| **4** Total interest income (Form 100 or Form 100W, Side 1, line 4 and Schedule F, line 5a and line 5b; or Form 100S, Side 1, line 3 and interest income included on Schedule F, line 5 or Schedule K, line 4) | **4** | | |
| **5** Nonbusiness interest income from Side 1, line 3 | **5** | | |
| **6** Business interest income. Subtract line 5 from line 4 | | **6** | |
| **7** Excess interest expense over business interest income. Subtract line 6 from line 3. If line 6 exceeds line 3, enter -0- here and on Side 1, line 16, and **do not** complete the rest of this schedule ⊙ | | **7** | |
| **8** Total dividend income | **8** | | |
| **9** Deducted dividends from Form 100, Side 2, lines 10 and 11; Form 100W, Side 2, lines 10 and 11a/b; or Form 100S, Side 2, lines 9 and 10 | **9** | | |
| **10** Net dividend income. Subtract line 9 from line 8 | | **10** | |
| **11** Business dividend income | **11** | | |
| **12** Deducted dividends from Form 100, Side 2, lines 10 and 11; Form 100W, Side 2, lines 10 and 11a/b; or Form 100S, Side 2, lines 9 and 10, attributable to business dividend income | **12** | | |
| **13** Net business dividend income. Subtract line 12 from line 11 | | **13** | |
| **14** Net nonbusiness dividend income. Subtract line 13 from line 10 | | **14** | |
| **15** Total nonbusiness interest and dividend income. Add line 5 and line 14 | | **15** | |
| **16** Enter the lesser of line 7 or line 15. Enter here and on Side 1, line 16 ⊙ | | **16** | |

If interest and/or dividend income is reported on Side 1, line 19a or line 19b, enter the allocable portion of Schedule R-5, line 16 on Side 1, line 26.
See General Information J. If no interest or dividend income is reported on Side 1, line 19a or line 19b, **do not** deduct any interest expense on Side 1, line 26.

## Schedule R-6

**Contributions Adjustment.** See General Information N.

| | | | |
|---|---|---|---|
| **1** Total contributions paid (current year and carryover amount) | **1** | 4,080 |
| **2** Net income (loss) after state adjustments from Side 1, line 1c | **2** | -8,493,695 |
| **3** Portion of dividends deductible under R&TC Sections 24410 and 24411 (from Form 100, Side 2, line 11; Form 100W, lines 11a/b; or Form 100S, lines 9 and 10), and other adjustments. See General Information N | **3** | |
| **4** Contributions deducted on Form 100, Form 100W, or Form 100S | **4** | |
| **5** Total. Add line 2 through line 4. If zero or less, enter -0- | **5** | 0 |
| **6** Multiply line 5 by 10% (.10) | **6** | |
| **7** Net income (loss) for state purposes before contributions adjustment from Side 2, line 33 | **7** | -433,017 |
| **8** Business dividends deductible on line 3 multiplied by the average apportionment percentage from Schedule R-1, Part A, line 2 or Part B, line 5 | **8** | |
| **9** Amount of line 3 attributable to nonbusiness dividends reported on Side 1, line 19a | **9** | |
| **10** Contributions deducted (from line 4 above) multiplied by the average apportionment percentage from Schedule R-1, Part A, line 2 or Part B, line 5 | **10** | |
| **11** Total. Add line 7 through line 10. If zero or less, enter -0- | **11** | 0 |
| **12** Multiply line 11 by 10% (.10) | **12** | |

**Contributions Adjustment**

| | | | |
|---|---|---|---|
| **13** Enter the amount shown on line 10 | **13** | |
| **14** Amount of contributions allowable: | | |
|    **a** If line 1 equals or exceeds line 6, enter the lesser of line 1 or line 12 | **14a** | |
|    **b** If line 1 is less than line 6, divide line 11 by line 5. Then multiply line 1 by the result and enter here | **14b** | |
| **15** Contributions adjustment. Subtract line 14a or line 14b from line 13. Enter here and on Side 2, line 34. If the result is a negative amount, enter in brackets ⊙ | **15** | |

| TAXABLE YEAR 2022 | Election to File a Unitary Taxpayers' Group Return | CALIFORNIA SCHEDULE R-7 |
|---|---|---|

Fill out the Schedule R-7 Election completely to make a valid election.

| Name of corporation filing the single group return (key corporation *) | California corporation number |
|---|---|
| MILLENNIAL BENEFIT MANAGEMENT CORPORATION INC & SUBSIDIARIES | 4059870 |

This election is an integral part of the return of all taxpayers participating in the election, and must be filed annually with Schedule R. Signing the California tax return is an acknowledgement that the key corporation and its electing affiliates agree to comply with the terms and conditions contained in this Schedule R-7 Election. (See Side 7 for the terms of this election).

**Part I  Taxpayers Electing to File, or No Longer Included in the Single Group Return. See instructions below before completing the tables.**

\* The key corporation must be taxable in California and, where applicable, be the parent corporation. If the parent corporation is not a California taxpayer, the key corporation should be the California taxpayer with the largest property factor numerator in California. For a complete definition of a key corporation, see Side 7 Terms and Conditions.

In order for a group return to satisfy the individual subsidiary's filing requirements, the Schedule R-7 must include all of the information requested in Part I, Section A, (see Cal. Code Regs., tit. 18 section 25106.5-11). If the information in Part I, Section A, is not filled out completely, the electing member(s) Schedule R-7 election may be disallowed. If an electing member(s) Schedule R-7 election is disallowed, they must file a separate California return.

**Check box A** if the electing member is incorporated, organized, qualified, or registered to do business in California.
**Check box B** if the electing member has any property, payroll, sales in California, or derives income from sources within California, but is not doing business in California.
**Check box C** if the corporation is a new electing member for this current group.
**Enter the California corporation number**  if one was assigned by the California Secretary of State (SOS) or the Franchise Tax Board (FTB).
**Note:** Schedule R-7, Part I, Section A, **should only** contain information of corporations that are required to file a return in California, and who are subject to California income or franchise tax. If a corporation does not have a California return filing requirement, the entity should not be listed in this Part I, Section A. The entity should be listed in Part II, Other Affiliated Corporations. The first corporation listed should be the "key corporation." The "key corporation" information entered in Schedule R-7, Part I, Section A, must match the information of the corporation entered on Form 100 or Form 100W, Side 1.
Total the number of members (including parent/key corporation) listed below, and enter the result on **Form 100 or 100W**, Side 1, Schedule Q, Question B3.

**Section A - List of Taxpayers Making Election to File a Single Group Tax Return.** Attach additional sheets using the same format, if necessary.

| Electing taxpayer corporation (Enter the **legal name** that is filed with the California SOS. **Do not** use abbreviations unless the abbreviation is part of the legal name.) | A | B | C | California corporation number (if one is assigned) | FEIN | Total self-assessed tax |
|---|---|---|---|---|---|---|
| (California key corporation name*) | | | | | | |
| ◉ MILLENNIAL BENEFIT MANAG | ◉ X | ◉ | ◉ | ◉ 4059870 | ◉ 81-1593842 | ◉ 800 |
| ◉ MAILMYPRESCRIPTIONS.COM | ◉ X | ◉ | ◉ | ◉ 4059871 | ◉ 81-2833962 | ◉ 800 |
| ◉ GENIUSCARE, INC. | ◉ | ◉ | ◉ | ◉ | ◉ 85-0745255 | ◉ 0 |
| ◉ GRX ADMINISTRATORS, INC. | ◉ | ◉ | ◉ | ◉ | ◉ 85-2140529 | ◉ 0 |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| **Total group self-assessed tax** | | | | | ◉ | 1,600 |

| Name of corporation filing the single group return (key corporation*) | California corporation number |
|---|---|
| MILLENNIAL BENEFIT MANAGEMENT CORPORATION INC & SUBSIDIARIES | 4059870 |

**Part I  Taxpayers Electing to File, or No Longer Included in the Single Group Return. See instructions below before completing the tables. (continued)**

Use Part I, Section B, to list each taxpayer that is no longer included in the single group tax return from prior year Part I, Section A. Include each taxpayer's legal name, California corporation number or federal employer identification number (FEIN), and effective date in the space provided. The effective date is the date that the entity is removed from the single group tax return.

**Section B - List of Taxpayers No Longer Included in the Single Group Tax Return After the Last Filing.**  Attach additional sheets using the same format, if necessary.

| Taxpayer's name (Enter the legal name that is filed with the California SOS) | California corporation number (if one is assigned) | FEIN | Effective date (mm/dd/yyyy) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Part II  Other Affiliated Corporations**. List each affiliated corporation **not** listed in Part I, Section A. A corporation is an affiliated corporation for this purpose if it is a member of the same commonly controlled group (see R&TC Section 25105(b) and FTB Pub. 1061, Guidelines for Corporations Filing a Combined Report, for more information). All affiliated corporations should be listed whether or not they are California taxpayers or are unitary with the key corporation. Include the California corporation number for each taxpayer. If the California corporation number is not available, then include the FEIN.

**List of Affiliates Not Included in Part I, Section A.**  Attach additional sheets using the same format, if necessary.

| Affiliate corporation's name | California corporation number (if applicable) or FEIN | Is this corporation unitary with the electing group? | | Does this corporation file a California tax return on a different fiscal year than the electing group? | | Was this corporation acquired or disposed of during the year? | | |
|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Acq. | Dis. | Date (mm/dd/yyyy) |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |

## Schedule R-7 - Terms and Conditions.

**This election is an integral part of the return of all taxpayers participating in the election, and must be filed annually with Schedule R.  Signing the California tax return is an acknowledgement that the key corporation and its electing affiliates agree to comply with the following terms and conditions:**

Each of the taxpayers listed in Schedule R-7, Part I, Section A, hereby elect to file a single unitary taxpayers' group return. The unitary taxpayers' group return constitutes the return for each member of the electing group and satisfies the requirement of each electing member to file its own return.

Each corporation that elects to participate in a group return agrees to be bound by the terms and conditions specified in this schedule and instructions under General Information P, Group Return Election. The filing of its group return indicates acceptance of all terms and conditions. To be eligible, each corporation must meet all of the following:

1) Be a taxpayer required to file a return in California.

2) Be a member of a combined report for its entire taxable year.

3) Have the same taxable year as the key corporation or have a taxable year that is wholly included within the taxable year of the key corporation.

4) Have the same statutory filing date as the key corporation for the taxable year.

The **key corporation** must file the unitary taxpayers' group return. With the initial return and thereafter, any payment of taxes for the taxable year shall be made using the key corporation's California corporate number as designated in Part I, Section A.

The key corporation must be taxable in California and, where applicable, be the parent corporation. If the parent corporation is not a California taxpayer, the key corporation should be the California taxpayer with the largest property factor numerator in California. For the election to be valid, the key corporation's powers, rights, and privileges must not be suspended or forfeited. The key corporation agrees to act as surety and agent (including filing a single power of attorney for the group, when applicable) for each member of the group. In addition, all electing members agree that subsequent adjustments to the liability of the members of the group may be assessed, billed, or paid to the key corporation on behalf of its members, either in the name of the key corporation or the name of the members. Adjustments to the liability of the members of the group will ordinarily be reflected in a single notice. However, supplemental schedules reflecting the adjusted liability of each member will be provided upon request.

A California waiver of a statute of limitation (SOL) by the key corporation will waive the SOL for **all** electing member corporations. If the key corporation does not fulfill its obligation to pay tax or act on behalf of its members, each member may be independently assessed or billed for its own tax liability. If that becomes necessary, each member

will generally be credited with taxes previously paid in accordance with the member's self-assessed tax liability (see FTB Legal Ruling 95-2).

It is the responsibility of the members of the group to assure that amounts paid by one member on behalf of another are properly accounted for between the members. For electing members subject to the franchise tax, the liability for each electing corporation cannot be less than the minimum tax.

The election is binding on all members for all matters for the taxable year of the election. If some or all of the corporations included in the election to file a unitary taxpayers' group return are later determined not to be members of the unitary group of the key corporation, the key corporation and electing members agree that any subsequent adjustment for any and all members included in the original group return may still be assessed, billed, or paid by the key corporation.

The election remains in effect for the payment of estimated tax and tax paid with an extension of time to file for the following year by the key corporation on behalf of the group, unless a written notice of termination of the election is provided to the FTB on or before the time of payment.

See General Information P, Group Return Election, for more information.

| TAXABLE YEAR **2022** | **Net Operating Loss (NOL) Computation and NOL and Disaster Loss Limitations - Corporations** | CALIFORNIA FORM **3805Q** |
|---|---|---|



Attach to Form 100, Form 100W, Form 100S, or Form 109.

| Corporation name | California corporation number |
|---|---|
| MILLENNIAL BENEFIT MANAGEMENT CORPORATION | 4059870 |

During the taxable year the corporation incurred the NOL, the corporation was a(n): ⊙ ☒ C corporation

⊙ ☐ S corporation  ⊙ ☐ Exempt organization  ⊙ ☐ Limited liability company (electing to be taxed as a corporation)

FEIN **81-1593842**

If the corporation previously filed California tax returns under another corporate name, enter the corporation name and California corporation number:
⊙

**If the corporation is included in a combined report of a unitary group, see instructions, General Information C, Combined Reporting.**

**Part I    Current year NOL.** If the corporation does not have a current year NOL, go to Part II.

| | | |
|---|---|---|
| 1 | Net loss from Form 100, line 18; Form 100W, line 18; Form 100S, line 15; or Form 109, line 2. Enter as a positive number | 1 _____ 0 _ 00 |
| 2 | 2022 disaster loss included in line 1. Enter as a positive number | 2 _____ 00 |
| 3 | Subtract line 2 from line 1. If zero or less, enter -0- and see instructions | 3 _____ 00 |
| 4 a | Enter the amount of the loss incurred by a new business included in line 3 ........ 4a _____ 00 | |
| b | Enter the amount of the loss incurred by an eligible small business included in line 3    4b _____ 00 | |
| c | Add line 4a and line 4b | 4c _____ 00 |
| 5 | General NOL. Subtract line 4c from line 3 | 5 _____ 00 |
| 6 | Current year NOL. Add line 2, line 4c, and line 5. See instructions | ⊙ 6 _____ 00 |

**Part II    NOL carryover and disaster loss carryover limitations.**  See instructions.

| | **(g) Available balance** | |
|---|---|---|
| 1  Net income - Enter the amount from Form 100, line 18; Form 100W, line 18; Form 100S, line 15 less line 16; or Form 109, line 2; (but not less than -0-). ........⊙ | 0 | |

**Prior Year NOLs**

| (a) Year of loss | (b) Code - See instructions | (c) Type of NOL - See below * | (d) Initial loss - See instructions | (e) Carryover from 2021 | (f) Amount used in 2022 | (h) Carryover to 2023 col. (e) minus col. (f) |
|---|---|---|---|---|---|---|
| 2 ⊙2020 | | GEN | 9,710,139 | ⊙ 9,710,139 | 0 | 0 ⊙ 9,710,139 |
| ⊙2021 | | GEN | 14,606,561 | ⊙14,606,561 | 0 | 0 ⊙14,606,561 |
| ⊙ | | | | ⊙ | | ⊙ |
| ⊙ | | | | ⊙ | | ⊙ |

**Current Year NOLs**

| | | | | | | col. (d) minus col. (f) See instructions. |
|---|---|---|---|---|---|---|
| 3 2022 | | DIS | | | | |
| 4 2022 | | | | | | |
| 2022 | | | | | | |
| 2022 | | | | | | |
| 2022 | | | | | | |

\* **Type of NOL:** General (GEN), New Business (NB), Eligible Small Business (ESB), or Disaster (DIS).

