IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MILLENNIAL BENEFIT MANAGEMENT CORPORATION, *et al.*,<br><br>　　　　　Debtors.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 23-12083 (TMH)<br><br>(*Joint Administration Pending*) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 4, 2024, AT 3:00 P.M. (EASTERN TIME)**

**To attend a hearing remotely, please register using the eCourtAppearance tool (available here)
or on the court's website at www.deb.uscourts.gov**

I.  **RESOLVED MATTER**

　　1.　Motion of the Debtors for Entry of an Order Limiting Service, filed on December 19, 2023 [Docket No. 8].

　　　　Responses Received:　None.

　　　　Related Pleadings:

　　　　　A.　Declaration of Donovan Chin in Support of Chapter 11 Petitions and First Day Pleadings, filed on December 19, 2023 [Docket No. 3].

　　　　　B.　Order Authorizing the Debtors to Limit Service, entered on December 21, 2023 [Docket No. 16].

　　　　Status:　An order has been entered.  No hearing is necessary.

II.  **MATTER(S) GOING FORWARD:**

　　2.　Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Related Chapter 11 Cases and (II) Granting Related Relief, filed on December 19, 2023 [Docket No. 4].

---

[1]　The Debtors in these Chapter 11 Cases, along with the last four digits of their respective tax identification numbers, are as follows: Millennial Benefit Management Corporation (3842) and Mailmyprescriptions.com Pharmacy Corp. (3962). The address of the Debtors' corporate headquarters is 671 NW 119th Street, Miami, Florida 33168.

    Objection Deadline:    January 4, 2024, at 1:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

        A.    Declaration of Donovan Chin in Support of Chapter 11 Petitions and First Day Pleadings, filed on December 19, 2023 [Docket No. 3].

    Status:    This matter will go forward.

3. Debtors' Application for the Appointment of Stretto, Inc. as Claims and Noticing Agent Effective as of the Petition Date, filed on December 19, 2023 [Docket No. 5].

    Objection Deadline:    January 4, 2024, at 1:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

        A.    Declaration of Donovan Chin in Support of Chapter 11 Petitions and First Day Pleadings, filed on December 19, 2023 [Docket No. 3].

    Status:    This matter will go forward.

4. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Continued Use of Debtors' Bank Accounts and Related Relief, filed on December 19, 2023 [Docket No. 6].

    Objection Deadline:    January 4, 2024, at 1:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

        A.    Declaration of Donovan Chin in Support of Chapter 11 Petitions and First Day Pleadings, filed on December 19, 2023 [Docket No. 3].

    Status:    This matter will go forward.

5. Debtors' Motion to File Under Seal Portions of Their Creditor Matrix Containing Certain Individual Creditor Information, filed on December 19, 2023 [Docket No. 7].

    Objection Deadline:    January 4, 2024, at 1:00 p.m. (Eastern Time).

    Responses Received:    None.

Related Pleadings:

    A.    Declaration of Donovan Chin in Support of Chapter 11 Petitions and First Day Pleadings, filed on December 19, 2023 [Docket No. 3].

Status:    This matter will go forward.

6. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Superpriority Administrative Expense Claims, (III) Modifying Automatic Stay, and (IV) Granting Related Relief, filed on December 19, 2023 [Docket No. 9].

Objection Deadline:    January 4, 2024, at 1:00 p.m. (Eastern Time).

Responses Received:    None.

Related Pleadings:

    A.    Declaration of Donovan Chin in Support of Chapter 11 Petitions and First Day Pleadings, filed on December 19, 2023 [Docket No. 3].

Status:    This matter will go forward.

Dated: January 2, 2024  
       Wilmington, Delaware

Respectfully submitted,

/s/ William E. Chipman, Jr.  
William E. Chipman, Jr. (No. 3818)  
Robert A. Weber (No. 4013)  
Mark D. Olivere (No. 4291)  
**CHIPMAN BROWN CICERO & COLE, LLP**  
Hercules Plaza  
1313 North Market Street, Suite 5400  
Wilmington, Delaware 19801  
Telephone:    (302) 295-0191  
Facsimile:    (302) 295-0199  
Email: chipman@chipmanbrown.com  
       weber@chipmanbrown.com  
       olivere@chipmanbrown.com

*Proposed Counsel for the Debtors and Debtors in Possession*