**Part III    2022 NOL deduction**

| | | |
|---|---|---|
| 1 | Total the amounts in Part II, line 2, column (f) | ⊙ 1 _____ 00 |
| 2 | Enter the total amount from line 1 that represents disaster loss carryover deduction here and on Form 100, line 21; Form 100W, line 21; or Form 100S, line 19. Form 109 filers enter -0- | 2 _____ 00 |
| 3 | Subtract line 2 from line 1. Enter the result here and on Form 100, line 19; Form 100W, line 19; Form 100S, line 17; or Form 109, line 7 | ⊙ 3 _____ 00 |

| TAXABLE YEAR | Net Operating Loss (NOL) Computation and | CALIFORNIA FORM |
|---|---|---|
| **2022** | NOL and Disaster Loss Limitations - Corporations  | **3805Q** |

Attach to Form 100, Form 100W, Form 100S, or Form 109.

| Corporation name | California corporation number |
|---|---|
| MAILMYPRESCRIPTIONSCOM PHARMACY CORPORATION | 4059871 |

During the taxable year the corporation incurred the NOL, the corporation was a(n): ⦿ ☒ C corporation

⦿ ☐ S corporation   ⦿ ☐ Exempt organization   ⦿ ☐ Limited liability company (electing to be taxed as a corporation)

FEIN: 81-2833962

If the corporation previously filed California tax returns under another corporate name, enter the corporation name and California corporation number:
⦿

**If the corporation is included in a combined report of a unitary group, see instructions, General Information C, Combined Reporting.**

**Part I    Current year NOL.** If the corporation does not have a current year NOL, go to Part II.

| | | |
|---|---|---:|
| 1 | Net loss from Form 100, line 18; Form 100W, line 18; Form 100S, line 15; or Form 109, line 2. Enter as a positive number ........................ 1 | 433,017 00 |
| 2 | 2022 disaster loss included in line 1. Enter as a positive number .................... 2 | 00 |
| 3 | Subtract line 2 from line 1. If zero or less, enter -0- and see instructions ................ 3 | 433,017 00 |
| 4 a | Enter the amount of the loss incurred by a new business included in line 3 ........ 4a _____ 00 | |
| b | Enter the amount of the loss incurred by an eligible small business included in line 3   4b _____ 00 | |
| c | Add line 4a and line 4b ...................................... 4c | 00 |
| 5 | General NOL. Subtract line 4c from line 3 ............................ 5 | 433,017 00 |
| 6 | Current year NOL. Add line 2, line 4c, and line 5. See instructions .............. ⦿ 6 | 433,017 00 |

**Part II    NOL carryover and disaster loss carryover limitations.** See instructions.

| | | (g) Available balance | |
|---|---|---|---|
| 1 | Net income - Enter the amount from Form 100, line 18; Form 100W, line 18; Form 100S, line 15 less line 16; or Form 109, line 2; (but not less than -0-). ............................ ⦿ | 0 | |

**Prior Year NOLs**

| (a) Year of loss | (b) Code - See instructions | (c) Type of NOL - See below * | (d) Initial loss - See instructions | (e) Carryover from 2021 | (f) Amount used in 2022 | | (h) Carryover to 2023 col. (e) minus col. (f) |
|---|---|---|---|---|---|---|---|
| 2 ⦿ | | | ⦿ | | | | ⦿ |
| ⦿ | | | ⦿ | | | | ⦿ |
| ⦿ | | | ⦿ | | | | ⦿ |
| ⦿ | | | ⦿ | | | | ⦿ |

**Current Year NOLs**

| | | | | | | | col. (d) minus col. (f) See instructions. |
|---|---|---|---|---|---|---|---|
| 3 2022 | | DIS | | | | | |
| 4 2022 | | GEN | 433,017 | | | | 433,017 |
| 2022 | | | | | | | |
| 2022 | | | | | | | |
| 2022 | | | | | | | |

\* **Type of NOL:** General (GEN), New Business (NB), Eligible Small Business (ESB), or Disaster (DIS).

**Part III    2022 NOL deduction**

| | | |
|---|---|---:|
| 1 | Total the amounts in Part II, line 2, column (f) ........................ ⦿ 1 | 00 |
| 2 | Enter the total amount from line 1 that represents disaster loss carryover deduction here and on Form 100, line 21; Form 100W, line 21; or Form 100S, line 19. Form 109 filers enter -0- ................ 2 | 00 |
| 3 | Subtract line 2 from line 1. Enter the result here and on Form 100, line 19; Form 100W, line 19; Form 100S, line 17; or Form 109, line 7 ................................. ⦿ 3 | 00 |

| TAXABLE YEAR 2022 | Net Operating Loss (NOL) Computation and NOL and Disaster Loss Limitations - Corporations | CALIFORNIA FORM 3805Q |
|---|---|---|

Attach to Form 100, Form 100W, Form 100S, or Form 109.

Corporation name

**GENIUSCARE INC**

California corporation number

During the taxable year the corporation incurred the NOL, the corporation was a(n): ⊙ ☒ C corporation

⊙ ☐ S corporation  ⊙ ☐ Exempt organization  ⊙ ☐ Limited liability company (electing to be taxed as a corporation)

FEIN **85-0745255**

If the corporation previously filed California tax returns under another corporate name, enter the corporation name and California corporation number:
⊙

**If the corporation is included in a combined report of a unitary group, see instructions, General Information C, Combined Reporting.**

**Part I    Current year NOL.** If the corporation does not have a current year NOL, go to Part II.

| | | | |
|---|---|---|---|
| 1 | Net loss from Form 100, line 18; Form 100W, line 18; Form 100S, line 15; or Form 109, line 2. Enter as a positive number | 1 | 0 00 |
| 2 | 2022 disaster loss included in line 1. Enter as a positive number | 2 | 00 |
| 3 | Subtract line 2 from line 1. If zero or less, enter -0- and see instructions | 3 | 00 |
| 4 a | Enter the amount of the loss incurred by a new business included in line 3 ........ 4a | | 00 |
| b | Enter the amount of the loss incurred by an eligible small business included in line 3   4b | | 00 |
| c | Add line 4a and line 4b | 4c | 00 |
| 5 | General NOL. Subtract line 4c from line 3 | 5 | 00 |
| 6 | Current year NOL. Add line 2, line 4c, and line 5. See instructions | ⊙ 6 | 00 |

**Part II    NOL carryover and disaster loss carryover limitations.** See instructions.

| | | (g) Available balance | |
|---|---|---|---|
| 1 | Net income - Enter the amount from Form 100, line 18; Form 100W, line 18; Form 100S, line 15 less line 16; or Form 109, line 2; (but not less than -0-). ⊙ | 0 | |

**Prior Year NOLs**

| (a) Year of loss | (b) Code - See instructions | (c) Type of NOL - See below * | (d) Initial loss - See instructions | (e) Carryover from 2021 | (f) Amount used in 2022 | | (h) Carryover to 2023 col. (e) minus col. (f) |
|---|---|---|---|---|---|---|---|
| 2 ⊙2020 | | GEN | 12,933 | ⊙ 12,933 | 0 | 0 ⊙ | 12,933 |
| ⊙2021 | | GEN | 14,239 | ⊙ 14,239 | 0 | 0 ⊙ | 14,239 |
| ⊙ | | | | ⊙ | | ⊙ | |
| ⊙ | | | | ⊙ | | ⊙ | |

**Current Year NOLs**

| | | | | | | col. (d) minus col. (f) See instructions. |
|---|---|---|---|---|---|---|
| 3 2022 | | DIS | | | | |
| 4 2022 | | | | | | |
| 2022 | | | | | | |
| 2022 | | | | | | |
| 2022 | | | | | | |

**\* Type of NOL:** General (GEN), New Business (NB), Eligible Small Business (ESB), or Disaster (DIS).

**Part III    2022 NOL deduction**

| | | | |
|---|---|---|---|
| 1 | Total the amounts in Part II, line 2, column (f) | ⊙ 1 | 00 |
| 2 | Enter the total amount from line 1 that represents disaster loss carryover deduction here and on Form 100, line 21; Form 100W, line 21; or Form 100S, line 19. Form 109 filers enter -0- | 2 | 00 |
| 3 | Subtract line 2 from line 1. Enter the result here and on Form 100, line 19; Form 100W, line 19; Form 100S, line 17; or Form 109, line 7 | ⊙ 3 | 00 |

| TAXABLE YEAR **2022** | Net Operating Loss (NOL) Computation and NOL and Disaster Loss Limitations - Corporations |  | CALIFORNIA FORM **3805Q** |

Attach to Form 100, Form 100W, Form 100S, or Form 109.

| Corporation name | California corporation number |

**GRX ADMINISTRATORS INC**

During the taxable year the corporation incurred the NOL, the corporation was a(n): ◉ [X] C corporation

◉ ☐ S corporation   ◉ ☐ Exempt organization   ◉ ☐ Limited liability company (electing to be taxed as a corporation)

FEIN **85-2140529**

If the corporation previously filed California tax returns under another corporate name, enter the corporation name and California corporation number:
◉

**If the corporation is included in a combined report of a unitary group, see instructions, General Information C, Combined Reporting.**

**Part I    Current year NOL.** If the corporation does not have a current year NOL, go to Part II.

| | | |
|---|---|---|
| 1 Net loss from Form 100, line 18; Form 100W, line 18; Form 100S, line 15; or Form 109, line 2. Enter as a positive number | 1 | 0 | 00 |
| 2 2022 disaster loss included in line 1. Enter as a positive number | 2 | | 00 |
| 3 Subtract line 2 from line 1. If zero or less, enter -0- and see instructions | 3 | | 00 |
| 4 a Enter the amount of the loss incurred by a new business included in line 3 ......... 4a | | 00 | |
|    b Enter the amount of the loss incurred by an eligible small business included in line 3   4b | | 00 | |
|    c Add line 4a and line 4b | 4c | | 00 |
| 5 General NOL. Subtract line 4c from line 3 | 5 | | 00 |
| 6 Current year NOL. Add line 2, line 4c, and line 5. See instructions | ◉ 6 | | 00 |

**Part II    NOL carryover and disaster loss carryover limitations.** See instructions.

| | **(g)** Available balance | |
|---|---|---|
| 1 Net income - Enter the amount from Form 100, line 18; Form 100W, line 18; Form 100S, line 15 less line 16; or Form 109, line 2; (but not less than -0-). ................... ◉ | 0 | |

**Prior Year NOLs**

| (a) Year of loss | (b) Code - See instructions | (c) Type of NOL - See below * | (d) Initial loss - See instructions | (e) Carryover from 2021 | (f) Amount used in 2022 | (g) | (h) Carryover to 2023 col. (e) minus col. (f) |
|---|---|---|---|---|---|---|---|
| 2 ◉2021 | | GEN | 389 | ◉ 389 | 0 | 0◉ | ◉ 389 |
| ◉ | | | | ◉ | | | ◉ |
| ◉ | | | | ◉ | | | ◉ |
| ◉ | | | | ◉ | | | ◉ |

**Current Year NOLs**

| | | | | | | | col. (d) minus col. (f) See instructions. |
|---|---|---|---|---|---|---|---|
| 3 2022 | | DIS | | | | | |
| 4 2022 | | | | | | | |
| 2022 | | | | | | | |
| 2022 | | | | | | | |
| 2022 | | | | | | | |

**\* Type of NOL:** General (GEN), New Business (NB), Eligible Small Business (ESB), or Disaster (DIS).

**Part III    2022 NOL deduction**

| | | |
|---|---|---|
| 1 Total the amounts in Part II, line 2, column (f) | ◉ 1 | | 00 |
| 2 Enter the total amount from line 1 that represents disaster loss carryover deduction here and on Form 100, line 21; Form 100W, line 21; or Form 100S, line 19. Form 109 filers enter -0- | 2 | | 00 |
| 3 Subtract line 2 from line 1. Enter the result here and on Form 100, line 19; Form 100W, line 19; Form 100S, line 17; or Form 109, line 7 | ◉ 3 | | 00 |

| TAXABLE YEAR 2022 | Net Operating Loss (NOL) Computation and NOL and Disaster Loss Limitations - Corporations | CALIFORNIA FORM 3805Q |
|---|---|---|

Attach to Form 100, Form 100W, Form 100S, or Form 109.    **ALTERNATIVE MINIMUM TAX**

Corporation name

MILLENNIAL BENEFIT MANAGEMENT CORPORATION

California corporation number: 4059870

During the taxable year the corporation incurred the NOL, the corporation was a(n): ◉ [X] C corporation

◉ ☐ S corporation   ◉ ☐ Exempt organization   ◉ ☐ Limited liability company (electing to be taxed as a corporation)

FEIN: 81-1593842

If the corporation previously filed California tax returns under another corporate name, enter the corporation name and California corporation number:
◉

**If the corporation is included in a combined report of a unitary group, see instructions, General Information C, Combined Reporting.**

**Part I   Current year NOL.** If the corporation does not have a current year NOL, go to Part II.

| | | |
|---|---|---|
| 1 Net loss from Form 100, line 18; Form 100W, line 18; Form 100S, line 15; or Form 109, line 2. Enter as a positive number | 1 | 0 00 |
| 2 2022 disaster loss included in line 1. Enter as a positive number | 2 | 00 |
| 3 Subtract line 2 from line 1. If zero or less, enter -0- and see instructions | 3 | 00 |
| 4 a Enter the amount of the loss incurred by a new business included in line 3 ....... 4a | | 00 |
| b Enter the amount of the loss incurred by an eligible small business included in line 3   4b | | 00 |
| c Add line 4a and line 4b | 4c | 00 |
| 5 General NOL. Subtract line 4c from line 3 | 5 | 00 |
| 6 Current year NOL. Add line 2, line 4c, and line 5. See instructions | ◉ 6 | 00 |

**Part II   NOL carryover and disaster loss carryover limitations.** See instructions.

| | (g) Available balance | |
|---|---|---|
| 1 Net income - Enter the amount from Form 100, line 18; Form 100W, line 18; Form 100S, line 15 less line 16; or Form 109, line 2; (but not less than -0-). ◉ | | |

**Prior Year NOLs**

| (a) Year of loss | (b) Code - See instructions | (c) Type of NOL - See below * | (d) Initial loss - See instructions | (e) Carryover from 2021 | (f) Amount used in 2022 | | (h) Carryover to 2023 col. (e) minus col. (f) |
|---|---|---|---|---|---|---|---|
| 2 ◉ 2020 | | GEN | 9,716,397 | ◉ 9,716,397 | 0 | 0 | ◉ 9,716,397 |
| ◉ 2021 | | GEN | 14,610,333 | ◉ 14,610,333 | 0 | 0 | ◉ 14,610,333 |
| ◉ | | | | ◉ | | | ◉ |
| ◉ | | | | ◉ | | | ◉ |

**Current Year NOLs**

| | | | | | | | col. (d) minus col. (f) See instructions. |
|---|---|---|---|---|---|---|---|
| 3 2022 | | DIS | | | | | |
| 4 2022 | | | | | | | |
| 2022 | | | | | | | |
| 2022 | | | | | | | |
| 2022 | | | | | | | |

* **Type of NOL:** General (GEN), New Business (NB), Eligible Small Business (ESB), or Disaster (DIS).

**Part III   2022 NOL deduction**

| | | |
|---|---|---|
| 1 Total the amounts in Part II, line 2, column (f) | ◉ 1 | 00 |
| 2 Enter the total amount from line 1 that represents disaster loss carryover deduction here and on Form 100, line 21; Form 100W, line 21; or Form 100S, line 19. Form 109 filers enter -0- | 2 | 00 |
| 3 Subtract line 2 from line 1. Enter the result here and on Form 100, line 19; Form 100W, line 19; Form 100S, line 17; or Form 109, line 7 | ◉ 3 | 00 |

| TAXABLE YEAR 2022 | Net Operating Loss (NOL) Computation and NOL and Disaster Loss Limitations - Corporations | CALIFORNIA FORM 3805Q |
|---|---|---|

Attach to Form 100, Form 100W, Form 100S, or Form 109.                    **ALTERNATIVE MINIMUM TAX**

| Corporation name | California corporation number |
|---|---|
| MAILMYPRESCRIPTIONSCOM PHARMACY CORPORATION | 4059871 |

During the taxable year the corporation incurred the NOL, the corporation was a(n): ● [X] C corporation

● ☐ S corporation   ● ☐ Exempt organization   ● ☐ Limited liability company (electing to be taxed as a corporation)

FEIN **81-2833962**

If the corporation previously filed California tax returns under another corporate name, enter the corporation name and California corporation number:
●

**If the corporation is included in a combined report of a unitary group, see instructions, General Information C, Combined Reporting.**

**Part I   Current year NOL.** If the corporation does not have a current year NOL, go to Part II.

| | | | |
|---|---|---|---|
| 1 | Net loss from Form 100, line 18; Form 100W, line 18; Form 100S, line 15; or Form 109, line 2. Enter as a positive number | 1 | 431,921 00 |
| 2 | 2022 disaster loss included in line 1. Enter as a positive number | 2 | 00 |
| 3 | Subtract line 2 from line 1. If zero or less, enter -0- and see instructions | 3 | 431,921 00 |
| 4 a | Enter the amount of the loss incurred by a new business included in line 3 ......... 4a | | 00 |
| b | Enter the amount of the loss incurred by an eligible small business included in line 3   4b | | 00 |
| c | Add line 4a and line 4b | 4c | 00 |
| 5 | General NOL. Subtract line 4c from line 3 | 5 | 431,921 00 |
| 6 | Current year NOL. Add line 2, line 4c, and line 5. See instructions | ● 6 | 431,921 00 |

**Part II   NOL carryover and disaster loss carryover limitations.** See instructions.

| | | (g) Available balance | |
|---|---|---|---|
| 1 | Net income - Enter the amount from Form 100, line 18; Form 100W, line 18; Form 100S, line 15 less line 16; or Form 109, line 2; (but not less than -0-). ● | | |

**Prior Year NOLs**

| (a) Year of loss | (b) Code - See instructions | (c) Type of NOL - See below * | (d) Initial loss - See instructions | (e) Carryover from 2021 | (f) Amount used in 2022 | | (h) Carryover to 2023 col. (e) minus col. (f) |
|---|---|---|---|---|---|---|---|
| 2 ● | | | ● | | | | ● |
| ● | | | ● | | | | ● |
| ● | | | ● | | | | ● |
| ● | | | ● | | | | ● |

**Current Year NOLs**

| | | | | | | | col. (d) minus col. (f) See instructions. |
|---|---|---|---|---|---|---|---|
| 3 2022 | | DIS | | | | | |
| 4 2022 | | GEN | 431,921 | | | | 431,921 |
| 2022 | | | | | | | |
| 2022 | | | | | | | |
| 2022 | | | | | | | |

\* **Type of NOL:** General (GEN), New Business (NB), Eligible Small Business (ESB), or Disaster (DIS).

**Part III   2022 NOL deduction**

| | | | |
|---|---|---|---|
| 1 | Total the amounts in Part II, line 2, column (f) | ● 1 | 00 |
| 2 | Enter the total amount from line 1 that represents disaster loss carryover deduction here and on Form 100, line 21; Form 100W, line 21; or Form 100S, line 19. Form 109 filers enter -0- | 2 | 00 |
| 3 | Subtract line 2 from line 1. Enter the result here and on Form 100, line 19; Form 100W, line 19; Form 100S, line 17; or Form 109, line 7 | ● 3 | 00 |

| TAXABLE YEAR 2022 | Net Operating Loss (NOL) Computation and NOL and Disaster Loss Limitations - Corporations | CALIFORNIA FORM 3805Q |
|---|---|---|

Attach to Form 100, Form 100W, Form 100S, or Form 109.

**ALTERNATIVE MINIMUM TAX** 

Corporation name

**GENIUSCARE INC**

California corporation number

During the taxable year the corporation incurred the NOL, the corporation was a(n): ⊙ ☒ C corporation

FEIN **85-0745255**

⊙ ☐ S corporation　⊙ ☐ Exempt organization　⊙ ☐ Limited liability company (electing to be taxed as a corporation)

If the corporation previously filed California tax returns under another corporate name, enter the corporation name and California corporation number:
⊙ _____

**If the corporation is included in a combined report of a unitary group, see instructions, General Information C, Combined Reporting.**

**Part I　Current year NOL.** If the corporation does not have a current year NOL, go to Part II.

| | | |
|---|---|---|
| 1　Net loss from Form 100, line 18; Form 100W, line 18; Form 100S, line 15; or Form 109, line 2. Enter as a positive number | 1 | 0 00 |
| 2　2022 disaster loss included in line 1. Enter as a positive number | 2 | 00 |
| 3　Subtract line 2 from line 1. If zero or less, enter -0- and see instructions | 3 | 00 |
| 4　a　Enter the amount of the loss incurred by a new business included in line 3 ........ 4a _____ 00 | | |
| 　b　Enter the amount of the loss incurred by an eligible small business included in line 3　4b _____ 00 | | |
| 　c　Add line 4a and line 4b | 4c | 00 |
| 5　General NOL. Subtract line 4c from line 3 | 5 | 00 |
| 6　Current year NOL. Add line 2, line 4c, and line 5. See instructions | ⊙ 6 | 00 |

**Part II　NOL carryover and disaster loss carryover limitations.** See instructions.

| | (g) Available balance | |
|---|---|---|
| 1　Net income - Enter the amount from Form 100, line 18; Form 100W, line 18; Form 100S, line 15 less line 16; or Form 109, line 2; (but not less than -0-). ⊙ | | |

**Prior Year NOLs**

| (a) Year of loss | (b) Code - See instructions | (c) Type of NOL - See below * | (d) Initial loss - See instructions | (e) Carryover from 2021 | (f) Amount used in 2022 | | (h) Carryover to 2023 col. (e) minus col. (f) |
|---|---|---|---|---|---|---|---|
| 2 ⊙2020 | | GEN | 12,933 ⊙ | 12,933 | 0 | 0 ⊙ | 12,933 |
| ⊙2021 | | GEN | 14,239 ⊙ | 14,239 | 0 | 0 ⊙ | 14,239 |
| ⊙ | | | ⊙ | | | ⊙ | |
| ⊙ | | | ⊙ | | | ⊙ | |

**Current Year NOLs**

col. (d) minus col. (f) See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3　2022 | | DIS | | | | |
| 4　2022 | | | | | | |
| 2022 | | | | | | |
| 2022 | | | | | | |
| 2022 | | | | | | |

* **Type of NOL:** General (GEN), New Business (NB), Eligible Small Business (ESB), or Disaster (DIS).

**Part III　2022 NOL deduction**

| | | |
|---|---|---|
| 1　Total the amounts in Part II, line 2, column (f) | ⊙ 1 | 00 |
| 2　Enter the total amount from line 1 that represents disaster loss carryover deduction here and on Form 100, line 21; Form 100W, line 21; or Form 100S, line 19. Form 109 filers enter -0- | 2 | 00 |
| 3　Subtract line 2 from line 1. Enter the result here and on Form 100, line 19; Form 100W, line 19; Form 100S, line 17; or Form 109, line 7 | ⊙ 3 | 00 |



| TAXABLE YEAR<br>2022 | Net Operating Loss (NOL) Computation and<br>NOL and Disaster Loss Limitations - Corporations | CALIFORNIA FORM<br>3805Q |
|---|---|---|

Attach to Form 100, Form 100W, Form 100S, or Form 109.       **ALTERNATIVE MINIMUM TAX**

Corporation name

**GRX ADMINISTRATORS INC**

| | California corporation number |
|---|---|

During the taxable year the corporation incurred the NOL, the corporation was a(n): ⊙ ☒ C corporation

⊙ ☐ S corporation  ⊙ ☐ Exempt organization  ⊙ ☐ Limited liability company (electing to be taxed as a corporation)

FEIN
**85-2140529**

If the corporation previously filed California tax returns under another corporate name, enter the corporation name and California corporation number:
⊙

**If the corporation is included in a combined report of a unitary group, see instructions, General Information C, Combined Reporting.**

**Part I   Current year NOL.** If the corporation does not have a current year NOL, go to Part II.

| | | | |
|---|---|---|---|
| 1 | Net loss from Form 100, line 18; Form 100W, line 18; Form 100S, line 15; or Form 109, line 2.<br>Enter as a positive number | 1 | 0 00 |
| 2 | 2022 disaster loss included in line 1. Enter as a positive number | 2 | 00 |
| 3 | Subtract line 2 from line 1. If zero or less, enter -0- and see instructions | 3 | 00 |
| 4 a | Enter the amount of the loss incurred by a new business included in line 3 ...... 4a | 00 | |
| b | Enter the amount of the loss incurred by an eligible small business included in line 3   4b | 00 | |
| c | Add line 4a and line 4b | 4c | 00 |
| 5 | General NOL. Subtract line 4c from line 3 | 5 | 00 |
| 6 | Current year NOL. Add line 2, line 4c, and line 5. See instructions | ⊙ 6 | 00 |

**Part II   NOL carryover and disaster loss carryover limitations.** See instructions.

| | | (g) Available balance | |
|---|---|---|---|
| 1 | Net income - Enter the amount from Form 100, line 18; Form 100W, line 18; Form 100S, line 15 less line 16;<br>or Form 109, line 2; (but not less than -0-). ⊙ | | |

**Prior Year NOLs**

| (a)<br>Year of<br>loss | (b)<br>Code - See<br>instructions | (c)<br>Type of NOL -<br>See below * | (d)<br>Initial loss -<br>See instructions | (e)<br>Carryover<br>from 2021 | (f)<br>Amount used<br>in 2022 | | (h)<br>Carryover to 2023<br>col. (e) minus col. (f) |
|---|---|---|---|---|---|---|---|
| 2 ⊙2021 | | GEN | 389 ⊙ | 389 | 0 | 0 ⊙ | 389 |
| ⊙ | | | | ⊙ | | | ⊙ |
| ⊙ | | | | ⊙ | | | ⊙ |
| ⊙ | | | | ⊙ | | | ⊙ |

**Current Year NOLs**

| | | | | | | col. (d) minus col. (f)<br>See instructions. |
|---|---|---|---|---|---|---|
| 3 2022 | | DIS | | | | |
| 4 2022 | | | | | | |
| 2022 | | | | | | |
| 2022 | | | | | | |
| 2022 | | | | | | |

* **Type of NOL:** General (GEN), New Business (NB), Eligible Small Business (ESB), or Disaster (DIS).

**Part III   2022 NOL deduction**

| | | | |
|---|---|---|---|
| 1 | Total the amounts in Part II, line 2, column (f) | ⊙ 1 | 00 |
| 2 | Enter the total amount from line 1 that represents disaster loss carryover deduction here and on Form 100, line 21;<br>Form 100W, line 21; or Form 100S, line 19. Form 109 filers enter -0- | 2 | 00 |
| 3 | Subtract line 2 from line 1. Enter the result here and on Form 100, line 19; Form 100W, line 19; Form 100S,<br>line 17; or Form 109, line 7 | ⊙ 3 | 00 |

| TAXABLE YEAR **2022** | **Corporation Depreciation and Amortization** | | CALIFORNIA FORM **3885** |
|---|---|---|---|

Attach to Form 100 or Form 100W.

| Corporation name | California corporation number |
|---|---|
| MILLENNIAL BENEFIT MANAGEMENT CORPORATION INC & SUBSIDIARIES | 4059870 |

**Part I   Election To Expense Certain Property Under IRC Section 179**

| | | |
|---|---|---|
| 1 Maximum deduction under IRC Section 179 for California | 1 | $25,000 |
| 2 Total cost of IRC Section 179 property placed in service | 2 | |
| 3 Threshold cost of IRC Section 179 property before reduction in limitation | 3 | $200,000 |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for taxable year. Subtract line 4 from line 1. If zero or less, enter -0- | 5 | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|
| 6 | | | |

| | | |
|---|---|---|
| 7 Listed property (elected IRC Section 179 cost) | 7 | |
| 8 Total elected cost of IRC Section 179 property. Add amounts in column (c), line 6 and line 7 | 8 | |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 Carryover of disallowed deduction from prior taxable years | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | |
| 12 IRC Section 179 expense deduction. Add line 9 and line 10, but do not enter more than line 11 | 12 | |
| 13 Carryover of disallowed deduction to 2023. Add line 9 and line 10, less line 12 | 13 | |

**Part II   Depreciation and Election of Additional First Year Depreciation Deduction Under R&TC Section 24356**

| (a) Description of property | (b) Date acquired (mm/dd/yyyy) | (c) Cost or other basis | (d) Depreciation allowed or allowable in earlier years | (e) Depreciation method | (f) Life or rate | (g) Depreciation for this year | (h) Additional first year depreciation |
|---|---|---|---|---|---|---|---|
| 14   SEE STATEMENT 2 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| 15 Add the amounts in column (g) and column (h). The total of column (h) may not exceed $2,000. See instructions for line 14, column (h) | 15 | 30,057 |

**Part III   Summary**

| | | |
|---|---|---|
| 16 Total: If the corporation is electing: IRC Section 179 expense, add the amount on line 12 and line 15, column (g) **or** Additional first year depreciation under R&TC Section 24356, add the amounts on line 15, columns (g) and (h) **or** Depreciation (if no election is made), enter the amount from line 15, column (g) | 16 | 30,057 |
| 17 Total depreciation claimed for federal purposes from federal Form 4562, line 22 | 17 | 30,057 |
| 18 Depreciation adjustment. If line 17 is greater than line 16, enter the difference here and on Form 100 or Form 100W, Side 1, line 6. If line 17 is less than line 16, enter the difference here and on Form 100 or Form 100W, Side 2, line 12. (If California depreciation amounts are used to determine net income before state adjustments on Form 100 or Form 100W, no adjustment is necessary.) | 18 | 0 |

**Part IV   Amortization**

| (a) Description of property | (b) Date acquired (mm/dd/yyyy) | (c) Cost or other basis | (d) Amortization allowed or allowable in earlier years | (e) R&TC Section (see instructions) | (f) Period or percentage | (g) Amortization for this year |
|---|---|---|---|---|---|---|
| 19 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 20 Total. Add the amounts in column (g) | 20 | |
| 21 Total amortization claimed for federal purposes from federal Form 4562, line 44 | 21 | |
| 22 Amortization adjustment. If line 21 is greater than line 20, enter the difference here and on Form 100 or Form 100W, Side 1, line 6. If line 21 is less than line 20, enter the difference here and on Form 100 or Form 100W, Side 2, line 12 | 22 | |

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                 81-1593842

CA SCHEDULE D-1     PART II - OTHER ORDINARY GAIN AND LOSS          STATEMENT 1

| (A)<br>DESCRIPTION | (B)DATE<br>ACQ | (C)DATE<br>SOLD | (D)SALES<br>PRICE | (E)DEPRE-<br>CIATION<br>ALLOWED | (F)COST<br>OR<br>BASIS | (G) GAIN<br>OR<br>LOSS |
|---|---|---|---|---|---|---|
| SALE OF FIXED ASSETS | VARIOUS | 12/31/22 | 0. | 1,021,708. | 1,129,463. | -107,755. |
| TOTAL | | | 0. | 1,021,708. | 1,129,463. | -107,755. |

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                              81-1593842

FORM 3885                         DEPRECIATION                         STATEMENT 2

| ASSET NO. | DESCRIP- TION | DATE IN SERVICE | COST OR BASIS | PRIOR DEPR | METHOD | LIFE | DEPRE- CIATION | BONUS |
|---|---|---|---|---|---|---|---|---|
| | MILLENNIAL BENEFIT MANAGEMENT | | | | | | | |
| 29 | EQUIPMENT | 01/06/17 | 1,719. | 809. | 200DB | 5.00 | 50. | |
| 30 | EQUIPMENT | 04/30/17 | 1,397. | 658. | 200DB | 5.00 | 40. | |
| 33 | FURNITURE & FIXTURES | 04/15/17 | 1,314. | 511. | 200DB | 7.00 | 29. | |
| 34 | LEASEHOLD IMPROVEMENTS | 01/31/17 | 946. | 143. | SL | 15.00 | 32. | |
| 35 | LEASEHOLD IMPROVEMENTS | 08/31/17 | 72,305. | 10,846. | SL | 15.00 | 2,410. | |
| 42 | CAPITAL LEASE | 01/01/17 | 418,568. | 94,177. | SL | 10.00 | 20,928. | |
| 43 | FURNITURES & FIXTURES | 08/29/17 | 20,059. | 7,792. | 200DB | 7.00 | 895. | |
| 46 | EQUIPMENT | 08/22/17 | 13,740. | 6,474. | 200DB | 5.00 | 396. | |
| 48 | EQUIPMENT | 03/23/17 | 2,761. | 1,300. | 200DB | 5.00 | 80. | |
| 49 | EQUIPMENT | 04/28/17 | 938. | 442. | 200DB | 5.00 | 27. | |
| 50 | LEASEHOLD IMPROVEMENTS | 02/28/17 | 30,214. | 4,531. | SL | 15.00 | 1,007. | |
| 51 | LEASEHOLD IMPROVEMENTS | 07/31/16 | 12,973. | 9,334. | 150DB | 15.00 | 192. | |
| 52 | LEASEHOLD IMPROVEMENTS | 08/31/16 | 72,758. | 52,351. | 150DB | 15.00 | 1,074. | |
| 53 | LEASEHOLD IMPROVEMENTS | 09/30/16 | 162,466. | 116,897. | 150DB | 15.00 | 2,399. | |
| 54 | LEASEHOLD IMPROVEMENTS | 10/31/16 | 13,910. | 10,009. | 150DB | 15.00 | 206. | |
| 55 | LEASEHOLD IMPROVEMENTS | 11/30/16 | 14,799. | 10,648. | 150DB | 15.00 | 219. | |
| 56 | LEASEHOLD IMPROVEMENTS | 12/31/16 | 2,400. | 1,727. | 150DB | 15.00 | 36. | |
| 57 | LEASEHOLD IMPROVEMENTS | 05/31/16 | 2,497. | 1,797. | 150DB | 15.00 | 37. | |
| TOTAL TO FORM 3885 | | | 845,764. | 330,446. | | | 30,057. | |

## Adjusted Combined Schedule F - Income and Deductions

| Name | MILLENNIAL BENEFIT MANAGEMENT CORPORATION INC & SUBSIDIARIES | California Corporation number 4059870 |
| --- | --- | --- |

| Income | Combined Amounts | Combined Adjustments | Adjusted Combined Amounts |
| --- | --- | --- | --- |
| Gross receipts or sales | 9,370,728. | | 9,370,728. |
| Less returns and allowances | | | |
| **Net Sales** | 9,370,728. | | 9,370,728. |
| | | | |
| Cost of goods sold: | | | |
| Inventory at beginning of year | 239,099. | | 239,099. |
| Purchases | 8,413,880. | | 8,413,880. |
| Cost of labor | | | |
| Additional section 263A costs | | | |
| Other costs | 831,004. | | 831,004. |
| Inventory end of year | | | |
| Cost of goods sold | 9,483,983. | | 9,483,983. |
| **Gross Profit** | -113,255. | | -113,255. |
| | | | |
| Dividends | | | |
| U.S. interest | | | |
| Other interest | | | |
| Gross rents | | | |
| Gross royalties | | | |
| Capital gain net income | | | |
| Net gain or (loss) Form 4797 | -107,755. | | -107,755. |
| Other income | | | |
| **Total Income** | -221,010. | | -221,010. |
| | | | |
| **Deductions** | | | |
| | | | |
| Compensation of officers | | | |
| Salaries and wages | 4,330,515. | | 4,330,515. |
| Repairs | 55,808. | | 55,808. |
| Bad debts | 78,698. | | 78,698. |
| Rents | 306,479. | | 306,479. |
| Taxes | 373,798. | | 373,798. |
| Interest | 31,305. | | 31,305. |
| Contributions | | | |
| Depreciation not claimed elsewhere | 30,057. | | 30,057. |
| Depletion | | | |
| Advertising | 256,923. | | 256,923. |
| Pension, profit-sharing, etc., plans | | | |
| Employee benefit programs | 278,326. | | 278,326. |
| Deductible travel and entertainment | 8,700. | | 8,700. |
| Other deductions | 2,522,076. | | 2,522,076. |
| Specific deduction for 23701r/23701t organizations | | | |
| **Total Deductions** | 8,272,685. | | 8,272,685. |
| | | | |
| **Income Before Adjustments** | -8,493,695. | | -8,493,695. |
| Enterprise zone interest deduction | | | |
| **Income After Adjustments** | -8,493,695. | | -8,493,695. |

07340927 150872 174689-CON          2022.04030 MILLENNIAL BENEFIT MANAGE 174689-1

**COMBINED SCHEDULE F - INCOME AND DEDUCTIONS**

| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIPTIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS, INC. |
|---|---|---|---|---|---|
| **Income** | | | | | |
| Gross receipts or sales | 9,370,728. | | 9,370,728. | | |
| Less returns and allowances | | | | | |
| Net Sales | 9,370,728. | | 9,370,728. | | |
| | | | | | |
| **Cost of Goods Sold:** | | | | | |
| Inventory at beginning of year | 239,099. | | 239,099. | | |
| Purchases | 8,413,880. | | 8,413,880. | | |
| Cost of labor | | | | | |
| Additional section 263A costs | | | | | |
| Other costs   SEE STATEMENT 3 | 831,004. | 85,072. | 745,932. | | |
| Inventory end of year | | | | | |
| Cost of goods sold | 9,483,983. | 85,072. | 9,398,911. | | |
| | | | | | |
| **Gross Profit** | -113,255. | -85,072. | -28,183. | | |
| | | | | | |
| Dividends | | | | | |
| U.S. interest | | | | | |
| Other interest | | | | | |
| Gross rents | | | | | |
| Gross royalties | | | | | |
| Capital gain net income | | | | | |
| Net gain or (loss) Form 4797 | -107,755. | -107,755. | | | |
| Other income | | | | | |
| | | | | | |
| **Total Income** | -221,010. | -192,827. | -28,183. | | |
| | | | | | |
| **Deductions** | | | | | |
| | | | | | |
| Compensation of officers | | | | | |
| Salaries and wages | 4,330,515. | 4,330,515. | | | |
| Repairs | 55,808. | 55,434. | 374. | | |
| Bad debts | 78,698. | 78,698. | | | |
| Rents | 306,479. | 309,365. | -2,886. | | |
| Taxes   SEE STATEMENT 4 | 373,798. | 335,144. | 37,886. | 384. | 384. |
| Interest | 31,305. | 31,305. | | | |
| Contributions | | | | | |
| Depreciation not claimed elsewhere | 30,057. | 30,057. | | | |
| Depletion | | | | | |
| Advertising | 256,923. | 256,923. | | | |
| Pension, profit-sharing, etc., plans | | | | | |
| Employee benefit programs | 278,326. | 278,326. | | | |
| Deductible travel and entertainment | 8,700. | 8,700. | | | |
| Other deductions   SEE STATEMENT 5 | 2,522,076. | 2,153,051. | 362,723. | 6,302. | |
| Specific deduction for 23701r/23701t organizations | | | | | |
| **Total Deductions** | 8,272,685. | 7,867,518. | 398,097. | 6,686. | 384. |
| | | | | | |
| **Income Before Adjustments** | -8,493,695. | -8,060,345. | -426,280. | -6,686. | -384. |
| | | | | | |
| Enterprise zone interest deduction | | | | | |
| **Income After Adjustments** | -8,493,695. | -8,060,345. | -426,280. | -6,686. | -384. |

229521
04-01-22

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                                                                          81-1593842

| CA SCHEDULE A | | COST OF GOODS SOLD OTHER COSTS | | | STATEMENT 3 |
|---|---|---|---|---|---|
| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIP TIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS , INC. |
| PHARMACY PACKAGING | 60,423. | | 60,423. | | |
| PHARMACY SHIPPING & LOGISTICS | 666,477. | | 666,477. | | |
| PHARMACY SUPPLIES | 19,032. | | 19,032. | | |
| TELEMEDICINE COSTS | 85,072. | 85,072. | | | |
| TOTAL OTHER COSTS | 831,004. | 85,072. | 745,932. | | |

| CA | | COMBINED TAXES | | | STATEMENT 4 |
|---|---|---|---|---|---|
| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIP TIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS , INC. |
| LICENSES & PERMITS | 42,706. | 9,329. | 32,609. | 384. | 384. |
| PAYROLL TAXES | 320,167. | 320,167. | | | |
| SALES TAX | 249. | | 249. | | |
| STATE TAXES | 10,676. | 5,648. | 5,028. | | |
| TOTAL TAXES | 373,798. | 335,144. | 37,886. | 384. | 384. |

STATEMENT(S) 3, 4

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                                                     81-1593842

| CA | COMBINED OTHER DEDUCTIONS | | | | STATEMENT 5 |
|---|---|---|---|---|---|

| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIPTIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS, INC. |
|---|---|---|---|---|---|
| BANK SERVICE CHARGES | 9,196. | 8,410. | 786. | | |
| DUES & SUBSCRIPTIONS | 13,063. | 11,682. | 1,381. | | |
| EDUCATION & TRAINING | 17,694. | 17,694. | | | |
| INSURANCE | 66,469. | 66,469. | | | |
| LEGAL & PROFESSIONAL | 704,822. | 704,822. | | | |
| MERCHANT FEES | 133,607. | | 133,607. | | |
| MISCELLANEOUS EXPENSE | 68,860. | 33,280. | 35,580. | | |
| OFFICE SUPPLIES | 12,803. | 12,183. | 620. | | |
| PAYROLL OUTSOURING FEE | 173,065. | 173,065. | | | |
| PHARMACY EXPENSE | 20,132. | | 20,132. | | |
| POSTAGE | 3,929. | 3,461. | 468. | | |
| RECRUITING | 20,328. | 20,328. | | | |
| SECURITY | 2,702. | 2,702. | | | |
| TECHNOLOGY | 1,254,405. | 1,077,954. | 170,149. | 6,302. | |
| TELEPHONE | 13,911. | 13,911. | | | |
| UTILITIES | 7,090. | 7,090. | | | |
| TOTAL OTHER DEDUCTIONS | 2,522,076. | 2,153,051. | 362,723. | 6,302. | |

COMBINED APPORTIONMENT SCHEDULE

| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIPTIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS, INC. |
|---|---|---|---|---|---|
| **Property Factor** | | | | | |
| Total property everywhere | | | | | |
|   Inventory | | | | | |
|   Buildings | | | | | |
|   Machinery and Equipment | | | | | |
|   Furniture and Fixtures | | | | | |
|   Land | | | | | |
|   Other tangible assets | | | | | |
|   Rented prop (rent exp x 8) | | | | | |
| Total everywhere | | | | | |
| California Property | | | | | |
|   Inventory | | | | | |
|   Buildings | | | | | |
|   Machinery and Equipment | | | | | |
|   Furniture and Fixtures | | | | | |
|   Land | | | | | |
|   Other tangible assets | | | | | |
|   Rented prop (rent exp x 8) | | | | | |
| Total California Property | | | | | |
| California Property Percent | | | | | |
| | | | | | |
| **Payroll Factor** | | | | | |
| Total Payroll Everywhere | | | | | |
| California Payroll | | | | | |
| California Payroll Percent | | | | | |
| | | | | | |
| **Sales Factor** | | | | | |
| Sales everywhere | | | | | |
|   Sales | 9,370,728. | | 9,370,728. | | |
|   Other gross receipts | | | | | |
|   Sales from Partnership, LLC | | | | | |
|     Less: Intercompany Sales | | | | | |
|   Total sales everywhere | 9,370,728. | | 9,370,728. | | |
| California Sales | | | | | |
|   (a) Sales shipped to California | | | | | |
|     (1) From outside California | | | | | |
|     (2) From within California | 477,730. | | 477,730. | | |
|   (b) Sales shipped in California | | | | | |
|     (1) To U.S. government | | | | | |
|     (2) To state where buyer is not taxable | | | | | |
|   (c) Other gross receipts | | | | | |
|     (i) sales from services | | | | | |
|     (ii) sales from intangibles | | | | | |
|     (iii) sales from tangibles | | | | | |
|     (iv) sales from other | | | | | |
|   (d) Sales from Partnership, LLC | | | | | |
|     Less: Intercompany Sales | | | | | |
|   Total California sales | 477,730. | | 477,730. | | |
| California Sales Percent | 5.0981% | .0000% | 5.0981% | .0000% | .0000% |
| | | | | | |
| Total percent | 5.0981% | .0000% | 5.0981% | .0000% | .0000% |
| **Average percent** | 5.0981% | .0000% | 5.0981% | .0000% | .0000% |

229611
04-01-22

**COMBINED NET INCOME AND TAX COMPUTATION**

| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIPTIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS, INC. |
|---|---|---|---|---|---|
| **Business Income** | | | | | |
| Combined unitary business income to apportion | -8,493,695. | | | | |
| Apportionment percentage | 5.0981% | .0000% | 5.0981% | .0000% | .0000% |
| Unitary business income apportioned to California | -433,017. | 0. | -433,017. | 0. | 0. |
| **Nonbusiness Income** | | | | | |
| **Attributable to California** | | | | | |
| Dividends | | | | | |
| Interest | | | | | |
| Net rental income/loss | | | | | |
| Royalties | | | | | |
| Gain/loss on asset sales | | | | | |
| Partnership or LLC income/loss | | | | | |
| Other nonunitary items | | | | | |
| Total nonunitary items | | | | | |
| Less intercompany items | | | | | |
| Less interest offset allocated to income | | | | | |
| **Business Income (Loss) Subject** | | | | | |
| **to Separate Apportionment** | | | | | |
| Nonunitary partnership or LLC business income (loss) | | | | | |
| Income (loss) from a separate trade or business | | | | | |
| Income (loss) deferred from prior years | | | | | |
| Total Business Income (Loss) separately apportioned to CA | | | | | |
| Capital gain (loss) netting subject to separate apportionment | | | | | |
| Income before contributions adjustment | -433,017. | 0. | -433,017. | 0. | 0. |
| Contribution adjustment from Schedule R-6 | 0. | 0. | | | |
| Income before NOL | -433,017. | 0. | -433,017. | 0. | 0. |
| Net operating loss carryover | | 0. | 0. | 0. | 0. |
| EZ, LARZ, LAMBRA NOL | | 0. | 0. | 0. | 0. |
| Disaster loss carryover deduction | | 0. | 0. | 0. | 0. |
| Income after NOL | -433,017. | 0. | -433,017. | 0. | 0. |
| **Tax Calculation** | | | | | |
| Tax Rate | 8.8400% | 8.8400% | 8.8400% | 8.8400% | 8.8400% |
| Tax | 1,600. | 800. | 800. | 0. | 0. |
| Financial corporation offset | | | | | |
| Offset carryover available | | | | | |
| Rate | | | | | |
| Percentage offset | | | | | |
| Net offset | | | | | |
| Net tax | 1,600. | 800. | 800. | 0. | 0. |

229631
04-01-22

**COMBINED SCHEDULE R-6 CONTRIBUTION ADJUSTMENT**

| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIP TIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS , INC. 85-2140529 |
|---|---|---|---|---|---|
| 1) Total contributions paid | 4,080. | 4,080. | | | |
| 2) Net income from adjusted combined income/deduction statement plus foreign investment offset | -8,493,695. | | | | |
| 3) Dividends deducted under section 24402, 24410 and 24411 from Form 100, side 1 lines 10 and 11 | 0. | | | | |
| 4) Contributions deducted | 0. | | | | |
| 5) Total of lines 2 thru 4 | 0. | | | | |
| 6) Multiply line 5 by 10% | 0. | | | | |
| 7) Net income before contributions adjust- ment from Schedule R side 2, line 33 | -433,017. | | | | |
| 8) Business div deducted on Line 3 multiplied by apportionment percent | 0. | | | | |
| 9) Nonbusiness div deducted on Line 3 | 0. | | | | |
| 10) Line 4 multiplied by apportionment percentage | 0. | | | | |
| 11) **Total.** Add lines 7 thru 10 | 0. | | | | |
| 12) Multiply line 11 by 10% | 0. | | | | |
| 13) Enter amount from line 10 | 0. | | | | |
| 14) Allowable contributions | | | | | |
| a) If line 1 equals or exceeds line 6 enter lesser of line 1 or line 12 | 0. | | | | |
| b) If line 1 is less than line 6, divide line 11 by line 5. Then multiply line 1 by the result | 0. | | | | |
| 15) **Contribution Adjustment.** Subtract line 14a or line 14b from line 13 | 0. | | | | |

# Adjusted Combined Beginning Balance Sheet

| Name | California Corporation Number |
|---|---|
| MILLENNIAL BENEFIT MANAGEMENT CORPORATION INC & SUBSIDIARIES | 4059870 |

| Assets | Combined Amounts | Combined Adjustments | Adjusted Combined Amounts |
|---|---|---|---|
| Cash | 1,160,458. | | 1,160,458. |
| Trade notes and accounts receivable | 529,872. | | 529,872. |
| Less allowance for bad debts | 65,000. | | 65,000. |
| Inventories | 239,099. | | 239,099. |
| Federal and state government obligations | | | |
| Other current assets | 12,225,439. | −11,719,825. | 505,614. |
| Loans to stockholders | | | |
| Mortgages and real estate loans | | | |
| Other investments | | | |
| Buildings and other depreciable assets | 1,983,818. | | 1,983,818. |
| Less accumulated depreciation | 1,401,589. | | 1,401,589. |
| Depletable assets | | | |
| Less accumulated depletion | | | |
| Land | | | |
| Intangible assets | | | |
| Less accumulated amortization | | | |
| Other assets | 75,911. | | 75,911. |
| **Total Assets** | 14,748,008. | | 3,028,183. |
| **Liabilities and Stockholders' Equity** | | | |
| Accounts payable | 357,703. | | 357,703. |
| Mortgages payable less than 1 year | | | |
| Other current liabilities | 15,767,885. | −11,719,825. | 4,048,060. |
| Loans from stockholders | | | |
| Mortgages payable 1 year or more | 27,574,402. | | 27,574,402. |
| Other liabilities | | | |
| Capital stock:   **a** Preferred stock | | | |
|    **b** Common stock | 71,056. | | 71,056. |
| Paid-in or capital surplus | 16,825,360. | | 16,825,360. |
| Appropriated retained earnings | | | |
| Unappropriated retained earnings | −45,848,398. | | −45,848,398. |
| Adjustments to shareholders' equity | | | |
| Less cost of treasury stock | | | |
| **Total Liabilities and Stockholders' Equity** | 14,748,008. | | 3,028,183. |

229551
04-01-22

34

07340927 150872 174689-CON          2022.04030 MILLENNIAL BENEFIT MANAGE 174689-1

**COMBINED BEGINNING BALANCE SHEET**

| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIP TIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS , INC. |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash | 1,160,458. | 139,208. | -42,282. | 318. | 1,063,214. |
| Trade notes and accounts receivable | 529,872. | 78,273. | 451,599. | | |
| Less allowance for bad debts | 65,000. | 65,000. | | | |
| Inventories | 239,099. | | 239,099. | | |
| Fed and state obligations | | | | | |
| Other current assets        STMT 6 | 12,225,439. | 196,548. | 91,593. | 1,280. | 11,936,018. |
| Loans to stockholders | | | | | |
| Mortgage and real estate loans | | | | | |
| Other investments | | | | | |
| Buildings and other depreciable assets | 1,983,818. | 1,091,384. | 892,434. | | |
| Less accumulated depreciation | 1,401,589. | 763,329. | 638,260. | | |
| Depletable assets | | | | | |
| Less accumulated depletion | | | | | |
| Land | | | | | |
| Intangible assets | | | | | |
| Less accumulated amortization | | | | | |
| Other assets        STMT 7 | 75,911. | 75,911. | | | |
| **Total Assets** | 14,748,008. | 752,995. | 994,183. | 1,598. | 12,999,232. |
| **Liabilities and Stockholders' Equity** | | | | | |
| Accounts payable | 357,703. | 242,263. | 115,440. | | |
| Mortgages, notes, bonds payable in less than 1 year | | | | | |
| Other current liabilities        STMT 8 | 15,767,885. | 15,733,778. | 5,337. | 28,770. | |
| Loans from stockholders | | | | | |
| Mortgages, notes, bonds payable in 1 year or more | 27,574,402. | 27,574,402. | | | |
| Other liabilities | | | | | |
| Preferred stock | | | | | |
| Common stock | 71,056. | 71,056. | | | |
| Paid-in or capital surplus | 16,825,360. | 3,825,360. | | | 13,000,000. |
| Appropriated retained earnings | | | | | |
| Unappropriated retained earnings | -45,848,398. | -46,693,864. | 873,406. | -27,172. | -768. |
| Adjustments to shareholders' equity | | | | | |
| Less cost of treasury stock | | | | | |
| **Total Liabilities and Stockholders' Equity** | 14,748,008. | 752,995. | 994,183. | 1,598. | 12,999,232. |

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                                                                    81-1593842

| FORM 100, SCHEDULE L | | COMBINED OTHER CURRENT ASSETS | | | STATEMENT 6 |
|---|---|---|---|---|---|
| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIP TIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS , INC. |
| INTERCOMPANY RECEIVABLES | 12,023,605. | | 87,587. | | 11,936,018. |
| PREPAID EXPENSES | 201,834. | 196,548. | 4,006. | 1,280. | |
| TOTAL CURRENT ASSETS | 12,225,439. | 196,548. | 91,593. | 1,280. | 11,936,018. |

| FORM 100, SCHEDULE L | | COMBINED OTHER ASSETS | | | STATEMENT 7 |
|---|---|---|---|---|---|
| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIP TIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS , INC. |
| SECURITY DEPOSITS | 75,911. | 75,911. | | | |
| TOTAL OTHER ASSETS | 75,911. | 75,911. | | | |

STATEMENT(S) 6, 7

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                                                         81-1593842

FORM 100, SCHEDULE L                              OTHER CURRENT LIABILITIES                      STATEMENT 8

| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIP TIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS , INC. |
|---|---|---|---|---|---|
| ACCRUED EXPENSES | 297,653. | 295,202. | 2,451. | | |
| ACCRUED INTEREST | 3,069,430. | 3,069,430. | | | |
| ACCRUED PAYROLL | 374,311. | 374,311. | | | |
| INTERCOMPANY PAYABLE | 12,023,605. | 11,994,835. | | 28,770. | |
| LEASE INCENTIVE OBLIGATION | 2,886. | | 2,886. | | |
| TOTAL CURRENT LIABILITIES | 15,767,885. | 15,733,778. | 5,337. | 28,770. | |

37

# Adjusted Combined Ending Balance Sheet

Name **MILLENNIAL BENEFIT MANAGEMENT CORPORATION INC & SUBSIDIARIES**

California Corporation Number
**4059870**

| Assets | Combined Amounts | Combined Adjustments | Adjusted Combined Amounts |
|---|---|---|---|
| Cash | 119,925. | | 119,925. |
| Trade notes and accounts receivable | 20,620. | | 20,620. |
| Less allowance for bad debts | | | |
| Inventories | | | |
| Federal and state government obligations | | | |
| Other current assets | 19,069,499. | | 19,069,499. |
| Loans to stockholders | | | |
| Mortgage and real estate loans | | | |
| Other investments | | | |
| Buildings and other depreciable assets | 855,749. | | 855,749. |
| Less accumulated depreciation | 593,717. | | 593,717. |
| Depletable assets | | | |
| Less accumulated depletion | | | |
| Land | | | |
| Intangible assets | | | |
| Less accumulated amortization | | | |
| Other assets | | | |
| **Total Assets** | 19,472,076. | | 19,472,076. |
| **Liabilities and Stockholders' Equity** | | | |
| Accounts payable | 3,969,722. | | 3,969,722. |
| Mortgages payable in less than 1 year | | | |
| Other current liabilities | 24,101,269. | | 24,101,269. |
| Loans from stockholders | | | |
| Mortgages payable in 1 year or more | 27,574,402. | | 27,574,402. |
| Other liabilities | | | |
| Preferred stock | | | |
| Common stock | 71,056. | | 71,056. |
| Paid-in or capital surplus | 19,225,395. | | 19,225,395. |
| Appropriated retained earnings | | | |
| Unappropriated retained earnings | -55,469,768. | | -55,469,768. |
| Adjustments to shareholders' equity | | | |
| Less cost of treasury stock | | | |
| **Total Liabilities and Stockholders' Equity** | 19,472,076. | | 19,472,076. |

**COMBINED ENDING BALANCE SHEET**

| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIP TIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS , INC. |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash | 119,925. | 33,403. | 68,340. | 93. | 18,089. |
| Trade notes and accounts receivable | 20,620. | | 20,620. | | |
| Less allowance for bad debts | | | | | |
| Inventories | | | | | |
| Fed and state obligations | | | | | |
| Other current assets    STMT 9 | 19,069,499. | 44,350. | 3,644,390. | | 15,380,759. |
| Loans to stockholders | | | | | |
| Mortgage and real estate loans | | | | | |
| Other investments | | | | | |
| Buildings and other depreciable assets | 855,749. | 339,552. | 516,197. | | |
| Less accumulated depreciation | 593,717. | 259,124. | 334,593. | | |
| Depletable assets | | | | | |
| Less accumulated depletion | | | | | |
| Land | | | | | |
| Intangible assets | | | | | |
| Less accumulated amortization | | | | | |
| Other assets | | | | | |
| **Total Assets** | 19,472,076. | 158,181. | 3,914,954. | 93. | 15,398,848. |
| | | | | | |
| **Liabilities and Stockholders' Equity** | | | | | |
| Accounts payable | 3,969,722. | 1,012,467. | 2,957,255. | | |
| Mortgages payable in less than 1 year | | | | | |
| Other current liabilities    STMT 10 | 24,101,269. | 23,484,175. | 583,143. | 33,951. | |
| Loans from stockholders | | | | | |
| Mortgages payable in 1 year or more | 27,574,402. | 27,574,402. | | | |
| Other liabilities | | | | | |
| Preferred stock | | | | | |
| Common stock | 71,056. | 71,056. | | | |
| Paid-in or capital surplus | 19,225,395. | 3,825,395. | | | 15,400,000. |
| Appropriated retained earnings | | | | | |
| Unappropriated retained earnings | -55,469,768. | -55,809,314. | 374,556. | -33,858. | -1,152. |
| Adjustments to shareholders' equity | | | | | |
| Less cost of treasury stock | | | | | |
| | | | | | |
| **Total Liabilities and Stockholders' Equity** | 19,472,076. | 158,181. | 3,914,954. | 93. | 15,398,848. |

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                                                          81-1593842

---

FORM 100, SCHEDULE L                          COMBINED OTHER CURRENT ASSETS                          STATEMENT 9

| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIP TIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS , INC. |
|---|---|---|---|---|---|
| INTERCOMPANY RECEIVABLES | 19,021,801. | | 3,641,042. | | 15,380,759. |
| PREPAID EXPENSES | 47,698. | 44,350. | 3,348. | | |
| TOTAL CURRENT ASSETS | 19,069,499. | 44,350. | 3,644,390. | | 15,380,759. |

---

FORM 100, SCHEDULE L                          OTHER CURRENT LIABILITIES                          STATEMENT 10

| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIP TIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS , INC. |
|---|---|---|---|---|---|
| ACCRUED EXPENSES | 841,222. | 258,079. | 583,143. | | |
| ACCRUED INTEREST | 4,141,677. | 4,141,677. | | | |
| ACCRUED PAYROLL | 85,849. | 85,849. | | | |
| INTERCOMPANY PAYABLE | 19,021,801. | 18,987,850. | | 33,951. | |
| OTHER NOTE PAYABLE | 10,720. | 10,720. | | | |
| TOTAL CURRENT LIABILITIES | 24,101,269. | 23,484,175. | 583,143. | 33,951. | |

STATEMENT(S) 9, 10

# Adjusted Combined Schedules M-1 and M-2

Name  MILLENNIAL BENEFIT MANAGEMENT
CORPORATION INC & SUBSIDIARIES

California Corporation Number
**4059870**

| Schedule M-1 | Combined Amounts | Combined Adjustments | Adjusted Combined Amounts |
|---|---|---|---|
| Net income per books | -9,621,370. | | -9,621,370. |
| Federal income tax | | | |
| Excess of capital losses over capital gains | | | |
| Income subject to tax not recorded on books this year | 30,178. | | 30,178. |
| Expenses recorded on books this year not deducted in this return: | | | |
| Depreciation | 154,877. | | 154,877. |
| State taxes | | | |
| Travel and entertainment | 7,032. | | 7,032. |
| Other | 1,072,247. | | 1,072,247. |
| **Total** | **-8,357,036.** | | **-8,357,036.** |
| Income recorded on books this year not included in this return: | | | |
| Tax-exempt interest | | | |
| Other | | | |
| Deductions in this tax return not charged against book income this year: | | | |
| Depreciation | | | |
| State tax refund | | | |
| Contribution carryover | | | |
| Other | 136,659. | | 136,659. |
| **Total** | **136,659.** | | **136,659.** |
| **Net Income** | **-8,493,695.** | | **-8,493,695.** |
| | | | |
| **Schedule M-2** | | | |
| Balance at beginning of year | -45,848,398. | | -45,848,398. |
| Net income per books | -9,621,370. | | -9,621,370. |
| Other increases | | | |
| **Total Increases** | **-55,469,768.** | | **-55,469,768.** |
| Distributions: Cash | | | |
| Stock | | | |
| Property | | | |
| Other decreases | | | |
| **Total Decreases** | | | |
| **Balance at End of Year** | **-55,469,768.** | | **-55,469,768.** |

229591
04-01-22

07340927 150872 174689-CON          2022.04030 MILLENNIAL BENEFIT MANAGE 174689-1

**COMBINED SCHEDULES M-1 AND M-2**

| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIP TIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS , INC. |
|---|---|---|---|---|---|
| **Schedule M-1** | | | | | |
| Net income per books | -9,621,370. | -9,115,450. | -498,850. | -6,686. | -384. |
| Federal income tax | | | | | |
| Excess of capital losses over capital gains | | | | | |
| Income subject to tax not recorded on books this year  SEE STATEMENT 11 | 30,178. | 26,216. | 3,962. | | |
| Expenses recorded on books this year not deducted in this return: | | | | | |
| Depreciation | 154,877. | 86,269. | 68,608. | | |
| State taxes | | | | | |
| Travel and entertainment | 7,032. | 7,032. | | | |
| Other   SEE STATEMENT 12 | 1,072,247. | 1,072,247. | | | |
| **Total** | -8,357,036. | -7,923,686. | -426,280. | -6,686. | -384. |
| Income recorded on books this year not included in this return: | | | | | |
| Tax-exempt interest | | | | | |
| Other | | | | | |
| Deductions in this tax return not charged against book income this year: | | | | | |
| Depreciation | | | | | |
| State tax refund | | | | | |
| Contribution carryovers | | | | | |
| Other   SEE STATEMENT 13 | 136,659. | 136,659. | | | |
| **Total** | 136,659. | 136,659. | | | |
| **Combined Income** | -8,493,695. | -8,060,345. | -426,280. | -6,686. | -384. |
| **Schedule M-2** | | | | | |
| Balance at beginning of year | -45,848,398. | -46,693,864. | 873,406. | -27,172. | -768. |
| Net income per books | -9,621,370. | -9,115,450. | -498,850. | -6,686. | -384. |
| Other increases | | | | | |
| **Total Increases** | -55,469,768. | -55,809,314. | 374,556. | -33,858. | -1,152. |
| Distributions:  Cash | | | | | |
|                 Stock | | | | | |
|                 Property | | | | | |
| Other decreases | | | | | |
| **Total Decreases** | | | | | |
| **Balance at End of Year** | -55,469,768. | -55,809,314. | 374,556. | -33,858. | -1,152. |

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                                                                                    81-1593842

| FORM 100, SCHEDULE M-1 | | COMBINED INCOME NOT RECORDED ON BOOKS | | | | STATEMENT 11 |
|---|---|---|---|---|---|---|
| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIP TIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS , INC. | |
| SALE OF ASSETS ON RETURN NOT ON BOOKS | 30,178. | 26,216. | 3,962. | | | |
| TOTAL | 30,178. | 26,216. | 3,962. | | | |

| FORM 100, SCHEDULE M-1 | | COMBINED EXPENSES NOT DEDUCTED IN RETURN | | | | STATEMENT 12 |
|---|---|---|---|---|---|---|
| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIP TIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS , INC. | |
| RELATED PARTY INTEREST | 1,072,247. | 1,072,247. | | | | |
| TOTAL | 1,072,247. | 1,072,247. | | | | |

| FORM 100, SCHEDULE M-1 | | COMBINED EXPENSES NOT INCLUDED ON BOOKS | | | | STATEMENT 13 |
|---|---|---|---|---|---|---|
| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIP TIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS , INC. | |
| ACCRUED VACATION | 71,659. | 71,659. | | | | |
| BAD DEBTS | 65,000. | 65,000. | | | | |
| RELATED PARTY INTEREST | | | | | | |
| TOTAL | 136,659. | 136,659. | | | | |

**COMBINED ALTERNATIVE MINIMUM TAX CALCULATION**

| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIP TIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS , INC. |
|---|---|---|---|---|---|
| **Alternative Minimum Tax** | | | | | |
| Alternative minimum taxable income subject to apportionment | -8,497,853. | | | | |
| Apportionment percent | 5.0981% | .0000% | 5.0981% | .0000% | .0000% |
| Alternative minimum taxable income apportioned to California | -433,229. | 0. | -433,229. | 0. | 0. |
| Add California nonbusiness income | | | | | |
| AMT nonbusiness income adjustments Less California interest offset | | | | | |
| Schedule R-6 Contributions Adjustment | | | | | |
| Pre ACE adjustment AMTI | -433,229. | 0. | -433,229. | 0. | 0. |
| ACE adjustment | 1,308. | 0. | 1,308. | 0. | 0. |
| California alternative minimum taxable income before net operating loss. | -431,921. | 0. | -431,921. | 0. | 0. |
| Alternative NOL (subject to 90%) | | | | | |
| Alternative NOL (not subject to 90% limit) | | | | | |
| California alternative minimum taxable income | -431,921. | 0. | -431,921. | 0. | 0. |
| Annualization months if applicable | | | | | |
| Annualized AMTI if applicable | | | | | |
| Enter $40,000 exemption | | 40,000. | 40,000. | 40,000. | 40,000. |
| Enter $150,000 limitation | | 150,000. | 150,000. | 150,000. | 150,000. |
| Limitation less CA AMTI (not less than zero) | | | | | |
| Result times 25% | | | | | |
| Exemption after limitation | | 40,000. | 40,000. | 40,000. | 40,000. |
| CA AMTI after exemption | 0. | 0. | 0. | 0. | 0. |
| Result times 6.65% tax rate | 0. | 0. | 0. | 0. | 0. |
| Bank and financial corp AMT | | | | | |
| Tentative minimum tax before annualization recalculation, if applicable | | | | | |
| Annualizing factor, if applicable | | | | | |
| Tentative minimum tax | 0. | 0. | 0. | 0. | 0. |
| Franchise or income tax before credits | 1,600. | 800. | 800. | | |
| | | | | | |
| **Alternative minimum tax** | 0. | 0. | 0. | 0. | 0. |

# Adjusted Combined Alternative Minimum Tax Lines 1 - 6

Name

MILLENNIAL BENEFIT MANAGEMENT
CORPORATION INC & SUBSIDIARIES

California Corporation Number

4059870

| Alternative Minimum Taxable Income | Combined Amounts | Combined Adjustments | Adjusted Combined Amounts |
|---|---|---|---|
| Net income (loss) after state adjustments | −8,493,695. | | −8,493,695. |
| **Adjustments** | | | |
| Depreciation of tangible property | −4,158. | | −4,158. |
| Amortization of certified pollution control facilities | | | |
| Amortization of mining exploration and development costs | | | |
| Basis adjustments | | | |
| Long-term contracts entered into after February 28, 1986 | | | |
| Installment sales of certain property | | | |
| Tax shelter farm activities | | | |
| Passive activities | | | |
| Certain loss limitations | | | |
| Beneficiaries of estates and trusts | | | |
| Merchant marine capital construction funds | | | |
| **Total Adjustments** | −4,158. | | −4,158. |
| **Tax Preference Items** | | | |
| Depletion | | | |
| Intangible drilling costs | | | |
| **Total Tax Preference Items** | | | |
| Pre ACE adjustment AMTI | −8,497,853. | | −8,497,853. |
| Add foreign offset | | | |
| Less nonbusiness income (loss) | | | |
| AMT nonbusiness income adjustments | | | |
| Add interest offset | | | |
| **AMTI to Apportion** | | | −8,497,853. |

**COMBINED ALTERNATIVE MINIMUM TAX LINES 1 - 6**

| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIP TIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS , INC. |
|---|---|---|---|---|---|
| **Alternative Minimum Tax** | | | | | |
| Net income (loss) after state adjustments | -8,493,695. | -8,060,345. | -426,280. | -6,686. | -384. |
| **Adjustments** | | | | | |
| Depreciation of tangible property | -4,158. | -4,158. | | | |
| Amortization of certified pollution control facilities | | | | | |
| Amortization of mining exploration and development costs | | | | | |
| Basis adjustments | | | | | |
| Long-term contracts entered into after Feb. 28, 1986 | | | | | |
| Installment sales of certain property | | | | | |
| Tax shelter farm activities | | | | | |
| Passive activities | | | | | |
| Certain loss limitations | | | | | |
| Beneficiaries of estates and trusts | | | | | |
| Merchant marine capital construction funds | | | | | |
| **Total Adjustments** | -4,158. | -4,158. | | | |
| **Tax Preference Items** | | | | | |
| Depletion | | | | | |
| Intangible drilling costs | | | | | |
| **Total Tax Preference Items** | | | | | |
| | -8,497,853. | -8,064,503. | -426,280. | -6,686. | -384. |
| **Pre-adjustment AMTI** | | | | | |
| | -8,463,638. | -8,030,288. | -426,280. | -6,686. | -384. |
| **Adjusted Current Earnings** | | | | | |

**COMBINED ADJUSTED CURRENT EARNINGS CALCULATION**

| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIP TIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS , INC. |
|---|---|---|---|---|---|
| **Adjusted Current Earnings** | | | | | |
| ACE income subject to apportionment | -8,463,638. | | | | |
| Apportionment percent | 5.0981% | .0000% | 5.0981% | .0000% | .0000% |
| ACE income apportioned to California | -431,485. | 0. | -431,485. | 0. | 0. |
| Add California nonbusiness income | | | | | |
| ACE nonbusiness income adjustments | | | | | |
|   Less California interest offset | | | | | |
| Schedule R-6 Contributions | | | | | |
| Adjusted Current Earnings: | | | | | |
|   (a) ACE after apportionment | -431,485. | | -431,485. | | |
|   (b) Pre ACE adjustment AMTI | | 0. | -433,229. | 0. | 0. |
|   (c) Adjusted current earnings less Pre ACE adjustment AMTI | | | 1,744. | | |
|   (d) Above line multiplied by 75%. Enter the result as a positive number | | | 1,308. | | |
|   (e) Net prior years excess ACE adjustments | | | | | |
|   (f) ACE adjustment: | | | | | |
|     If (c) is greater or equal to 0 enter (d) here as a positive amount | | | | | |
|     If (c) is less than 0 enter lesser of (d) or (e) here as a negative amount | 1,308. | 0. | 1,308. | 0. | 0. |

# Adjusted Combined Adjusted Current Earnings

| Name | MILLENNIAL BENEFIT MANAGEMENT CORPORATION INC & SUBSIDIARIES | | California Corporation Number 4059870 |
|------|------|------|------|

| Adjusted Current Earnings | Combined Amounts | Combined Adjustments | Adjusted Combined Amounts |
|---|---|---|---|
| Pre-adjustment AMTI | −8,497,853. | | −8,497,853. |
| **ACE Depreciation Adjustment** | | | |
| Depreciation expense recomputed for AMTI | 34,215. | | 34,215. |
| Post-1989 property ACE depreciation | | | |
| Pre-1990 MACRS property ACE depreciation | | | |
| Pre-1990 original ACRS property ACE depreciation | | | |
| Sec. 168(f)(1) through (4) property ACE depreciation | | | |
| Other  property ACE depreciation | | | |
| **Total ACE Depreciation** | | | |
| **ACE Depreciation Adjustment** | 34,215. | | 34,215. |
| **Inclusion in ACE of Items Included in E&P** | | | |
| Tax-exempt interest | | | |
| Death benefits from life insurance contracts | | | |
| All other distributions from life insurance contracts | | | |
| Inside buildup of undistributed income in life insurance contracts | | | |
| Other items | | | |
| **Total Inclusion of Items** | | | |
| **Disallowance of Items Not Deductible in Computing E&P** | | | |
| Certain dividends received | | | |
| Dividends paid on preferred stock of public utilities | | | |
| Dividends paid to an ESOP | | | |
| Non-patronage dividends | | | |
| Other items | | | |
| **Total Disallowance of Items** | | | |
| **Certain Other E&P Adjustments** | | | |
| Intangible drilling costs | | | |
| Circulation expenditures | | | |
| Organizational expenditures | | | |
| LIFO inventory adjustments | | | |
| Installment sales | | | |
| **Total Other E&P Adjustments** | | | |
| Disallowance of loss on exchange of debt pools | | | |
| Acquisition expenses of life insurance contracts | | | |
| Depletion | | | |
| Basis adjustments | | | |
| **Adjusted Current Earnings** | −8,463,638. | | −8,463,638. |
| Add foreign offset | | | |
| Less nonbusiness income | | | |
| ACE nonbusiness income adjustments | | | |
| Add interest offset | | | |
| **Adjusted Current Earnings to Apportion** | | | −8,463,638. |

229681
04-01-22

07340927  150872  174689−CON          2022.04030 MILLENNIAL BENEFIT MANAGE 174689−1

**SCHEDULE OF COMBINED ADJUSTED CURRENT EARNINGS**

| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 4059870 | MAILMYPRESCRIPTIONS.COM 4059871 | GENIUSCARE, INC. | GRX ADMINISTRATORS, INC. |
|---|---|---|---|---|---|
| **Adjusted Current Earnings** | | | | | |
| Pre-Adjustment AMTI | −8,497,853. | −8,064,503. | −426,280. | −6,686. | −384. |
| **ACE Depreciation Adjustment** | | | | | |
| Depreciation expense recomputed for AMTI | 34,215. | 34,215. | | | |
| Post-1989 property ACE depreciation | | | | | |
| Pre-1990 MACRS property ACE depreciation | | | | | |
| Pre-1990 original ACRS property ACE depreciation | | | | | |
| Sec. 168(f)(1) through (4) property ACE depreciation | | | | | |
| Other property ACE depreciation | | | | | |
| **Total ACE Depreciation** | | | | | |
| **ACE Depreciation Adjustment** | 34,215. | 34,215. | | | |
| | | | | | |
| **Inclusion in ACE of Items** | | | | | |
| **Included in E&P** | | | | | |
| Tax-exempt interest | | | | | |
| Death benefits from life insurance contracts | | | | | |
| All other distributions from life insurance contracts | | | | | |
| Inside buildup of undistributed income in life insurance contracts | | | | | |
| Other items | | | | | |
| **Total Inclusion of Items** | | | | | |
| | | | | | |
| **Disallowance of Items Not** | | | | | |
| **Deductible in Computing E&P** | | | | | |
| Certain dividends received | | | | | |
| Dividends paid on preferred stock of public utilities | | | | | |
| Dividends paid to an ESOP | | | | | |
| Non-patronage dividends | | | | | |
| Other items | | | | | |
| **Total Disallowance of Items** | | | | | |
| | | | | | |
| **Certain Other E&P Adjustments** | | | | | |
| Intangible drilling costs | | | | | |
| Circulation expenditures | | | | | |
| Organizational expenditures | | | | | |
| LIFO inventory adjustments | | | | | |
| Installment sales | | | | | |
| **Total Other E&P Adjustments** | | | | | |
| | | | | | |
| Disallowance of loss on exchange of debt pools | | | | | |
| Acquisition expenses of life insurance contracts | | | | | |
| Depletion | | | | | |
| Basis adjustments | | | | | |
| | | | | | |
| **Adjusted Current Earnings** | −8,463,638. | −8,030,288. | −426,280. | −6,686. | −384. |



**Florida Corporate Income/Franchise Tax Return**

F-1120, R. 01/23     **1019**

FEIN  81-1593842

Rule 12C-1.051
Florida Administrative Code
Effective 01/23
Page 1 of 6

For calendar year 2022
or tax year beginning _____ , 2022
ending _____

8333020221231000200503773811593842 00004

| | |
|---|---|
| **Name** | MILLENNIAL BENEFIT MANAGEMENT CORPORATION INC. & SUBSIDIARIES |
| **Address** | 622 BANYAN TRAIL, STE 614 |
| **City/State/ZIP** | BOCA RATON, FL  33431 |

☐ Check here if any changes have been made to name or address

**Computation of Florida Net Income Tax**

| | | | | |
|---|---|---|---|---|
| 1. | Federal taxable income (see instructions) - Attach pages 1-5 of federal return | Check here if negative | X | −8,500,727.00 |
| 2. | State income taxes deducted in computing federal taxable income (attach schedule) | Check here if negative | ___ | |
| 3. | Additions to federal taxable income (from Schedule I) | Check here if negative | ___ | 7,032.00 |
| 4. | Total of Lines 1, 2 and 3 | Check here if negative | X | −8,493,695.00 |
| 5. | Subtractions from federal taxable income (from Schedule II) | Check here if negative | ___ | 186,570.00 |
| 6. | Adjusted federal income (Line 4 minus Line 5) | Check here if negative | X | −8,680,265.00 |
| 7. | Florida portion of adjusted federal income (see instructions) | Check here if negative | X | −4,600,454.00 |
| 8. | Nonbusiness income allocated to Florida (from Schedule R) | Check here if negative | ___ | |
| 9. | **Florida exemption** | | | 0.00 |
| 10. | Florida net income (Line 7 plus Line 8 minus Line 9) | | | 0.00 |
| 11. | Tax due: 5.5% of Line 10 | | | 0.00 |
| 12. | Credits against the tax (from Schedule V) | | | |
| 13. | Total corporate income/franchise tax due (Line 11 minus Line 12) | | | 0.00 |
| 14. | a) Penalty: F-2220 _____ b) Other _____ c) Interest: F-2220 _____ d) Other _____ Line 14 Total ▶ | | | |
| 15. | Total of Lines 13 and 14 | | | |
| 16. | Payment credits: Estimated tax payments  16a $ _____ Tentative tax payment  16b $ _____ | | | |
| 17. | Total amount due: Subtract Line 16 from Line 15. If positive, enter amount due here and on payment coupon. If the amount is negative (overpayment), enter on Line 18 and/or Line 19 | | | |
| 18. | Credit: Enter amount of overpayment **credited** to next year's estimated tax here and on payment coupon | | | |
| 19. | Refund: Enter amount of overpayment to be **refunded** here and on payment coupon | | | |

244081  10-04-22

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# Payment Coupon for Florida Corporate Income Tax Return

**1019**
F-1120
R. 01/23

**Do Not Detach**     YEAR ENDING  12/31/22

To ensure proper credit to your account, enclose your check with tax return when mailing.

| | |
|---|---|
| **Name** | MILLENNIAL BENEFIT MANAGEMENT CORPORATION INC. & SUBSIDIARI |
| **Address** | 622 BANYAN TRAIL, STE 614 |
| **City/State/ZIP** | BOCA RATON, FL  33431 |

If 6/30 year end, return is due 1st day of the 4th month after the close of the taxable year, otherwise return is due 1st day of the 5th month after the close of the taxable year.

| | | | |
|---|---|---|---|
| 811593842 | 703200 | 0 | 0 |
| 20220101 | 18657000 | 0 | 0 |
| 20221231 | −868026500 | 0 | 0 |
| 00000000 | 0.529990 | 0 | 0 |
| 001 | 0 | 0 | 0 |
| 101 | 0 | 0 | 0 |
| −850072700 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |

0

8333 0 20221231 0002005037 7 3811593842 0000 4



**1019**
F-1120
R. 01/23
Page 2 of 6

MILLENNIAL BENEFIT MANAGEMENT CORPOR

FEIN _____ 81-1593842 _____

| |
|---|
| **This return is considered incomplete unless a copy of the federal return is attached.** |
| If your return is not signed, or improperly signed and verified, it will be subject to a penalty. The statute of limitations will not start until your return is properly signed and verified. Your return must be completed in its entirety. |

| | | | |
|---|---|---|---|
| **Sign here** ▶ | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | Signature of officer (must be an original signature)          Date | Title    **VP OF FINANCE** | |
| **Paid preparers only** | Preparer's signature ▶ **WILLIAM BOIMAN**                Date | Preparer check if self-employed ☐ | Preparer's PTIN ▶ **P01422491** |
| | Firm's name (or yours if self-employed) and address ▶ **MARCUM LLP** **ONE SOUTHEAST THIRD AVE, SUITE 1100** **MIAMI, FL** | FEIN ▶ **11-1986323** | ZIP ▶ **33131** |

| **All Taxpayers Must Answer Questions  A through L  Below - See Instructions** |
|---|

A.  State of incorporation: **DE**

B.  Florida Secretary of State document number: **F16000000420**

C.  Florida consolidated return?        YES **X** NO ☐

D.  ☐ Initial return   ☐ Final return (final federal return filed)

E.  Principal Business Activity Code (as pertains to Florida)

**446110**

F.  A Florida extension of time was timely filed?   YES **X** NO ☐

G-1.  Corporation is a member of a controlled group?   YES ☐ NO **X**  If yes, attach list.

G-2.  Part of a federal consolidated return?   YES **X** NO ☐   If yes, provide:

FEIN from federal consolidated return: **81-1593842**

Name of corporation: **MILLENNIAL BENEFIT MANAGEME**

G-3.  The federal common parent has sales, property, or payroll in Florida?   YES ☐ NO **X**

H.  Location of corporate books:
**622 BANYAN TRAIL STE 614**
City, State, ZIP:    **BOCA RATON, FL   33431**

I.  Taxpayer is a member of a Florida partnership or joint venture?   YES ☐ NO **X**

J.  Enter date of latest IRS audit: _____
   a)  List years examined: _____

K.  Contact person concerning this return:  **DWIGHT FUJIMOTO**
   a)  Contact person telephone number:  **800-811-2541**
   b)  Contact person e-mail address:  **DWIGHT.FUJIMOTO@GENIU**

L.  Type of federal return filed   **X** 1120   ☐ 1120S or _____

**T**

**L**

### Online Information Reporting Requirement

Visit the Department website to obtain a list of the required information, due date, penalty rate and application to enter the information. (See section 220.27, Florida Statutes)

### Where to Send Payments and Returns

Make check payable to and mail with return to:

Florida Department of Revenue
5050 W Tennessee Street
Tallahassee FL 32399-0135

If you are requesting a **refund** (Line 19), send your return to:

Florida Department of Revenue
PO Box 6440
Tallahassee FL 32314-6440

| **Remember:** |
|---|
| ↳ **Make your check payable to the Florida Department of Revenue.** |
| ↳ **Write your FEIN on your check.** |
| ↳ **Sign your check and return.** |
| ↳ **Attach a copy of your federal return.** |
| ↳ **Attach a copy of your Florida Form F-7004 (extension of time) if applicable.** |

244082  10-04-22



**1019**
F-1120
R. 01/23
**Page 3 of 6**

NAME  MILLENNIAL BENEFIT MANAGEMENT                FEIN 81-1593842    TAXABLE YEAR ENDING 12/31/22

## Schedule I - Additions and/or Adjustments to Federal Taxable Income

| | | | |
|---|---|---|---|
| 1. | Interest excluded from federal taxable income (see instructions) | 1. | |
| 2. | Undistributed net long-term capital gains (see instructions) | 2. | |
| 3. | Net operating loss deduction (attach schedule) | 3. | |
| 4. | Net capital loss carryover (attach schedule) | 4. | |
| 5. | Excess charitable contribution carryover (attach schedule) | 5. | |
| 6. | Employee benefit plan contribution carryover (attach schedule) | 6. | |
| 7. | Enterprise zone jobs credit (Florida Form F-1156Z) | 7. | |
| 8. | Ad valorem taxes allowable as an enterprise zone property tax credit (Florida Form F-1158Z) | 8. | |
| 9. | Guaranty association assessment(s) credit | 9. | |
| 10. | Rural and/or urban high-crime area job tax credits | 10. | |
| 11. | State housing tax credit | 11. | |
| 12. | Florida tax credit scholarship program credit (credit for contributions to nonprofit scholarship-funding organizations) | 12. | |
| 13. | New worlds reading initiative credit | 13. | |
| 14. | Strong families tax credit (credit for contributions to eligible charitable organizations) | 14. | |
| 15. | New markets tax credit | 15. | |
| 16. | Entertainment industry tax credit | 16. | |
| 17. | Research and development tax credit | 17. | |
| 18. | Energy economic zone tax credit | 18. | |
| 19. | s. 168(k), IRC, special bonus depreciation | 19. | |
| 20. | Depreciation of qualified improvement property (see instructions) | 20. | |
| 21. | Expenses for business meals provided by a restaurant (see instructions) | 21. | 7,032.00 |
| 22. | Film, television, and live theatrical production expenses (see instructions) | 22. | |
| 23. | Internship tax credit | 23. | |
| 24. | Other additions (attach schedule) | 24. | |
| 25. | Total Lines 1 through 24. Enter total on this line and on Page 1, Line 3. | 25. | 7,032.00 |

## Schedule II - Subtractions from Federal Taxable Income

| | | | |
|---|---|---|---|
| 1. | Gross foreign source income less attributable expenses | | |
| | (a)  Enter s. 78, IRC, income    $ _____ | | |
| | (b)  plus s. 862, IRC, dividends    $ _____ | | |
| | (c)  plus s. 951A, IRC, income    $ _____ | 1. | |
| | (d)  less direct and indirect expenses | | |
| | and related amounts deducted | | |
| | under s. 250, IRC    $ _____    Total ▶ | | |
| 2. | Gross subpart F income less attributable expenses | | |
| | (a)  Enter s. 951, IRC, subpart F income  $ _____ | | |
| | (b)  less direct and indirect expenses    $ _____    Total ▶ | 2. | |
| | Note: Taxpayers doing business outside Florida enter zero on Lines 3 through 6, and complete Schedule IV. | | |
| 3. | Florida net operating loss carryover deduction (see instructions) | 3. | |
| 4. | Florida net capital loss carryover deduction (see instructions) | 4. | |
| 5. | Florida excess charitable contribution carryover (see instructions) | 5. | |
| 6. | Florida employee benefit plan contribution carryover (see instructions) | 6. | 0.00 |
| 7. | Nonbusiness income (from Schedule R, Line 3) | 7. | |
| 8. | Eligible net income of an international banking facility (see instructions) | 8. | |
| 9. | s. 168(k), IRC, special bonus depreciation (see instructions) | 9. | 186,570.00 |
| 10. | Depreciation of qualified improvement property (see instructions) | 10. | |
| 11. | Film, television, and live theatrical production expenses (see instructions) | 11. | |
| 12. | Other subtractions (attach schedule) | 12. | |
| 13. | Total Lines 1 through 12. Enter total on this line and on Page 1, Line 5. | 13. | 186,570.00 |

244091  10-04-22



1019
F-1120
R. 01/23
Page 4 of 6

NAME **MILLENNIAL BENEFIT MANAGEMENT**     FEIN 81-1593842     TAXABLE YEAR ENDING 12/31/22

## Schedule III - Apportionment of Adjusted Federal Income

**III-A For use by taxpayers doing business outside Florida, except those providing insurance or transportation services.**

| | (a) WITHIN FLORIDA (Numerator) | (b) TOTAL EVERYWHERE (Denominator) | (c) Col. (a) ÷ Col. (b) Rounded to Six Decimal Places | (d) Weight If any factor in Column (b) is zero, see note on Pg 9 of the instructions. | (e) Weighted Factors Rounded to Six Decimal Places |
|---|---|---|---|---|---|
| 1. Property (Schedule III-B below) | 1,677,882.00 | 1,677,882.00 | 1.000000 | X 25% or | .250000 |
| 2. Payroll | 4,330,515.00 | 4,330,515.00 | 1.000000 | X 25% or | .250000 |
| 3. Sales (Schedule III-C below) | 562,048.00 | 9,370,728.00 | .059979 | X 50% or | .029990 |
| 4. Apportionment fraction (Sum of Lines 1, 2, and 3, Column [e]. Enter here and on Schedule IV, Line 2. | | | | | .529990 |

**III-B For use in computing average value of property (use original cost).**

| | WITHIN FLORIDA | | TOTAL EVERYWHERE | |
|---|---|---|---|---|
| | a. Beginning of year | b. End of year | c. Beginning of year | d. End of year |
| 1. Inventories of raw material, work in process, finished goods | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Buildings and other depreciable assets | 1,983,818.00 | 1,371,946.00 | 1,983,818.00 | 1,371,946.00 |
| 3. Land owned | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Other tangible and intangible (financial org. only) assets (attach schedule) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Total (Lines 1 through 4) | 1,983,818.00 | 1,371,946.00 | 1,983,818.00 | 1,371,946.00 |

6. Average value of property
   a. Add Line 5, Columns (a) and (b) and divide by 2 (for within Florida) 6a. 1,677,882.00    6b. 1,677,882.00
   b. Add Line 5, Columns (c) and (d) and divide by 2 (for total everywhere)

7. Rented property (8 times net annual rent)
   a. Rented property in Florida 7a. 0.00
   b. Rented property Everywhere 7b. 0.00

8. Total (Lines 6 and 7). Enter on Line 1, Schedule III-A, Columns (a) and (b).
   a. Enter Lines 6 a. plus 7 a. and also enter on Schedule III-A, Line 1,
      Column (a) for total average property in Florida 8a. 1,677,882.00
   b. Enter Lines 6 b. plus 7 b. and also enter on Schedule III-A, Line 1,
      Column (b) for total average property Everywhere 8b. 1,677,882.00

**III-C Sales Factor**

| | (a) TOTAL WITHIN FLORIDA (Numerator) | (b) TOTAL EVERYWHERE (Denominator) |
|---|---|---|
| 1. Sales (gross receipts) | N/A | 9,370,728.00 |
| 2. Sales delivered or shipped to Florida purchasers | 562,048.00 | N/A |
| 3. Other gross receipts (rents, royalties, interest, etc. when applicable) | 0.00 | 0.00 |
| 4. TOTAL SALES (Enter on Schedule III-A, Line 3, Columns [a] and [b]) | 562,048.00 | 9,370,728.00 |

**III-D Special Apportionment Fractions** (see instructions)

| | (a) WITHIN FLORIDA | (b) TOTAL EVERYWHERE | (c) FLORIDA Fraction ([a] ÷ [b]) Rounded to Six Decimal Places |
|---|---|---|---|
| 1. Insurance companies (attach copy of Schedule T - Annual Report) | | | |
| 2. Transportation services | | | |

## Schedule IV - Computation of Florida Portion of Adjusted Federal Income

| | | |
|---|---|---|
| 1. Apportionable adjusted federal income from Page 1, Line 6 | 1. | -8680265.00 |
| 2. Florida apportionment fraction (Schedule III-A, Line 4) | 2. | .529990 |
| 3. Tentative apportioned adjusted federal income (multiply Line 1 by Line 2) | 3. | -4600454.00 |
| 4. Net operating loss carryover apportioned to Florida (attach schedule; see instructions) | 4. | |
| 5. Net capital loss carryover apportioned to Florida (attach schedule; see instructions) | 5. | |
| 6. Excess charitable contribution carryover apportioned to Florida (attach schedule; see instructions) | 6. | |
| 7. Employee benefit plan contribution carryover apportioned to Florida (attach schedule; see instructions) | 7. | |
| 8. Total carryovers apportioned to Florida (add Lines 4 through 7) | 8. | |
| 9. Adjusted federal income apportioned to Florida (Line 3 less Line 8; see instructions) | 9. | -4600454.00 |

244092  10-04-22

07340927 150872 174689-CON          2022.04030 MILLENNIAL BENEFIT MANAGE 174689-1



**1019**
F-1120
R. 01/23
Page 5 of 6

NAME MILLENNIAL BENEFIT MANAGEMENT          FEIN 81-1593842    TAXABLE YEAR ENDING 12/31/22

## Schedule V - Credits Against the Corporate Income/Franchise Tax

| | | |
|---|---|---|
| 1. | Florida health maintenance organization consumer assistance assessment credit (attach assessment notice) | 1. |
| 2. | Capital investment tax credit (attach certification letter) | 2. |
| 3. | Enterprise zone jobs credit (from Florida Form F-1156Z attached) | 3. |
| 4. | Community contribution tax credit (attach certification letter) | 4. |
| 5. | Enterprise zone property tax credit (from Florida Form F-1158Z attached) | 5. |
| 6. | Rural job tax credit (attach certification letter) | 6. |
| 7. | Urban high-crime area job tax credit (attach certification letter) | 7. |
| 8. | Hazardous waste facility tax credit | 8. |
| 9. | Florida alternative minimum tax (AMT) credit | 9. |
| 10. | Contaminated site rehabilitation tax credit (voluntary cleanup tax credit) (attach tax credit certificate) | 10. |
| 11. | State housing tax credit (attach certification letter) | 11. |
| 12. | Florida tax credit scholarship program credit (credit for contributions to nonprofit scholarship-funding organizations) (attach certificate) | 12. |
| 13. | New worlds reading initiative credit (attach certificate) | 13. |
| 14. | Strong families tax credit (credit for contributions to eligible charitable organizations) (attach certificate) | 14. |
| 15. | New markets tax credit | 15. |
| 16. | Entertainment industry tax credit | 16. |
| 17. | Research and development tax credit | 17. |
| 18. | Energy economic zone tax credit | 18. |
| 19. | Internship tax credit | 19. |
| 20. | Other credits (attach schedule) | 20. |
| 21. | Total credits against the tax (sum of Lines 1 through 20 not to exceed the amount on Page 1, Line 11).<br>Enter total credits on Page 1, Line 12 | 21. |

## Schedule R - Nonbusiness Income

**Line 1.  Nonbusiness income (loss) allocated to Florida**

Type                                                                    Amount

_____                                    _____

_____                                    _____

_____                                    _____

Total allocated to Florida ............................................................. 1. _____

(Enter here and on Page 1, Line 8)

**Line 2.  Nonbusiness income (loss) allocated elsewhere**

Type                          State/country allocated to                    Amount

_____          _____          _____

_____          _____          _____

Total allocated elsewhere ........................................................... 2. _____

**Line 3.  Total nonbusiness income**

Grand total. Total of Lines 1 and 2 ............................................. 3. _____

(Enter here and on Schedule II, Line 7)

244093  10-04-22

07340927 150872 174689-CON          2022.04030 MILLENNIAL BENEFIT MANAGE 174689-1



1019
F-1120
R. 01/23
Page 6 of 6

NAME MILLENNIAL BENEFIT MANAGEMENT          FEIN 81-1593842     TAXABLE YEAR ENDING 12/31/22

### Estimated Tax Worksheet
### For Taxable Years Beginning On or After January 1, 2023

| | | | |
|---|---|---|---|
| 1. | Florida income expected in taxable year | 1. | $ |
| 2. | Florida exemption $50,000 (Members of a controlled group, see instructions on Page 14 of Florida Form F-1120N) | 2. | $ |
| 3. | Estimated Florida net income (Line 1 less Line 2) | 3. | $ |
| 4. | Total Estimated Florida tax (5.5% of Line 3) ........... $ _____ | | |
| | Less: Credits against the tax ........... $ _____ | 4. | $ |

5. Computation of installments:

| Payment due dates and payment amounts: | If 6/30 year end, last day of 4th month, otherwise last day of 5th month - Enter 0.25 of Line 4 | 5a. | |
|---|---|---|---|
| | Last day of 6th month - Enter 0.25 of Line 4 | 5b. | |
| | Last day of 9th month - Enter 0.25 of Line 4 | 5c. | |
| | Last day of fiscal year - Enter 0.25 of Line 4 | 5d. | |

NOTE: If your estimated tax should change during the year, you may use the amended computation below to determine the amended amounts to be entered on the declaration (Florida Form F-1120ES).

| | | | |
|---|---|---|---|
| 1. | Amended estimated tax | 1. | $ |
| 2. | Less: | | |
| | (a) Amount of overpayment from last year elected for credit to estimated tax and applied to date ........... 2a. -- $ _____ | | |
| | (b) Payments made on estimated tax declaration (Florida Form F-1120ES) 2b. -- $ _____ | | |
| | (c) Total of Lines 2(a) and 2(b) | 2c. | $ |
| 3. | Unpaid balance (Line 1 less Line 2(c)) | 3. | $ |
| 4. | Amount to be paid (Line 3 divided by number of remaining installments) | 4. | $ |

### References

*The following documents were mentioned in this form and are incorporated by reference in the rules indicated below.*
*The forms are available online at  floridarevenue.com/forms.*

| | | |
|---|---|---|
| Form F-2220 | Underpayment of Estimated Tax on Florida Corporate Income/Franchise Tax | Rule 12C-1.051, F.A.C. |
| Form F-7004 | Florida Tentative Income/Franchise Tax Return and Application for Extension of Time to File Return | Rule 12C-1.051, F.A.C. |
| Form F-1156Z | Florida Enterprise Zone Jobs Credit Certificate of Eligibility for Corporate Income Tax | Rule 12C-1.051, F.A.C. |
| Form F-1158Z | Enterprise Zone Property Tax Credit | Rule 12C-1.051, F.A.C. |
| Form F-1120N | Instructions for Corporate Income/Franchise Tax Return | Rule 12C-1.051, F.A.C. |
| Form F-1120ES | Declaration/Installment of Florida Estimated Income/Franchise Tax | Rule 12C-1.051, F.A.C. |

07340927  150872  174689-CON          2022.04030  MILLENNIAL BENEFIT MANAGE  174689-1



MILLENNIAL BENEFIT MANAGEMENT CORPORATIO

**1019**
F-1120
R. 01/23

FEIN ___81-1593842_____

DATA Page 1 of 2

| | | | |
|---|---|---|---|
| 811593842 | 0 | 0 | 0 |
| -849369500 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 703200 | 0 |
| 0 | 0 | 0 | 18657000 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 2 | 0 | 0 | 0 |
| 1 | 0 | 0 | 0 |
| 2 | 0 | 0 | 0 |
| 2 | 0 | 0 | 0 |
| 00000000 | 0 | 0 | 0 |
| 0 | 0 | 0 | 167788200 |
| 0 | 0 | 0 | 433051500 |
| 0 | 0 | 0 | 56204800 |
| 0 | 0 | 0 | 167788200 |
| 0 | 0 | 0 | 433051500 |
| 0 | 0 | 0 | 937072800 |
| 0 | 0 | 0 | 0.529990 |



MILLENNIAL BENEFIT MANAGEMENT CORPORATIO

**1019**
F-1120
R. 01/23

FEIN  81-1593842

**DATA Page 2 of 2**

| | | | |
|---|---|---|---|
| 811593842 | 56204800 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 937072800 | 0 | 0 |
| 198381800 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 167788200 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0.000000 | 0 | 0 |
| 137194600 | 0.000000 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 167788200 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 198381800 | -868026500 | 0 | 0 |
| 0 | -460045400 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 137194600 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | -460045400 | 0 | 0 |



1019    F-851
R. 01/16
TC 02/18
Rule 12C-1.051
Florida Administrative Code
Effective 01/16

## Corporate Income/Franchise Tax Affiliations Schedule
### Attach this schedule to Florida Form F-1120

For Calendar Year __2022__    or    Other taxable year beginning _____ , and ending _____ .

**Who must file Florida Form F-851?**
This form must be used by taxpayers filing a Florida consolidated income tax return and is used to report the members of the consolidated group. It must be filed by the parent corporation of the consolidated group. You may substitute IRS Form 851 if the federal and Florida consolidated groups are identical. Report changes to the consolidated group in Part II, on page 2 of this form.

**PART I**

| Florida Common Parent Corporation | Federal Employer Identification Number (FEIN) |
|---|---|
| MILLENNIAL BENEFIT MANAGEMENT CORPORATION | 81-1593842 |

| Address |
|---|
| 622 BANYAN TRAIL, STE 614 |

| City, State, and ZIP |
|---|
| BOCA RATON, FL  33431 |

| No. | Name and Address of Corporation | FEIN |
|---|---|---|
| 1 | | |
| 2 | MAILMYPRESCRIPTIONS.COM PHARMACY CORPORA 622 BANYANTRAIL STE 614 BOCA RATON, FL  33431 | 81-2833962 |
| 3 | GENIUSCARE, INC. 622 BANYANTRAIL STE 614 BOCA RATON, FL  33431 | 85-0745255 |
| 4 | GRX ADMINISTRATORS, INC. 622 BANYANTRAIL STE 614 BOCA RATON, FL  33431 | 85-2140529 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |

| **Statement of Affiliation -** Do the above corporations comprise an affiliated group of corporations as described in section 1504(a) of the Internal Revenue Code? | [X] Yes    [ ] No |
|---|---|

**Florida Nexus Group -** Check the box if the Florida consolidated group is different than the federal consolidated group.    [ ]

**Note:** Section (s.) 220.131, Florida Statutes (F.S.), requires the Florida consolidated group to be composed of the identical component members as the federal consolidated group. Only those taxpayers that made a valid election in 1985 under s. 220.131(1), F.S. (1985) to file a consolidated Florida nexus subgroup return and have continued to file as a subgroup for Florida corporate income tax purposes should check this box.

Under penalties of perjury, I declare that I have examined the above information and statements and they are true, correct, and complete to the best of my knowledge and belief, for the taxable year as stated above.

| _____ | _____ |
|---|---|
| Signature of Officer | Date |
| VP OF FINANCE | 800-811-2541 |
| Title | Telephone Number |

244301  11-22-22

07340927 150872 174689-CON        2022.04030 MILLENNIAL BENEFIT MANAGE 174689-1

## Florida Consolidated Adjusted Federal Income

Name **MILLENNIAL BENEFIT MANAGEMENT CORPORATIO**     FEIN **81-1593842**

| Income | Combined Amounts | Consolidated Adjustments | Consolidated Amounts |
|---|---|---|---|
| 1. Federal taxable income | -8500727.00 | | -8500727.00 |
| 2. State income taxes | | | |
| 3. Nonbusiness income (loss) allocated to Florida | | | |

| Schedule I - Additions and/or Adjustments to Federal Taxable Income | | | |
|---|---|---|---|
| 1. Excluded interest | | | |
| 2. Undistributed net long-term capital gains | | | |
| 3. Net operating loss deduction | | | |
| 4. Net capital loss carryover | | | |
| 5. Excess charitable contribution carryover | | | |
| 6. Employee benefit plan contribution carryover | | | |
| 7. Enterprise zone jobs credit | | | |
| 8. Ad valorem taxes allowable as an enterprise zone property tax credit | | | |
| 9. Guaranty association assessment(s) credit | | | |
| 10. Rural and/or urban high crime job tax credit | | | |
| 11. State housing tax credit | | | |
| 12. Credit for contribution to nonprofit scholarship funding organizations | | | |
| 13. New worlds reading initiative credit | | | |
| 14. Strong families tax credit | | | |
| 15. New markets tax credit | | | |
| 16. Entertainment industry tax credit | | | |
| 17. Research and Development tax credit | | | |
| 18. Energy Economic Zone tax credit | | | |
| 19. s 168 (k) IRC special bonus depreciation | | | |
| 20. Depreciation of qualified improvement property | | | |
| 21. Business Meal Expenses at a Restaurant | 7,032.00 | | 7,032.00 |
| 22. Film, Television, and Live Theatrical production expenses | | | |
| 23. Internship tax credit | | | |
| 24. Other additions | | | |
| 25 Total additions | 7,032.00 | | 7,032.00 |

| Schedule II - Subtractions from Federal Taxable Income | | | |
|---|---|---|---|
| 1. Gross foreign source income less attributable expenses | | | |
| (a) Enter section 78 I.R.C. income | | | |
| (b) Plus section 862 I.R.C. dividends | | | |
| (c) plus s 951A IRC income | | | |
| (d) Less direct and indirect expenses | | | |
| Total | | | |
| 2. Gross subpart F income less attributable expenses | | | |
| (a) Enter section 951 I.R.C. subpart F income | | | |
| (b) Less direct and indirect expenses | | | |
| Total | | | |
| 3. Florida net operating loss deduction | | | |
| 4. Florida net capital loss carryover | | | |
| 5. Florida excess charitable carryover | | | |
| 6. Florida employee benefit plan contribution carryover | | | |
| 7. Nonbusiness income | | | |
| 8. Eligible net income of an international banking facility | | | |
| 9. s.168(k) I.R.C. special bonus depreciation | 186,570.00 | | 186,570.00 |
| 10. Deprecation of qualified improvement property | | | |
| 11. Film,Television, and Live theatrical expenses | | | |
| 12. Other subtractions | | | |
| 13. Total subtractions | 186,570.00 | | 186,570.00 |

244411 10-24-22

07340927 150872 174689-CON          2022.04030 MILLENNIAL BENEFIT MANAGE 174689-1

## Florida Consolidated Adjusted Federal Income

Name   MILLENNIAL BENEFIT MANAGEMENT CORPORATIO          FEIN 81-1593842

| Computation of Florida Carryover Deductions | Combined Amounts | Consolidated Adjustments | Consolidated Amounts |
|---|---|---|---|
| 1.   Net Operating Loss          SEE STATEMENT 3 | 40526245.00 | -40526245.00 | |
| 2.   Capital Loss | | | |
| 3.   Contribution Carryover | | | |

244412  04-29-22

07340927 150872 174689-CON          2022.04030 MILLENNIAL BENEFIT MANAGE 174689-1

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                          81-1593842

---

ALLOCATION OF CURRENT CONSOLIDATED NET                          STATEMENT 2
OPERATING LOSS TO MEMBER CORPORATIONS

| CURRENT CONSOLIDATED NOL | X | MEMBER'S CURRENT NOL | / | TOTAL OF ALL MEMBERS WITH NOL | = | NOL ALLOCATED TO THIS COMPANY |
|---|---|---|---|---|---|---|
| 12/31/22    MILLENNIAL BENEFIT MANAGEMENT | | | | | | |
| 4,600,454. | | 8,246,915. | | 8,413,123. | | 4,509,568. |
| 12/31/22    MAILMYPRESCRIPTIONS.COM | | | | | | |
| 4,600,454. | | 159,138. | | 8,413,123. | | 87,020. |
| 12/31/22    GENIUSCARE, INC. | | | | | | |
| 4,600,454. | | 6,686. | | 8,413,123. | | 3,656. |
| 12/31/22    GRX ADMINISTRATORS, INC. | | | | | | |
| 4,600,454. | | 384. | | 8,413,123. | | 210. |

MILLENNIAL BENEFIT MANAGEMENT CORPORATIO                                  81-1593842

===============================================================================

FL CONSOLIDATED          NET OPERATING LOSS ADJUSTMENT          STATEMENT 3

===============================================================================

CONSOLIDATED TAXABLE INCOME BEFORE NOL DEDUCTION                 -4,600,454.00

| | SEPARATE COMPANY INCOME | TOTAL NOL AVAILABLE | TOTAL NOL AFTER SRLY LIMITATION | TOTAL NOL DEDUCTED | REMAINING TAXABLE INCOME AFTER NOL DEDUCTION |
|---|---|---|---|---|---|
| YEAR END 12/31/16 | | MILLENNIAL BENEFIT MANAGEMENT | | | |
| | | 854,628.00 | 854,628.00 | 0.00 | |
| YEAR END 12/31/17 | | MILLENNIAL BENEFIT MANAGEMENT | | | |
| | | 3,851,914.00 | 3,851,914.00 | 0.00 | |
| YEAR END 12/31/18 | | MILLENNIAL BENEFIT MANAGEMENT | | | |
| | | 6,880,068.00 | 0.00* | 0.00 | |
| YEAR END 12/31/19 | | MILLENNIAL BENEFIT MANAGEMENT | | | |
| | | 8,130,789.00 | 0.00* | 0.00 | |
| YEAR END 12/31/20 | | MILLENNIAL BENEFIT MANAGEMENT | | | |
| | | 8,886,922.00 | 0.00* | 0.00 | |
| | | GENIUSCARE, INC. | | | |
| | | 12,933.00 | 0.00* | 0.00 | |
| | | GRX ADMINISTRATORS, INC. | | | |
| | | 379.00 | 0.00* | 0.00 | |
| YEAR END 12/31/21 | | MILLENNIAL BENEFIT MANAGEMENT | | | |
| | | 11893984.00 | 0.00* | 0.00 | |
| | | GENIUSCARE, INC. | | | |
| | | 14,239.00 | 0.00* | 0.00 | |
| | | GRX ADMINISTRATORS, INC. | | | |
| | | 389.00 | 0.00* | 0.00 | |
| SUBTOTAL | | 4,706,542.00 | | 0.00 | |

CONSOLIDATED NOL DEDUCTION                         0.00
COMBINED NOL DEDUCTION               40,526,245.00

CONSOLIDATED NOL ADJUSTMENT          -40526245.00

*SUBJECT TO 80% TAXABLE INCOME LIMIT OF

### SCHEDULE OF FLORIDA COMBINED ADJUSTED FEDERAL INCOME

| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIP TIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS , INC. 85-2140529 |
|---|---|---|---|---|---|
| **Income** | | | | | |
| Federal taxable income | -8,500,727.00 | -8,067,377.00 | -426,280.00 | -6,686.00 | -384.00 |
| State income taxes | | | | | |
| Nonbusiness income (loss) allocated to Florida | | | | | |
| **Total Additions** | 7,032.00 | 7,032.00 | | | |
| **Total Subtractions** | 186,570.00 | 186,570.00 | | | |
| **Computation of Florida Carryover Deductions** | | | | | |
| Net Operating Loss | 40,526,245.00 | 40,498,305.00 | | 27,172.00 | 768.00 |
| Capital Loss | | | | | |
| Contribution Carryover | | | | | |
| Carryover apportioned | | | | | |

## SCHEDULE OF FLORIDA COMBINED TAXABLE INCOME - ADDITIONS OR ADJUSTMENTS

| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIPTIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS, INC. 85-2140529 |
|---|---|---|---|---|---|
| **Additions or Adjustments to Federal Taxable Income** | | | | | |
| Excluded interest | | | | | |
| Undistributed net long-term capital gains | | | | | |
| Net Operating Loss deduction | | | | | |
| Net Capital Loss carryover | | | | | |
| Excess Charitable Contribution C/O | | | | | |
| Employee Benefit Plan Contribution C/O | | | | | |
| Enterprise zone jobs credit | | | | | |
| Ad valorem taxes allowable as an enterprise zone property tax credit | | | | | |
| Guaranty association assessment(s) credit | | | | | |
| Rural and/or urban high crime job tax credit | | | | | |
| State housing tax credit | | | | | |
| Credit for contribution to nonprofit scholarship funding orgs | | | | | |
| New worlds reading initiative credit | | | | | |
| Strong families tax credit | | | | | |
| S.168(k), IRC special bonus depreciation | | | | | |
| New Markets Tax Credit | | | | | |
| Entertainment industry tax credit | | | | | |
| Research and development tax credit | | | | | |
| Energy economic zone tax credit | | | | | |
| Qualified Improvement Property Decoupling | | | | | |
| Business Meal Expenses at a Restaurant | 7,032.00 | 7,032.00 | | | |
| Film, Television, and Live theatrical production expenses | | | | | |
| Internship credit | | | | | |
| Other additions | | | | | |
| Total additions | 7,032.00 | 7,032.00 | | | |

**SCHEDULE OF FLORIDA COMBINED TAXABLE INCOME - SUBTRACTIONS**

| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIP TIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS , INC. 85-2140529 |
|---|---|---|---|---|---|
| **Subtractions from Federal Taxable Income** | | | | | |
| Gross foreign source income less attributable expenses | | | | | |
| Enter s.78 I.R.C. income plus s.862 I.R.C. dividends | | | | | |
| 951A I.R.C. income | | | | | |
| Less direct and indirect expenses | | | | | |
| Total | | | | | |
| Gross subpart F income less attributable expenses | | | | | |
| Enter s.951 I.R.C. sub F income | | | | | |
| Less direct and indirect expenses | | | | | |
| Total | | | | | |
| Florida net operating loss deduction | | | | | |
| Florida net capital loss carryover | | | | | |
| Florida excess charitable | | | | | |
| Emp benefit plan contribution carryover | | | | | |
| Nonbusiness income | | | | | |
| Eligible net income of an international banking facility | | | | | |
| S.168(k), IRC special bonus depreciation | 186,570.00 | 186,570.00 | | | |
| Depreciation of qualified improvement property | | | | | |
| Film, Television, and Live theatrical expenses | | | | | |
| Other subtractions | | | | | |
| Total subtractions | 186,570.00 | 186,570.00 | | | |

**SCHEDULE OF FLORIDA COMBINED APPORTIONMENT OF ADJUSTED FEDERAL INCOME**

| | COMBINED AMOUNTS | MILLENNIAL BENEFIT MANAGEMENT 81-1593842 | MAILMYPRESCRIP TIONS.COM 81-2833962 | GENIUSCARE, INC. 85-0745255 | GRX ADMINISTRATORS , INC. 85-2140529 |
|---|---|---|---|---|---|
| **Property Factor** | | | | | |
| Within Florida - Beginning of Year | | | | | |
| Inventories | | | | | |
| Buildings and other depreciable assets | 1,983,818.00 | 1,091,384.00 | 892,434.00 | | |
| Land owned | | | | | |
| Other tangible and intangible assets | | | | | |
| Total Within Florida Property | 1,983,818.00 | 1,091,384.00 | 892,434.00 | | |
| Within Florida - End of Year | | | | | |
| Inventories | | | | | |
| Buildings and other depreciable assets | 1,371,946.00 | 855,749.00 | 516,197.00 | | |
| Land owned | | | | | |
| Other tangible and intangible assets | | | | | |
| Total Within Florida Property | 1,371,946.00 | 855,749.00 | 516,197.00 | | |
| | | | | | |
| Total Everywhere - Beginning of Year | | | | | |
| Inventories | | | | | |
| Buildings and other depreciable assets | 1,983,818.00 | 1,091,384.00 | 892,434.00 | | |
| Land owned | | | | | |
| Other tangible and intangible assets | | | | | |
| Total Everywhere Property | 1,983,818.00 | 1,091,384.00 | 892,434.00 | | |
| Total Everywhere - End of Year | | | | | |
| Inventories | | | | | |
| Buildings and other depreciable assets | 1,371,946.00 | 855,749.00 | 516,197.00 | | |
| Land owned | | | | | |
| Other tangible and intangible assets | | | | | |
| Total Everywhere Property | 1,371,946.00 | 855,749.00 | 516,197.00 | | |
| | | | | | |
| Average Property | | | | | |
| Average value property - Within Florida | 1,677,883.00 | 973,567.00 | 704,316.00 | | |
| Average value property - Total Everywhere | 1,677,883.00 | 973,567.00 | 704,316.00 | | |
| Average Rented Property - Within Florida | | | | | |
| Average Rented Property - Total Everywhere | | | | | |
| Total Average Property - Within Florida | 1,677,883.00 | 973,567.00 | 704,316.00 | | |
| Total Average Property - Total Everywhere | 1,677,883.00 | 973,567.00 | 704,316.00 | | |
| | | | | | |
| **Sales Factor** | | | | | |
| Sales Everywhere | 9,370,728.00 | | 9,370,728.00 | | |
| Sales to Florida | 562,048.00 | | 562,048.00 | | |
| Other Gross receipts - Within Florida | | | | | |
| Other Gross receipts - Total Everywhere | | | | | |
| Total Sales - Within Florida | 562,048.00 | | 562,048.00 | | |
| Total Sales - Total Everywhere | 9,370,728.00 | | 9,370,728.00 | | |
| | | | | | |
| **Payroll Factor** | | | | | |
| Total Payroll within Florida | 4,330,515.00 | 4,330,515.00 | | | |
| Total Payroll Everywhere | 4,330,515.00 | 4,330,515.00 | | | |
| | | | | | |
| **Special Factors** | | | | | |
| Insurance Companies - Within Florida | | | | | |
| Insurance Companies - Total Everywhere | | | | | |
| Transportation Services - Within Florida | | | | | |
| Transportation Services - Total Everywhere | | | | | |

DRAFT - UNAUDITED

**GeniusCo**
**Consolidated Balance Sheet**
**As of November 30, 2023**

| | | |
|---|---|---:|
| ASSETS | | |
| Cash and cash equivalents | $ | 2,353 |
| Accounts receivable, net | | 5,000 |
| Prepaid expenses | | 70,345 |
| TOTAL ASSETS | $ | 77,698 |
| | | |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | |
| Accounts payable | $ | 4,400,110 |
| Accrued expenses | | 1,249,629 |
|    Total Current Liabilities | | 5,649,739 |
| | | |
| *Long-term Liabilities* | | |
| Convertible notes payable | | 27,574,402 |
| Accrued interest | | 5,150,975 |
| Total Long Term Liabilities | | 32,725,377 |
| TOTAL LIABILITIES | | 38,375,116 |
| | | |
| Stockholders' Equity | | |
| Common stock | | 71,056 |
| Additional paid in capital | | 19,893,749 |
| Accumulated deficit | | (58,262,223) |
| TOTAL STOCKHOLDERS' EQUITY | | (38,297,418) |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $ | 77,698 |

DRAFT - UNAUDITED

**GeniusCo**
**Consolidated Statement of Cash Flows**
**For the Eleven Months Ended November 30, 2023**

| | | |
|---|---:|---:|
| Cash flows from operating activities: | | |
| Net income/<loss> | $ | (2,791,487) |
| Adjustments to net income/<loss>: | | |
| Depreciation and amortization | | (593,717) |
| Provision for doubtful accounts | | - |
| Disposal of Fixed Assets | | 855,749 |
| Changes in operating assets/liabilities: | | |
| Accounts receivable | | 15,620 |
| Inventory | | - |
| Prepaid expenses and other assets | | (22,647) |
| Accounts payable | | 431,888 |
| Accrued expenses | | 322,558 |
| Intercompany | | 150,566 |
| Deferred revenue | | - |
| **Net cash used in operating activities** | | **(1,631,470)** |
| | | |
| Cash flows from financing activities: | | |
| Notes payable | | (10,720) |
| Accrued interest payable | | 1,009,299 |
| Additional paid in capital | | 533,501 |
| **Net cash provided from financing activities** | | **1,532,080** |
| | | |
| **Net change in cash and cash equivalents** | $ | **(99,390)** |
| | | |
| Cash and cash equivalents, beginning | | 101,743 |
| | | |
| Cash and cash equivalents, end | | 2,353 |

<span style="color:red">DRAFT - UNAUDITED</span>

**GeniusCo**
**Consolidated Profit & Loss Statement**
**For the Eleven Months Ended November 30, 2023**

| | | |
|---|---|---:|
| RX DRUG REVENUE | $ | 435,869 |
| RX DRUG COSTS | | 146,120 |
| GROSS PROFIT | | 289,749 |
| OTHER REVENUE | | |
| Shipping/Other Revenue | | 24,279 |
| OTHER COSTS | | |
| Shipping/Other Cost | | 123,101 |
| NET PROFIT | | 190,927 |
| OPERATING EXPENSE | | |
| Payroll expense | | 652,504 |
| Marketing expense | | 600 |
| Technology expense | | 407,031 |
| Rent and site expense | | 2,512 |
| Administrative expense | | 124,842 |
| TOTAL OPERATING EXPENSE | | 1,187,489 |
| EBITDA | | (996,562) |
| Depreciation expense | | 14,926 |
| Interest expense | | 1,757,526 |
| Other expense/<income> | | 22,473 |
| Other income | | (4,173) |
| Other expense | | 26,646 |
| NET INCOME/<LOSS> | $ | (2,791,487) |